# APPENDIX TO

# DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

# IN MT. ADAMS VENEER CO. v. UNITED STATES, NO. 91-984C

# INDEX TO APPENDIX


| Document | Page |
|---|---|
| Forest Service Advertisement for the Lynx Sale | 1 |
| Prospectus for the Lynx Timber Sale | 2-8 |
| Forest Service "APPRAISAL SUMMARY" dated August 15, 1979, for the original Lynx Sale | 9 |
| Forest Service "REPORT OF TIMBER SALE" dated September 27, 1979, for the original Lynx Sale | 10 |
| Forest Service letter to Mt. Adams dated October 24, 1979, accepting bid and awarding Lynx Timber Sale Contract to Mt. Adams | 11-13 |
| Excerpts from Mt. Adams' Lynx Timber Sale Contract | 14-17 |
| "AGREEMENT TO EXTEND TIMBER SALE CONTRACT" dated November 18, 1981 | 18 |
| "ANALYSIS SUMMARY AND DECISION NOT TO RESELL D-LYNX TIMBER SALE" dated September 21, 1990 | 19-24 |
| Standard Provision B9.4 of Timber Sale Contract | 25 |
| Forest Service "APPRAISAL SUMMARY" dated June 1, 1990, for the defaulted Lynx Sale | 26 |
| Contracting Officer's final decision letter dated June 22, 1990 | 27-29 |
| Attachments to Contracting Officer's final decision | |
| Bid Premium Calculations | 30-31 |
| Damage Calculations | 32 |
| Bill for Collection dated June 22, 1990 | 33 |

NATIONAL FOREST TIMBER FOR SALE, GIFFORD PINCHOT NATIONAL FOREST, LYNX SALE, located within T.13 N., R.7 E., W.M., Surveyed. SEALED BIDS will be received by the District Ranger or his representative, Randle Ranger Station, Randle, Washington, up to and not later than 9:00 AM, local time at place of bid opening, September 27, 1979, followed immediately by oral bidding for an estimated 36,000 M board feet of timber marked or otherwise designated for cutting. The minimum acceptable bid per M board feet is: Douglas-fir, $213.85; Western hemlock and Other Coniferous Species, $125.18; In addition there is within the sale area an estimated 1,500 M board feet of Western redcedar pieces which will be paid for at $220.35 per M board feet. Additional deposit required for slash disposal is $5.16 per M board feet for all species. In addition there is within the sale area an estimated 574 acres of all species material subject to per-acre pricing which will be paid for at $1.83 per acre. Additional deposit required for road maintenance on National Forest roads over the appraised route is $3.97 per M board feet for all species pieces priced per M board feet. The contract includes a description of the maintenance work and a breakdown of the per M board foot deposit on a per M board foot per mile basis by roads. In the event that total bid value plus required deposits for this contract exceed one million dollars ($1,000,000) an EEO compliance review will be conducted on the high bidder to determine if the provisions of Executive Order 11246 have been complied with before award can be made. All of the Alaska cedar determined pursuant to public hearings to be surplus to needs of domestic users and processors and Included Timber not meeting Utilization Standards, is exempted from Timber Export and Substitution Restrictions. Bidders are advised that violations of the Timber Export and Substitution Restrictions constitute breach of contract and may result in contract cancellation, refusal to award other timber sales to the violator, and/or debarment or suspension from bidding on future timber sales. The required bid guarantee is $100,000.00. Applicable Purchaser Road Credits are $933,641.00. In accordance with the National Forest Management Act of 1976, a bidder qualifying as a small business under the Small Business Act (as amended and the regulations issued thereunder) may elect at the time of sealed bid submission to have Forest Service construct the included Specified Roads. If the bidder so elects, the price paid for the timber shall include the estimated construction cost which is $1,002,223.00. Such road will be constructed to the design standards and in accordance with drawings and specifications included in the sample contract. Specified Roads, whether constructed by Purchaser or Forest Service, shall be completed by November 15, 1982. If the bidder elects to have Forest Service construct the roads, Forest Service intends to perform construction by contract. When Forest Service intends to construct the road through a contract, the award of the timber sale will not be made unless either a satisfactory road construction bid is received, or if Forest Service fails to receive such a bid within 271 days of finding the bidder's offer to be acceptable, bidder agrees to perform road construction. The right to reject any and all bids is reserved. A prospectus and information concerning the timber, the conditions of sale and submission of bids should be obtained from the District Ranger, Randle Ranger Station, or the Forest Supervisor, 500 West 12th Street, Vancouver, Washington.

2430 TIMBER SALE PROSPECTUS August [illegible], 1979

| LYNX | Gifford Pinchot National Forest |
|---|---|
| Timber Sale Name | |

| Unit or Compartment | Working Circle | District |
|---|---|---|
| | Gifford Pinchot | Randle |

1. INTRODUCTION. This prospectus is to furnish sufficient information in addition to that contained in the published advertisement to enable prospective bidders to decide whether further investigation of the sale is warranted. INFORMATION GIVEN HERE OR OTHERWISE PROVIDED IS NOT A PART OF THE CONTRACT UNLESS STATED THEREIN, DETAILED CONDITIONS OF SALE ARE CONTAINED IN THE SAMPLE TIMBER SALE CONTRACT. IN THE EVENT A CONTRADICTION EXISTS BETWEEN THIS PROSPECTUS AND THE SAMPLE CONTRACT, THE CONTRACT GOVERNS. Timber Sale Contract, Form 2400-6, will be used. Sale area and sample contract should be inspected before submitting a bid. The appraisal, and other information on the timber, conditions of the sale and bidding may be obtained at Forest Service offices named in the attached advertisement.

2. BIDDING. Sealed bids will be received at the Forest Service offices named in the advertisement followed immediately by oral bidding. Bids must be submitted on prepared forms which may be obtained from the Forest Service offices named in the advertisement. These forms include instructions for both sealed and oral auction bids as well as for submission of the bid guarantee.

3. LOCATION AND AREA. Refer to the attached sale area map and to the sample contract for legal subdivisions and location of cutting areas, acreage of sale, acreages to be cut, etc. THE FOLLOWING GENERAL LOCATION, ROUTES OF ACCESS, ACREAGES, AND OTHER SPECIAL LOCATION DATA DO NOT SUPERSEDE SALE AREA MAP OR SAMPLE CONTRACT.

This sale area is located approximately 5 miles northeast of Randle, Washington and can be reached via Forest Service Roads 1403, 1353, 110, 1371, 158. There are 14 clearcutting harvest units to be logged by high lead, flyer and skyline systems. The units total 536 acres plus an additional 38 acres of right-of-way for specified road construction.

4. VOLUME AND DESCRIPTION OF TIMBER. The quality, size, and age class of the timber are estimates based on detailed cruise information on file and available for inspection at the Forest Service offices listed in the advertisement. INFORMATION LISTED HEREIN IS MADE AVAILABLE WITH THE UNDERSTANDING THAT VALUES SHOWN ARE NOT ESTIMATES OF A PURCHASER'S OWN RECOVERY AND ARE NOT A PART OF THE TIMBER SALE CONTRACT. For these reasons, bidders are urged to examine the timber sale area and make their own recovery estimates.

R6-2450-48 (5/72)
(SO-Wang Revision 5/79)

Forest Service field estimate of sale volume and log quality in percent of volume by species is:

| Species | Estimated Volume and Unit of Measure | Log Grades % | | | | | |
|---|---|---|---|---|---|---|---|
| | M Bd. Ft. | 1P | 2P | 3P | P | 2S | 3S |
| Douglas-fir | 19,600 | 5 | 15 | 32 | -- | 34 | 14 |
| Western redcedar | 1,500 | -- | -- | -- | -- | 36 | 64 |
| Western hemlock and Other Coniferous Species | | | | | | | |
| Western hemlock | 12,000 | -- | -- | -- | -- | 65 | 35 |
| Pacific silver fir | 3,250 | -- | -- | -- | -- | 68 | 32 |
| Noble fir | 1,100 | -- | -- | -- | 32 | 54 | 14 |
| White pine | 50 | -- | -- | -- | -- | 50 | 50 |
| | Acres | | | | | | |
| Utility (Pulp) and Special Cull | 574 | Per-Acre material not graded | | | | | |

Total sale area is about 1,300 acres.

Approximate age 250+ years.

Avg. Volume Per Tree. . . . . . . . . . . . . . . . . . . . . 1.790 M bd. ft.

Avg. Diameter of Stand . . . . . . . . . . . . . . . . . . 29 Inches.

Avg. Diameter of Douglas-fir 51 Inches.

Avg. Diameter of Western redcedar 33 Inches.

Avg. Diameter of Western hemlock and Other Coniferous Species 26 Inches.

Estimate of Stand Defect . . . . . . . . . . . . . . . . . 25 Percent.

Total number of dead trees to be felled in sale area. 5,850

This is a premarked sale.
The sale includes 14 clearcuts totaling 536 acres plus 38 acres of right-of-way.

5. RATES. See attached Appraisal Summary.

THE MINIMUM ACCEPTABLE BID RATE IS STATED IN THE ATTACHED ADVERTISEMENT AND IS THE ADVERTISED RATE SHOWN ON THE ATTACHED APPRAISAL SUMMARY. It is based upon the pricing procedures provided by the Timber Sale Contract, Form 2400-6. This rate has been established by appraisal as though roads specified by the contract are in place. Applicable purchaser credit up to the amount shown in the advertisement will be credited to purchaser's timber sale account as specified roads are constructed and accepted. Required deposits for road maintenance and slash disposal are stated in the advertisement.



3

Rate redetermination date: July 1, 1985.

Estimated Knutson-Vandenberg deposit for sale-area-betterment work in a total amount of $404,923.00 is included in total timber value.

SEE SAMPLE CONTRACT FOR EXPLANATION OF TERMS AND APPLICATION OF RATES.

6. PERIOD OF CONTRACT. The normal operating season shall be considered to be between May 15 and November 15. Contract termination date is March 31, 1987. A general operation plan showing how the purchaser plans to complete sale by the termination date must be approved by Forest Service before operations may begin.

7. PAYMENTS. Payment for timber and related charges will be required in advance of cutting unless purchaser credit is established under or transferred to this contract, or acceptable payment guarantee is provided to permit cutting in advance of payments. Advance payments which the purchaser will be required to make shall be in such amounts as to cover the value of timber estimated to be cut in not less than 30 days and not more than 60 days at the applicable rates for timber and other related charges. Payment requests shall consider the operating plan and past performance of the purchaser. Deposits for cooperative scaling services must be made in advance of furnishing the services.

Purchaser credit established under or transferred into this sale may only be applied to timber charges in excess of timber value at base rates. The amount which may be transferred into this sale will be based on bid value calculated as of the date of award.

Effective Purchaser Credit transferred from this sale which later turns out to be ineffective under this contract must be replaced with cash.

If a qualified bidder elects to have Forest Service construct Specified Roads, the contract will provide for collection of not less than the full estimated cost of the roads stated in the advertisement in addition to Base Rate Value and Required Deposists. For scaled sales the cost will be collected as timber is scaled, at a rate accelerated on 80 percent of the estimated volume. Cash deposits will be required when payments for stumpage include less value above Base Rates than is needed to meet the collection schedule.

If bidder elects the road option, payment for right-of-way timber subdivisions will be made in accordance with B4.0 payments.

8. PERFORMANCE BOND. A performance bond of $200,000.00 will be required.

Purchaser may request a revision in contract language to authorize deferment of payment for timber felled, but not removed, up to the penal sum of the performance bond.

4

9. SPECIFIED ROADS. See sample contract for verification of specific details and information concerning construction specifications. CONSTRUCTION ESTIMATES ARE NOT GUARANTEED AND INFORMATION CONTAINED HEREIN, TOGETHER WITH RELATED MATERIAL, IS MADE AVAILABLE WITH THE UNDERSTANDING THAT COSTS OR QUANTITIES SHOWN ARE ESTIMATES. The following roads are those which Forest Service considers necessary to remove the timber from this sale.

| Road Number | Name | Design Class | Approximate Length (Miles) | Purchaser Credit Limit | Completion Date |
|---|---|---|---|---|---|
| 158 (Seg. 2) | Catt Creek | S-15 | 1.2 | $131,761.00 | 11/15/82 |
| 158 (Seg. 4) | Catt Creek | S-15 | 2.7 | $388,644.00 | 11/15/82 |
| 158 V | 158 V | S-10 | 0.4 | $ 39,329.00 | 11/15/82 |
| 158 S | 158 S | S-10 | 0.6 | $ 45,028.00 | 11/15/82 |
| 1371 | 1371 | S-15 | 0.8 | $105,460.00 | 11/15/82 |
| 1353D | 1353D | S-10 | 0.4 | $ 22,740.00 | 11/15/82 |
| 1353E | 1353E Reconst. | S-15 | 0.6 | $ 15,280.00 | 11/15/82 |
| 1353 | 1353 Reconst. | S-15 | 1.4 | $ 10,152.00 | 11/15/82 |
| 158 (Seg. 1) | Catt Creek Reconst. | S-15 | 1.0 | $105,446.00 | 11/15/82 |
| 158 (Seg. 3) | Catt Creek Reconst. | S-15 | 2.3 | $ 51,171 00 | 11/15/82 |

Murray Pacific Corporation Road Use Fee $18,630.00[1/]
(Roads 158, 1371D, 158S, 1353 Road Use Permit)

[1/] Road Use Fee, treated as Purchaser Credit, Construction Provision C4.21# (Option 2).

---

Total applicable Purchaser Road Credits are $933,641.00
Total estimated construction cost is $1,002,223.00

Forest Service will stake Roads 158 (Segments 1 and 3), 1353, 1353E, 1353D before clearing, and Purchaser will stake all others. Forest Service will survey and design all roads.

10. INAPPLICABLE STANDARD PROVISIONS. See sample contract.

11. SPECIAL PROVISIONS. See sample contract.

12. FINANCIAL ASSISTANCE. The Small Business Administration (SBA) may be able to assist small business concerns finance construction of specified roads listed in the sample timber sale contract. SBA assistance, if available, may be in the form of guaranteed bank loans or direct participation SBA loans. Applicants must meet SBA size and eligibility requirements. APPLICANTS ALSO MUST MEET CREDIT REQUIREMENTS OF SBA AND/OR A LOCAL BANK. APPROVAL OF LOAN ASSISTANCE RESTS WITH SBA AND IS CONTINGENT ON AVAILABILITY OF LOCAL OR SBA FUNDS. FAILURE TO BE ELIGIBLE OR TO OBTAIN A LOAN WILL IN NO WAY AFFECT REQUIREMENTS OF BID FOR ADVERTISED TIMBER OR TIMBER SALE CONTRACT.

13. LOG EXPORT AND SUBSTITUTION RESTRICTIONS.

The contract prohibits, except as specifically exempted, the export of unprocessed timber or the use of such timber in substitution for timber exported from private lands. Timber determined pursuant to public hearing to be surplus and timber not meeting utilization standards are exempt from these requirements. Unprocessed timber is defined in the sample contract.

Substitution is defined as the purchase of timber from National Forest System lands to be used as replacement for timber exported from private lands. Such replacement occurs when with respect to historic levels, (1) the purchaser continues to export and increases his purchase of National Forest timber or (2) the purchase of National Forest timber continues while the purchaser increases his export of unprocessed timber from private lands tributary to the plant for which National Forest timber covered by a specific contract is expected to be delivered. Historic level is defined as the purchase or export during 1974 or any subsequent calendar year of not to exceed 110 percent of the average volume purchased or exported in calendar year 1971, 1972 and 1973.

For his bid to be considered, bidder must submit therewith a certification that purchase of the timber will not constitute substitution, agree to furnish Forest Service with the names and locations of the manufacturing plants in which the timber is to be manufactured, and agree to make his records as to origin and disposition of export of private timber available to the Forest Service upon request.

Bidders are advised that false certification or violation of the export and substitution requirements may result in cancellation of the contract, refusal to award other timber sales, and/or debarment or suspension from bidding on timber sales.

14. OTHER.

a. Scaling - Scaling designated in A14 shall be conducted by an acceptable third party scaling organization within the established Gifford Pinchot National Forest scaling zone. Log brands must be registered at least 10 days prior to removal of timber (A13).

b. Slash Disposal - Purchaser has the following responsibilities as shown on the Sale Area Map and Slash Disposal Maps:

(1) Construct hand and machine fireline, C6.73#;

(2) Pile Unutilized Material, C6.74# (Option 4);

(3) Machine pile and cover all slash in Unit 7 in area designated on Slash Disposal Map, C6.74 (Option 1);

(4) Cover all piles and landings, C6.74 (Option 1);

6

(5) Assist in broadcast burning at his own expense, C6.74# (Option 2); and

(6) Purchaser will pile and burn all slash resulting from construction of temporary roads outside Clearcutting Units, C6.74 (Option 5).

c. Alternate Haul - Prospective purchasers are cautioned to determine, before bidding, whether existing roads which they plan to use are available for log hauling.

All use is prohibited on old Road 149 (across private property in T.14 N., R.7 E) under C5.12.

If Roads 1403, 1436, 149, 158, 152 are used for alternate haul, a subgrade analysis will be required which may result in need for reconstruction including but not limited to reshaping, rock and/or resurfacing under C5.12 (1403-12.7 miles from Jct. 158 to Jct 152; 1436-7.5 miles from Jct. 1403 to Jct. 149; 149-14.3 miles from Jct. 1436 to Jct. 158; 158-6.5 miles from Jct. 149 to Jct. County 1504; 158-15.1 miles from Jct. 1371 to Jct. County 1504; 152-4.3 miles from Jct. 1403 to Jct. Hwy 12; 152-17.5 miles from Jct. 1403 to Jct. County 1504).

d. Road Use - Commercial Road Rules Maps of each District that display rules governing use of Forest Service roads (commercial, general and specific rules) dated 8/1/78 are available at each Ranger District office. Prospective purchasers should consult appropriate map when considering haul routes.

e. Development of Pits and Quarries - Rock pit and quarry operations are under the jurisdiction of the Mine Safety and Health Administration - MSHA. The law and regulations require pit and quarry operators to notify the applicable MSHA office prior to the start, and at the termination of operations, in a material source.

f. Feasibility Report - The skyline feasibility report for this sale is available for examination at the District Ranger's Office and at the Forest Supervisor's Office in Vancouver.

g. Purchaser to Notify Federal Aviation Agency - If Purchaser plans to use a long span skyline system that might require compliance with Federal Aviation Regulation (FAR) Part 77, he will be required to complete and forward to FAR their Form 7460-1, Notice of Proposed Construction or Alteration.

FAR, Part 77 is available for $1.10 from:

Superintendent of Documents, U.S. Government Printing Office, Washington D.C. 20402

Make Check or Money Order payable to:

SUPERINTENDENT OF DOCUMENTS

7

h. Safety - Warning signs and/or flagman will be required when Purchaser's Operations are conducted on or adjacent to roads and trails open to public travel, C6.33.

i. Special Yarding Objectives and Equipment - About half of Units 5 and 8 will require a skyline system that will transport logs up and downhill with one end suspension. Logging boundaries are defined on the Sale Area Map. Parts of Units 5, 8, 9, 10, 11 and 12 will require a skyline (flyer) system capable of one end suspension during all uphill yarding, C6.42#.

j. Protection of Class II Streamcourse - Directional felling will be required adjacent to Silver Creek, Unit 1, C6.51.

k. Purchaser Credit for Road Use Fees - Purchaser will be authorized to use private roads 1, 7, 720, 7061, 71 and 110, (FS Roads 1353, 1353E, 158, 158S) subject to the terms and conditions of an agreement with Murray Pacific Corporation and the U. S. Forest Service requiring payment of $18,630.00 for road use to be treated as Purchaser Credit, C4.21# (Option 2).

l. Road Maintenance Fee - Purchaser must also obtain a permit from Murray Pacific Corporation for which there will be an additional payment of $16,580.00 for slide removal, brush control and surface rock replacement of the above roads. Work covered by fee will be performed by Murray Pacific Corporation but ordinary maintenance will be performed by Purchaser, C5.112#.

8

9001377

# APPRAISAL SUMMARY

SALE NAME: LYNX SUMMARY CHECKED BY: D. Johnson DATE: 08/15/79

CARD TYPE 5

SPECIFIED RD CONST (MILES) 6.1 (14-16) RECONSTRUCTION (MILES) 5.3 (17-19) PURCH CR LIM $ 933641 (20-26) (INC. $127,945 P&R **)

PRODUCT: APPRAISED TO: HAUL MILES: 21 (30-32) TEMP RD CONSTR (MILES) 2.9 (27-29) TEMP RD COST $ 10072

1 RANDLE WA

4 TACOMA WA

BASIC DATA PERIOD: C.Y.1977R ADJ TO (APPRAISAL BASE PERIOD): 2ND QTR 1979 ALL SPECIES

CARD TYPE 6 / UNIT OF MEASURE

| Line | Item | Cols | D | C | H&D | FAMA | | Total or Average | Cols |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PRODUCT/UNIT | 14-15 | 1-1 | 1-1 | 1-1 | 4-1 | | 1 | 33 |
| 2 | SPECIES | | D | C | H&D | FAMA | | TOTAL OR AVERAGE | |
| 3 | SPECIES CODE | 16-18 | 205 | 242 | 263 | 002 | | | |
| 4 | % BY SPECIES | | 49.49% | 3.78% | 41.4?% | 5.30% | T | 100.00% | |
| 5 | VOLUME | 19-25 | 19600 | 1500 | 164?0 | 2100 | T | 39600 | 34-40 |
| 6 | SELLING VALUE | | 480.76 | 494.75 | 320.?6 | 120.15 | A | 395.99 | |
| 7 | ADJ FACTOR (SCHED 0879) | | 1.114 | 1.000 | 1.0?9 | | | | |
| 8 | ADJ SELLING VALUE | | 535.57 | 494.75 | 352.?4 | 120.15 | | | |
| 9 | CHIP & BYPRODUCTS | | 35.64 | 0.00 | 37.?? | 0.00 | | | |
| 10 | SELLING VALUE L.S. | 26-30 | 571.21 | 494.75 | 390.?3 | 120.15 | A | 469.57 | |
| 11 | FALLING & BUCKING | | 8.58 | 8.58 | 8.?8 | 2.48 | A | 8.26 | 41-44 |
| 12 | SKIDDING & LOADING | | 10.38 | 10.38 | 10.?8 | 13.67 | A | 10.13 | 45-48 |
| 13 | | | | | | | | | |
| 14 | SUBTOTAL, STUMP-TO-TRUCK | | 26.96 | 26.96 | 26.?6 | 16.15 | | | |
| 15 | HAUL AND SCALE | | 15.62 | 15.62 | 15.?2 | 30.06 | A | 16.39 | 49-52 |
| 16 | ROAD MAINTENANCE | | 5.56 | 5.56 | 5.?6 | 0.00 | A | 5.27 | 53-56 |
| 17 | SUBTOTAL, TRANSPORTATION | | 21.18 | 21.18 | 21.?8 | 30.06 | | | |
| 18 | GENERAL LOGGING OVERHEAD & DEPREC | | 16.35 | 16.35 | 16.?5 | 12.63 | A | 16.15 | 57-60 |
| 19 | (DEPRECIATION INCLUDED IN LINE 18) | | ( 4.04) | ( 4.04) | ( 4.04) | ( 4.14) | | | |
| 20 | SUBTOTAL, ADMINISTRATIVE | | 16.35 | 16.35 | 16.?5 | 12.63 | | | |
| 21 | SLASH DISPOSAL (INC. 5.16 CO-OP) | | 14.73 | 14.73 | 14.73 | 0.00 | A | 13.95 | 61-64 |
| 22 | EROSION CONTROL | | 2.30 | 2.30 | 2.?0 | 0.00 | A | 2.18 | 65-68 |
| 23 | SNAG DISPOSAL | | 0.00 | 0.00 | 0.?0 | 0.00 | A | .00 | 69-72 |
| 24 | MISC (FIRE & OTHER) | | 0.52 | 0.52 | 0.?2 | 0.32 | A | .51 | 73-76 |
| 25 | SUBTOTAL, ENVIRONMENTAL PROTECTION | | 17.55 | 17.55 | 17.?5 | 0.32 | | | |
| 26 | TEMPORARY ROADS & OTHER TEMP DEVPMTS | | 0.48 | 0.48 | 0.?8 | 0.00 | A | .45 | 77-80 |
| 27 | (OTHER TEMPORARY DEVELOPMENTS) | | ( 0.00) | ( 0.00) | ( 0.00) | ( 0.00) | A | ( .00) | |
| 28 | SUBTOTAL, TEMPORARY DEVELOPMENT | | 0.48 | 0.48 | 0.?8 | 0.00 | | | |
| 29 | SUBTOTAL, LOGGING COSTS | 31-35 | 82.52 | 82.52 | 82.?2 | 59.16 | A | 81.29 | |
| 30 | SPEC. ROAD COST (A10) INC $ .50 OTHER PC | | 24.90 | 24.90 | 24.?0 | 0.00 | A | 23.58 ** | |
| 31 | TOTAL LOGGING COST L.S. | | 107.42 | 107.42 | 107.?2 | 59.16 | A | 104.87 | |
| 32 | MFG. COST L.S. | | 176.47 | 135.22 | 129.?4 | 47.60 | A | 158.54 | |
| 33 | PRODUCT HAUL | | 2.91 | 2.57 | 2.?6 | 0.00 | A | 2.68 | |
| 34 | MFG. COST L.S. | 36-40 | 199.38 | 137.79 | 132.?0 | 47.60 | A | 161.22 | |
| 35 | TOTAL PRODUCTION COST L.S. | | 306.80 | 245.21 | 239.?2 | 106.76 | A | 266.09 | |
| 36 | CONVERSION (10)-(35) | | 264.41 | 249.54 | 150.?1 | 13.39 | A | 203.48 | |
| 37 | P&R RATIO % NORMAL/ADVERTISED | | 16.00 | 13.00 | 1?.?0 | 12.02 | N | 15.7/ADV | 15.7 ** |
| 38 | P&R MARGIN NORMAL/ADVERTISED | | 75.46 | 54.09 | 50.?3 | 12.89 | N | 64.17/ADV | 64.17 ** |
| 39 | INDICATED NET STUMPAGE (36)-(38) | | 188.95 | 195.45 | 100.?8 | 0.50 | A | 142.48 | |
| 40 | INDICATED ADVERTISED RATES (39)+(30) | | 213.85 | 220.35 | 125.?0 | 0.50 | T | 6575986.07 | |
| | | | | | | | A | 166.06 | |
| 41 | BASE RATES | | 11.78 | 10.78 | 10.?8 | 0.50 | A | 10.73 | |
| 42 | ADJUSTMENTS TO BASE RATES | | 0.00 | 0.00 | 0.00 | 0.00 | A | .00 | |
| 43 | ADVERTISED RATES (40)+(42) | | 213.85 | 220.35 | 125.?8 | 0.50 | T | 6575986.07 | |
| | | | | | | | A | 166.06 | |
| 44 | INDICATED STAT NET RATES(43)-(30) | 41-45 | 188.95 | 195.45 | 100.?8 | 0.50 | A | 142.48 | |
| 45 | APPRAISED NET RATES | 46-50 | 188.95 | 195.45 | 100.?8 | 0.50 | A | 142.48 | |
| 46 | BASE INDICES | | 0.00 | 0.00 | 0.00 | 0.00 | | | |

1 PARCEL ACTUALLY APPRAISED AT $ 1.03/ACRE FOR 52? ACRES.

6

09/08/03 MON 13:23 FAX 3609562330 OLYMPIC NF SO 002

USDA - FOREST SERVICE

# REPORT OF TIMBER SALE
## CONVERTIBLE AND NONCONVERTIBLE PRODUCTS
*(REF. FSM 2490)*

VC

| | | | |
|---|---|---|---|
| REGION 0 6 | FOREST Gifford Pinchot 0 3 | DISTRICT (OR AREA) Randle 0 5 | SALE NUMBER 0 7 7 |
| STATE 5 3 | COUNTY 0 4 1 | SALE NAME (19-44) LYNX | QTR.-CY (11-13) 3 - 7 9 (QTR., YEAR) |
| ACRES IN SALE 1,300 | | LEGAL DISCRIPTION (56-80) S2,10,14,22,28T13NR7EWMS | COMPARTMENT 5 1 0 2 |
| BID DATE 09/ 27/ 79/ | STATUS 1-** | SBA SET-ASIDE N | APP. BASE PERIOD 2 - 7 9 |
| SALVAGE N | PRICING METHOD 2 | PLAN'D SAB COL: 404,923 | TERM. DATE 03/ 31 / 87 / |
| CONT. NO. 067851 | CONTRACT FORM 2400 6 - | CONTRACTING OFFICER S | METHOD OF SALE A |
| | | ZONE 2 | CONTRACT DATE 10/ 24/ 79/ |
| | | REG. 36CFR221 6 - | |

| SPECIES | SPEC. CODE 14-16 | PROD. UNIT 17-18 | VOLUME | ADVERTISED RATES $ | STAT. HIGH BID $ 19-24 | HIGH BIDDER $ 25-30 | 2ND HIGH BIDDER $ 31-36 | 3RD HIGH BIDDER $ 37-42 | 4TH HIGH BIDDER $ 43-48 | 5TH HIGH BIDDER $ 49-54 | 6TH HIGH BIDDER $ 55-60 | 7TH HIGH BIDDER $ 61-66 | 8TH HIGH BIDDER $ 67-72 | 9TH HIGH BIDDER $ 73-78 | 10TH HIGH BIDDER $ | 11TH HIGH BIDDER $ | 12TH HIGH BIDDER $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | 205 | 1-1 | 19,600 | 213.85 | 653.10 | 678.00 | 677.50 | 648.00 | [illegible]5.00 | 300.00 | 215.00 | 214.00 | 213.85 | 213.85 | 213.85 | 213.85 | 213.85 |
| C | 242 | 1-1 | 1,500 | 220.35 | 195.45 | 220.35 | 220.35 | 220.35 | 220.35 | 220.35 | 220.35 | 220.35 | 220.35 | 220.35 | 220.35 | 220.35 | 220.35 |
| HGO | 263 | 1-1 | 16,400 | 125.18 | 475.10 | 500.00 | 500.00 | 500.00 | [illegible]60.00 | 250.00 | 250.00 | 126.00 | 125.18 | 125.18 | 125.18 | 125.18 | 125.18 |
| PAM | 002 | 4-1 | 2,100 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 |
| TOTAL AVER. | | 1 | 39,600 | 166.06 | 527.44 | 551.02 | | | | | | | | | | | |

10

### SUMMARY OF BIDDERS

| RANK 14-15 | NAME 16-40 | SBA CLASS 41 | IDENTIFICATION NUMBER 42-57 | TOTAL VALUE OF BID 58-69 |
|---|---|---|---|---|
| HIGH 1 | Mt. Adams Veneer Co. | L | | $21,820,375.00 |
| 2 | Tomco, Inc. | S | | 21,810,575.00 |
| 3 | Bald Knob Land & Tbr. Co. | N | | 21,232,375.00 |
| 4 | Caffall Bros. Timber Co. | N | | 19,509,575.00 |
| 5 | Champion International | L | | 10,311,575.00 |
| 6 | Astoria Plywood Corp. | S | | 8,645,575.00 |
| 7 | Latimer & Sons, Inc. | N | | 6,592,375.00 |
| 8 | Pacific Lumber Sales Co. | S | | 6,575,987.00 |
| 9 | Linnton Plywood | S | | 6,575,987.00 |
| 10 | David West | N | | 6,575,987.00 |
| 11 | Wasser & Winters Co. | S | | 6,575,987.00 |
| 12 | Brazier Company | N | | 6,575,987.00 |

I certify that I have personally examined the Bids submitted for this sale and that this is an accurate record thereof.

Signature [signature]

TITLE Accounting Technician DATE 9/27/79

REMARKS

| Species | 1P | 2P | 3P | P | 2S | 3S |
|---|---|---|---|---|---|---|
| D | 5 | 15 | 32 | -- | 34 | 14 |
| C | -- | -- | -- | -- | 36 | 64 |
| HGO | -- | -- | -- | 3 | 64 | 33 |

PAM sold at the rate of $1.83 per acre for 574 acres; Per M figures for statistical purposes only.

** EEO compliance pending.