

This photograph shows another log jam, which has diverted the water, creating a new channel. Each time the channel changes, more soil is eroded away, leaving more sediment in the stream.

These photos are just a few examples of the cumulative effects created in the D-Lynx planning area from the high peak stream flows caused by heavy logging during the past 30 years. Additional harvesting will allow peak flows to remain higher than is desirable for a healthy stream.

**Summary**

Due to the potential impacts to the water quality and soil productivity in the planning area and the fact that there are no site-specific needs to harvest timber at this time, it is my decision to implement Alternative 2, the no action alternative.

This area has had numerous clear-cuts in the past 20 to 30 years, resulting in landslides, bank cutting, higher water temperatures, and poor water quality. Peak stream flows have increased sediment production rates to greater that natural levels during spring runoff and active slides are still occurring. This area is now in the process of recovery with slides becoming less frequent and stream-banks and old slides regrowing vegetation.

Although the timber in the planning area is well beyond the normal rotation age identified in the Forest Plan standards and guidelines, the health of the remaining timber is not in a condition where the stands are in danger of dying or blowing down if they are not harvested this entry.

By delaying entry at this time, the forest will have time to recover. Spreading the cumulative effects of numerous cutting units over time will lessen the impacts to the soils and water resources.

Harry T. Cody

HARRY CODY
District Ranger

Date 9/21/90

(a) If remedying such breach requires on-the-ground action by Purchaser, Purchaser shall have 30 practicable operating days during Normal Operating Season to do so, except under emergency conditions when action should not be delayed to prevent major damage.

(b) If such breach does not require on-the-ground action by Purchaser, such breach shall be remedied within 30 calendar days.

B9.4 Failure to Cut. In event of (a) termination for breach or (b) Purchaser's failure to cut designated timber on portions of Sale Area by Termination date, Forest Service shall appraise remaining Included Timber, unless termination is under B8.22. Such appraisal shall be made with the standard Forest Service method in use at time of termination.

Damages due the United States for Purchaser's failure to cut and remove such timber meeting Utilization Standards shall be the amount by which Current Contract Value plus the cost of resale, less any effective Purchaser Credit remaining at time of termination, exceeds the resale value at new Bid Rates. If there is no resale, damages due shall be determined by subtracting the value established by said appraisal from the difference between Current Contract Value and Effective Purchaser Credit.

If Purchaser has failed to cut individual trees in the portions of Sale Area cutover and there is no resale of such individual trees, Purchaser shall pay Forest Service for cost of felling and removal or otherwise eliminating such uncut trees in addition to payment of damages described above, except for trees not cut for reasons stated in B6.4.

B9.5 Settlement. If obligations of Purchaser have not been fully discharged by Termination Date, any money advanced or deposited hereunder shall be retained to be applied toward unfulfilled obligations of Purchaser without prejudice to any other rights or remedies of Forest Service. Such funds may be treated as cooperative deposits under B4.225 for uncompleted work 30 calendar days after receipt of written notice from Forest Service to Purchaser of work to be done and Purchaser's failure to deny the obligation or to do the work.

B9.6 Contract Closure. The Forest Service officer signing this contract, his successor or superior officer shall give appropriate written notice to Purchaser when Purchaser has complied with the terms of this contract. Purchaser shall be paid refunds due from Timber Sale Account under B4.24 and excess cooperative deposits under B4.225.

## DIVISION C

### Special Provisions

In accordance with A23, the Sections, Subsections, and Items therein listed are attached and made a part hereof. This material is indexed by the numbering system used in Division B. The numbers after the C (which identifies material in this Division) indicate the Part, Section, Subsection, or Item of Division B, which is being supplemented or modified by each particular provision included in this Division.

L.

# APPRAISAL SUMMARY

( 105.79)

SALE NAME: D-LYNX DAMAGE RR SUMMARY CHECKED BY: DATE: 06/01/90

--- CARD TYPE 5 ---

SPECIFIED RD CONST (MILES) .0 (17-19) RECONSTRUCTION (MILES) .0 (20-22) PURCH CR LIM $ 0 (23-29) (INC. $ 0 P&R **)

PRODUCT: APPRAISED TO: HAUL (MILES) 16 (33-35) TEMP RD CONSTR (MILES) 3.0 (30-32) TEMP RD COST $ 29830 (36-42)

1 RANDLE WASH

4 RANDLE WASH BASIC DATA PERIOD: C.Y.1987R

ADJ TO APPR BASE PERIOD: LBR: IC 1ST QTR 1989, ALL OTHERS MAR 1989 PLY: MAR 1989

--- CARD TYPE 6 --- : --- CARD TYPE 7 ---

| | | | | | | | : | |
|---|---|---|---|---|---|---|---|---|
| 1 | PRODUCT/UNIT | (14-15) | 1-1 | 1-1 | 1-1 | 4-1 | : | UNIT OF MEASURE: 1 (16) |
| 2 | SPECIES | | D | C | H&O | PAM* | : | |
| 3 | SPECIES CODE | (16-18) | 205 | 242 | 263 | 002 | : | (T) TOTAL OR (A) AVERAGE: |
| 4 | % BY SPECIES | | 49.87% | 3.66% | 41.25% | 5.22% | : T | 100.0 % |
| 5 | VOLUME | (19-25) | 19100 | 1400 | 15800 | 2000 | : T | 38300 (17-23) |
| 6 | SELLING VALUE | | 601.72 | 461.01 | 337.91 | 247.20 | : A | 469.23 |
| 7 | SV ADJUSTMENT, SCHEDULE 0589 | | 1.146 | 1.000 | 1.054 | 1.000 | : | |
| 8 | ADJ SELLING VALUE | | 689.57 | 461.01 | 356.16 | 247.20 | : | |
| 9 | CHIP & BYPRODUCTS | | 40.03 | 0.00 | 45.60 | 0.00 | : | |
| 10 | SELLING VALUE L.S. | (26-31) | 729.60 | 461.01 | 401.76 | 247.20 | : A | 559.35 |
| 11 | FALLING & BUCKING | | 12.12 | 12.12 | 12.12 | 3.63 | : A | 11.68 (24-28) |
| 12 | SKIDDING | | 15.91 | 15.91 | 15.91 | 10.62 | : A | 15.63 (29-33) |
| 13 | LOADING | | 6.30 | 6.30 | 6.30 | 5.35 | : A | 6.25 (34-38) |
| 14 | SUBTOTAL, STUMP-TO-TRUCK | | 34.33 | 34.33 | 34.33 | 19.60 | : | |
| 15 | HAUL HAUL AND SCALE | | 20.31 | 20.31 | 20.31 | 16.93 | : A | 20.13 (39-42) |
| 16 | ROAD MAINTENANCE FS CO-OP DEP $3.16 | | 3.71 | 3.71 | 3.71 | 0.00 | : A | 3.52 (43-46) |
| 17 | SUBTOTAL, TRANSPORTATION | | 24.02 | 24.02 | 24.02 | 16.93 | : | |
| 18 | GENERAL LOGGING OVERHEAD | | 13.96 | 13.96 | 13.96 | 10.28 | : A | 13.77 (47-50) |
| 19 | LOGGING DEPRECIATION | | 5.53 | 5.53 | 5.53 | 4.72 | : A | 5.49 (51-54) |
| 20 | SUBTOTAL, ADMINISTRATIVE | | 19.49 | 19.49 | 19.49 | 15.00 | : | |
| 21 | SLASH DISPOSAL (INC. 4.39 CO-OP) | | 16.72 | 16.72 | 16.72 | 0.00 | : A | 15.85 (55-58) |
| 22 | EROSION CONTROL | | 1.97 | 1.97 | 1.97 | 0.00 | : A | 1.87 (59-62) |
| 23 | SNAG DISPOSAL | | 0.00 | 0.00 | 0.00 | 0.00 | : A | .00 (63-66) |
| 24 | MISC INCL FIRE PROT | | 0.67 | 0.67 | 0.67 | 0.57 | : A | .66 (67-70) |
| 25 | SUBTOTAL, ENVIRONMENTAL PROTECTION | | 19.36 | 19.36 | 19.36 | 0.57 | : | |
| 26 | TEMPORARY ROADS | | 0.82 | 0.82 | 0.82 | 0.00 | : A | .78 (71-74) |
| 27 | OTHER TEMPORARY DEVELOPMENTS | | 0.02 | 0.02 | 0.02 | 0.00 | : A | .02 (75-78) |
| 28 | SUBTOTAL,TEMPORARY DEVELOPMENT | | 0.84 | 0.84 | 0.84 | 0.00 | : | |
| 29 | SUBTOTAL, LOGGING COSTS | (32-36) | 98.04 | 98.04 | 98.04 | 52.10 | : A | 95.65 |
| 30 | SPECIFIED ROAD COST (A10) | | 0.00 | 0.00 | 0.00 | 0.00 | : A | .00 |
| 31 | TOTAL LOGGING COST L.S., SCHEDULE 0589 | | 98.04 | 98.04 | 98.04 | 52.10 | : A | 95.65 |
| 32 | MFG. COST L.S. (INCL. PRODUCT HAUL) | | 142.30 | 157.01 | 153.60 | 120.00 | : A | 146.33 |
| 33 | WASH STATE EXCISE TAX | | 21.32 | 8.56 | 6.06 | 2.91 | : A | 13.59 |
| 34 | SUBTOTAL, MANUFACTURING | (37-41) | 163.62 | 165.57 | 159.66 | 122.91 | : A | 159.93 |
| 35 | TOTAL PRODUCTION COST L.S. | | 261.66 | 263.61 | 257.70 | 175.01 | : A | 255.58 |
| 36 | CONVERSION (10)-(35) | | 467.94 | 197.40 | 144.06 | 72.19 | : A | 303.77 |
| 37 | P&R RATIO % NORMAL/ADVERTISED | | 6.00 | 6.00 | 6.00 | 6.00 | : NORM | 6.0 ADV 6.0 ** |
| 38 | P&R MARGIN NORMAL/ADVERTISED | | 41.59 | 26.28 | 22.90 | 14.09 | : NORM | 31.88 ADV 31.88 ** |
| 39 | INDICATED NET STUMPAGE (36)-(38) | | 426.35 | 171.12 | 121.16 | 58.10 | : A | 271.89 |
| 40 | INDICATED ADVERTISED RATES (39)+(30) | | 426.35 | 171.12 | 121.16 | 58.10 | : T | 10413380.96 |
| | | | | | | | : A | 271.89 |
| 41 | BASE RATES | | 20.00 | 20.00 | 10.63 | 2.00 | : A | 15.19 |
| 42 | ADJUSTMENTS TO BASE RATES | | 0.00 | 0.00 | 0.00 | 0.00 | : A | .00 |
| 43 | ADVERTISED RATES (40)+(42) | (42-47) | 426.35 | 171.12 | 121.16 | 58.10 | : T | 10413380.96 |
| | | | | | | | : A | 271.89 |
| 44 | INDICATED STAT NET RATES(43)-(30) | | 426.35 | 171.12 | 121.16 | 58.10 | : A | 271.89 |
| 45 | APPRAISED NET RATES | (48-53) | 426.35 | 171.12 | 121.16 | 58.10 | : A | 271.89 |
| 46 | BASE INDICES | | 282.17 | 0.00 | 242.21 | 0.00 | : | |

* PAM ACTUALLY APPRAISED AT $ 216.79,/ACRE FOR 536 ACRES.

26

United States Department of Agriculture | Forest Service | Gifford Pinchot National Forest | [illegible]6 E. Fourth Plain Blvd
P.O. Box 8944
Vancouver, WA 98668-8944

Reply to: 2450

Date: JUN 22 1990

Mt. Adams Veneer Company
P.O. Box 758
Randle, WA 98377

CERTIFIED MAIL--RETURN
RECEIPT REQUESTED

Dear Mt. Adams Veneer Company:

On June 30, 1989, your Lynx Timber Sale, Contract No. 067851, was terminated uncompleted. Accordingly, I have determined damages due the United States pursuant to Standard Provision B9.4 - Failure to Cut.

I have considered your failure to complete the contract and resultant Government claim under the Contract Disputes Act of 1978.

Findings:

1. You were awarded the Lynx Timber Sale on October 24, 1979, on contract form 2400-6 (9/73). The original termination date of March 31, 1987, was subsequently extended to June 30, 1989.

2. Upon termination, an estimated 38,300 MBF of Included Timber remained uncut on the timber sale.

3. Contract Provision B9.4 - Failure to Cut specifies the means of determining damages. Damages represent "the amount by which Current Contract Value plus the cost of resale, less any effective Purchaser Credit remaining at time of termination, exceeds the resale value at new Bid Rates. If there is no resale, damages due shall be determined by subtracting the value established by said appraisal from the difference between Current Contract Value and Effective Purchaser Credit."

4. Injunctions involving the spotted owl delayed initial efforts to sell volume remaining following default. In the interim, detailed analysis of the Lynx Timber Sale has resulted in the decision not to resell the remaining volume. This decision is based on potential adverse effects on the watershed of the cutting.

5. Damages were calculated by reappraising the remaining volume using costs and values in effect on the termination date of the sale. Weighted average bid premiums were added to the appraised rates to arrive at a new contract value. These bid premiums were determined by analyzing ten timber sales sold on the Randle District between June 29, 1987, and the date of the default. Four of these ten sales were similar to the Lynx sale in that they contained similar species and both Douglas fir and western hemlock were bidable species. Bid premiums on the four sales were then weighted by volume for each species,

27

indexed forward to the time of the Lynx default, and then added to the readvertised rates.

6. Pursuant to contract provision B9.4, damages are calculated as follows:

Contract value of uncut timber at time of default:

| | | | |
|---|---|---|---|
| DF | 19,100 MBF @ | $678.00 | $12,949,800 |
| H&O | 15,800 MBF @ | $500.00 | 7,900,000 |
| C | 1,400 MBF @ | $220.35 | 308,490 |
| PAM | 536 Acres @ | $ 1.83 | 981 |
| | | | $21,159,271 |

| | |
|---|---|
| Less cash on deposit (bid guarantee) | - 100,000 |

Less reappraised rate plus bid premium:

| | | |
|---|---|---|
| DF | $426.35 + $215.27 = $641.62 | -12,254,942 |
| H&O | $121.16 + $173.71 = $294.87 | - 4,658,946 |
| C | $171.12 + $ 0 = $171.12 | - 239,568 |
| PAM | $216.79 + $ 0 = $216.79 | - 116,200 |

| | |
|---|---|
| Damages due the United States | $ 3,789,615 |

Decision:

It is my decision that damages are owed the United States and the determination of such damages is correct and in accordance with Standard Provision B9.4 - Failure to Cut. Therefore, Mt. Adams Veneer Company is liable to the United States for the sum of $3,789,615.00 for such damages.

This is the final decision of the Contracting Officer. This decision may be appealed to the Agricultural Board of Contract Appeals. If you decide to make such an appeal, you must mail, or otherwise furnish written notice thereof, to the Agricultural Board of Contract Appeals within 90 days from the date you receive this decision. A copy thereof shall be furnished to the Contracting Officer from whose decision the appeal is taken. The notice shall indicate that an appeal is intended, should reference this decision, and identify the contract by number. In lieu of appealing to the Agricultural Board of Contract Appeals,

28

you may bring action directly in the U.S. Claims Court within 12 months of the date you receive this decision.

Sincerely,

/s/ David Note

DAVID NOTE
Contracting Officer

Enclosures:
Damage Appraisal
Bid Premium Calculations
Bill-for Collection

cc:
OGC
RO-TM
Surety
GRAN

DN:kb

P 178 517 245

RECEIPT FOR CERTIFIED MAIL
NO INSURANCE COVERAGE PROVIDED
NOT FOR INTERNATIONAL MAIL
(See Reverse)

50-RES

Sent to: MT ADAMS VENEER
Street and No.: RANDLE, WA
P.O., State and ZIP Code: LYNX DAMAGES LTR
Postage: (6/22/90) $
Certified Fee
Special Delivery Fee
Restricted Delivery Fee
Return Receipt showing to whom and Date Delivered
Return Receipt showing to whom, Date, and Address of Delivery
TOTAL Postage and Fees $
Postmark or Date: JUN 22 1990

PS Form 3800, June 1985

RETURN RECEIPT, REGISTERED, INSURED AND CERTIFIED MAIL
PS Form 3811, Dec. 1980
2. UNABLE TO DELIVER BECAUSE:
7a. EMPLOYEE'S INITIALS

## INDICES ADJ. FOR BID PREMIUM
## FOR ADDITION TO LYNX DAMAGE APPRAISAL RATES

### Polk 4 Salvage

| Species | Index | Lynx Index | Index Difference | Bid Premium | Adj. Bid Prem |
|---|---|---|---|---|---|
| D | 282.90 | 282.17 | -0.73 | 120.52 | 119.79 |
| H:O | 230.17 | 242.21 | +12.04 | 94.15 | 106.19 |

### Beech 4 Salvage

| Species | Index | Lynx Index | Index Difference | Bid Premium | Adj. Bid. Prem |
|---|---|---|---|---|---|
| D | 282.90 | 282.17 | -0.73 | 157.57 | 156.84 |
| H:O | 230.17 ✓ | 242.21 | +12.04 | 144.27 | 156.31 |

### Polar 2

| Species | Index | Lynx Index | Index Difference | Bid Premium | Adj. Bid Prem |
|---|---|---|---|---|---|
| D | 261.68 | 282.17 | +20.49 | 353.97 | 374.46 |
| H:O | 225.32 | 242.21 | +16.89 | 133.24 | 150.13 |

### Silver 7

| Species | Index | Lynx Index | Index Difference | Bid Premium | Adj. Bid Prem |
|---|---|---|---|---|---|
| D | 276.35 | 282.17 | +5.82 | 150.87 | 156.69 |
| H:O | 230.06 | 242.21 | +12.15 | 277.23 | 289.38 |

# WEIG[illegible]ED ADJ. BID. PREM FROM COMPARISON SALES

Douglas - Fir

| Sale | Vol. | Adj. Bid Prem. | Total |
| --- | --- | --- | --- |
| Polk 4 Sal. | 3,200 ✓ | 119.79 | 383,328 |
| Beech 4 Sal. | 1,900 ✓ | 156.84 | 297,996 |
| Polar 2 | 3,500 | 374.46 | 1,310,610 |
| Silver 7 | 2,400 | 156.69 | 376,056 |
| | 11,000 | | 2,367,990 |

Weighted Adj. 2,367,990 ÷ 11,000 = $215.27

H & D

| Sale | Vol | Adj. Bid Prem. | Total |
| --- | --- | --- | --- |
| Polk 4 Sal | 3,200 ✓ | 106.19 | 339,808 |
| Beech 4 Sal | 2,500 ✓ | 156.31 | 390,775 |
| Polar 2 | 4,200 | 150.13 | 630,546 |
| Silver 7 | 3,100 | 289.38 | 897,078 |
| | 13,000 | | 2,258,207 |

Weighted Adj. $2,258,207 ÷ 13 000 = $173.71

# DAMAGE CALCULATIONS
## LYNX SALE

DAMAGE APPRAISAL:

| Species | Vol. | App Rates | Bid Premium | New Rate | Total |
|---|---|---|---|---|---|
| DF | 19,100 | $426.35 | $215.27 | $641.62 | $12,254,942 |
| H&O | 15,800 | $121.16 | $173.71 | $294.87 | 4,658,946 |
| C | 1,400 | $171.12 | — | $171.12 | 239,568 |
| PAM | 2,000 | $58.10 | — | 58.10 | 116,200 |
| | | | | | $17,269,656 |

CURRENT CONTRACT RATES

| SPECIES | VOL | RATES | |
|---|---|---|---|
| DF | 19,100 | $678.00 | $12,949,800 |
| H&O | 15,800 | 500.00 | 7,900,000 |
| C | 1,400 | 220.35 | 308,490 |
| PAM | 536 Ac. | 1.83 | 981 |
| | | | $21,159,271 |

| | |
|---|---|
| DAMAGES | $3,889,615 |
| Less Cash on Hand | 100,000 |
| Amount Due | $3,789,615 |

32

# BILL FOR COLLECTION
(Ref. FSM 6530)

1. Place of Issue: Vancouver, WA

2. Date of Issue: June 22, 1990

Please pay by money order, bank draft, or check payable to FOREST SERVICE, USDA.
Mail payment with this statement in the enclosed envelope to: UNIT COLLECTION OFFICER, FOREST SERVICE. PAC NW Region File #71652, P.O. Box 60000, ~~San Francisco, CA 94160-1652~~

Mt. Adams Veneer
P.O. Box 190
Randle, WA 98377

Please Show Any Change Of Address Below:

FOLD HERE

| 3. Date or Period | 4. Description | 5. Amount |
|---|---|---|
| | Lynx Timber Sale<br><br>Damages owed the United States in accordance with Standard Provision B9.4-Failure to Cut. | $3,789,615.00 |

NOTE: Payments not received by the due date are subject to a LATE PAYMENT CHARGE at the rate currently published by the Department of the Treasury unless a different rate is prescribed by contract or agreement.

6. Date Payment Due: 7/22/90

7. Amount Due: $3,789,615.00

FOLD HERE

| 8. Bill Number | 9. Unit Number | 10. Sub-Unit Number | 11. Timber Sale Contract Number |
|---|---|---|---|
| [redacted] 1844 | TS 03 | 05 | 067851 |

12. Remarks

Payments not received by the due date may also be subject to an administrative charge pursuant to the Debt Collection Act of 1982.

13. FOREST SERVICE ACCOUNTING DATA

| TRANS. CODE | MANAGEMENT CODE | FY | OBJ CLASS MAJ. | OBJ CLASS SUB. | AMOUNT |
|---|---|---|---|---|---|
| A | 8 7 0 5 2 2 | | | | $3,789,615.00 |

(33)

14. TOTAL $3,789,615.00