IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MANKE LUMBER CO., et al. (Mt. Adams Veneer Co.), | ) | |
| Plaintiffs, | ) | Consolidated under lead case No. 33-85C (No. 91-984C) (Judge Bruggink) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE BRIEF AND CROSS-MOTION**

Plaintiff Mt. Adams Veneer Co. moves the Court for an order enlarging time to respond to Defendant's Motion for Summary Judgment in *Mt. Adams Veneer Co. v. United States*, No. 91-984C. The response and cross-motion is presently due on October 14, 2003.

The attorney for Plaintiff primarily responsible for preparation of the response and cross-motion has been out of the office on personal matters and other time conflicts have arisen which require additional time for completion and final review of the brief, declarations, and cross-motion.

For the foregoing reasons, Plaintiff respectfully requests that its motion be granted, and that the time for filing of its reply and cross-motion to Defendant's Motion for Summary Judgment be enlarged to and including 60 days December 15, 2003. The Defendant's counsel has been consulted, and does not oppose this motion.

Respectfully submitted this 10th day of October, 2003.

s/ Steven A. Miller for
William F. Lenihan
SCHWABE, WILLIAMSON & WYATT, PC
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Phone: (206) 622-1711
Fax: (206) 292-0460

Of Counsel:

Steven A. Miller
SCHWABE, WILLIAMSON & WYATT
1420 Fifth Avenue
Suite 3010
Seattle, WA 98101-2393
Phone: (206) 622-1711
Fax: (206) 292-0460

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 10th day of October, 2003, I caused copies of the foregoing UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE BRIEF AND CROSS-MOTION to be served upon the following individual by facsimile and also by Federal Express.

Richard P. Nockett
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., N.W. (8th Floor)
Washington, D.C. 20530

s/ Steven A. Miller