IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MANKE LUMBER CO., et al. (Mt. Adams Veneer Co.), | ) | |
| Plaintiffs, | ) | Consolidated under lead case No. 33-85C (No. 91-984C) (Judge Bruggink) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE BRIEF AND CROSS-MOTION**

Plaintiff Mt. Adams Veneer Co. moves the Court for an order enlarging time to respond to Defendant's Motion for Summary Judgment in *Mt. Adams Veneer Co. v. United States*, No. 91-984C. The response and cross-motion are presently due on December 15, 2003, and Plaintiff seeks a 38-day extension until January 22, 2003. This is the second request for an enlargement of time for this purpose.

Andrew R. Gala, the attorney for Plaintiff primarily responsible for preparation of the response and cross-motion has left the law firm of Schwabe, Williamson & Wyatt for personal reasons and will not continue to represent the Plaintiff in this case. Dennis J. Dunphy has been identified as new lead counsel for the Plaintiff and will require this additional time to become familiar with this longstanding and complicated matter in order to complete the necessary pleadings in response to the governments summary judgment motion. Plaintiff will be filing a Motion for Leave to Withdraw/Substitute Attorney of Record, substituting Mr. Dunphy as attorney of record in the near future.

For the foregoing reasons, Plaintiff respectfully requests that its motion be granted, and that the time for filing of its reply and cross-motion to Defendant's Motion for Summary

Judgment be enlarged to and including January 22, 2004. The Defendant's counsel has been advised of all of the foregoing and authorized the undersigned to represent to the Court that the government will not oppose this motion.

Respectfully submitted this 4th day of December, 2003.

s/ Steven A. Miller for
William F. Lenihan
SCHWABE, WILLIAMSON & WYATT, PC
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Phone: (206) 622-1711
Fax: (206) 292-0460

Of Counsel:

Steven A. Miller
SCHWABE, WILLIAMSON & WYATT
1420 Fifth Avenue
Suite 3010
Seattle, WA 98101-2393
Phone: (206) 622-1711
Fax: (206) 292-0460

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 4th day of December, 2003, I caused copies of the foregoing SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE BRIEF AND CROSS-MOTION to be served upon the following individual by facsimile and also by Federal Express.

Richard P. Nockett
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., N.W. (8th Floor)
Washington, D.C. 20530

s/ Steven A. Miller