IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GATEWAY LUMBER CO., et al. And MANKE LUMBER CO., et al. (Mt. Adams Veneer Co.), | ) | |
| Plaintiffs, | ) | Consolidated under lead cases No. 435-87C & 589-87C (No. 91-984C) (Judge Bruggink) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

MOTION FOR LEAVE TO WITHDRAW/SUBSTITUTE ATTORNEY OF RECORD

Pursuant to RCFC 81(D)(4), plaintiff's counsel, William F. Lenihan of Schwabe, Williamson & Wyatt, P.C. moves for leave to withdraw as attorney of record for plaintiff and moves to substitute Dennis J. Dunphy of the law firm of Schwabe, Williamson & Wyatt, P.C. in his place and stead.

Respectfully submitted this 3rd day of December, 2003.

s/ William F. Lenihan
WILLIAM F. LENIHAN
Schwabe, Williamson & Wyatt, PC
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Phone: (206) 622-1711
Fax: (206) 292-0460

s/ Steven A. Miller for
DENNIS J. DUNPHY
Schwabe, Williamson & Wyatt, PC
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Phone: (206) 622-1711
Fax: (206) 292-0460

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 10th day of December, 2003, I caused copies of the foregoing MOTION FOR LEAVE TO WITHDRAW/SUBSTITUTE ATTORNEY OF RECORD and AFFIDAVIT OF DENNIS J. DUNPHY REGARDING APPOINTMENT to be served upon the following individual by facsimile and also by Federal Express.

Richard P. Nockett
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., N.W. (8th Floor)
Washington, D.C. 20530

s/ Tara M. Holland