IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GATEWAY LUMBER CO., et al.<br>And MANKE LUMBER CO., et al.<br>(Mt. Adams Veneer Co.),<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Consolidated under lead cases<br>No. 435-87C & 589-87C<br>(No. 91-984C)<br>(Judge Bruggink) |

AFFIDAVIT OF DENNIS J. DUNPHY REGARDING APPOINTMENT

STATE OF WASHINGTON )
) ss:
COUNTY OF KING )

Dennis J. Dunphy, being first duly sworn on oath, deposes and says:

1. I make this statement based upon personal knowledge and am competent to testify to the matters stated below.

2. I am fully authorized and competent to make this affidavit on behalf of Mt. Adams Veneer Co.

3. I am an attorney in good standing in the Bar of the United States Court of Federal Claims.

4. I confirm that I have been retained by Mt. Adams Veneer Co. to substitute in as counsel for William F. Lenihan of Schwabe, Williamson & Wyatt, P.C.

5. I ask the Court to grant Plaintiff's Motion for Leave to Withdraw/Substitute Attorney of Record.

Respectfully submitted this 10th day of December, 2003.

s/ Dennis J. Dunphy
DENNIS J. DUNPHY
Schwabe, Williamson & Wyatt, PC
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Phone: (206) 622-1711
Fax: (206) 292-0460

SUBSCRIBED AND SWORN to before me this 10th day of December, 2003.

s/ Rosemary S. Cox
Printed Name: Rosemary S. Cox
Notary Public in and for the State of
Washington residing at Kent
My Commission Expires: 3-29-06