# In the United States Court of Federal Claims

No. 91-984C
Consolidated under lead cases nos. 435-87C & 33-85C
(Filed: December 11, 2003)

* * * * * * * * * * * * * * * * * * * *

GATEWAY LUMBER CO., *et al.*
and MANKE LUMBER CO., *et al.*,
(Mt. Adams Veneer)

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * *

---------------
ORDER
---------------

Pending is plaintiffs' December 4, 2003 unopposed motion for an enlargement of time, to and including January 22, 2004, within which to file a response and cross-motion to defendant's pending motion for summary judgment. For good cause shown, the motion is granted.

The court notes that plaintiffs will be filing a motion for leave to withdraw/substitute attorney of record. The new attorney is directed to set up an electronic case filing account with the court (see the court's order of August 8, 2003). The clerk is directed to serve a copy of this order by mail on counsel for plaintiffs.

s/Eric G. Bruggink
ERIC G. BRUGGINK

Judge