# In the United States Court of Federal Claims

No. 91-984C
Consolidated under lead cases nos. 435-87C & 33-85C
(Filed: December 18, 2003)

* * * * * * * * * * * * * * * * * * * *

GATEWAY LUMBER CO., *et al.*
and MANKE LUMBER CO., *et al.*,
(Mt. Adams Veneer)

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * *

---------------
ORDER
---------------

Pending is plaintiffs' motion for leave to withdraw/substitute attorney of record. The motion is granted. Accordingly, the clerk is directed to enter the appearance of Dennis J. Dunphy as the attorney of record for plaintiffs. The clerk is directed to serve a copy of this order by mail on counsel for plaintiffs.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge