Consolidated under lead cases
Nos. 435-87C & 589-87C
(No. 91-984C)
(Judge Bruggink)

---

GATEWAY LUMBER CO., *et al.*
and MANKE LUMBER CO., *et al.*
(Mt. Adams Veneer Co.),

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**APPENDIX TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

Dennis J. Dunphy, Esq.
*Attorneys for Plaintiffs*

SCHWABE WILLIAMSON & WYATT, P.C.
1420 Fifth Avenue
Suite 3010
Seattle, Washington 98101-2393
Telephone: (206) 622-1711

*Of counsel:*

Steven A. Miller, Esq.
SCHWABE WILLIAMSON & WYATT, P.C.
1420 Fifth Avenue
Suite 3010
Seattle, Washington 98101-2393
Telephone: (206) 622-1711

January 22, 2004

Mt. Adams Veneer Company, Inc. v. United States
No. 91-984C

**APPENDIX TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**


| No. | | Page Nos. |
|---|---|---|
| 1 | February 2, 1990, Memo from Jerry J. Brown, Fire/Timber Management Staff, to Regional Forester, Region 6 | 1 |
| 2 | October 6, 1999, Trial Transcript, *Capital Development Co. v. The United States*, U. S. Court of Federal Claims, Cause No. 750-87C | 2-4 |
| 3 | January 2, 1979 Memo from Robert D. Tokarczyk, Forest Supervisor, to District Manager, Randle R.D., with attachments | 5-6 |
| 4 | Timber Sales Action Bid Record for Lynx Sale | 7-14 |
| 5 | September 30, 1981, The Effectiveness of Competition and Appraisals in the Auction Markets for National Forest Timber in the Pacific Northwest, pp. iii, iv, viii, and 209 | 15-20 |
| 6 | July 24, 1984 Letter from George M. Leonard, Director of Timber Management, to Regional Foresters | 21-22 |
| 7 | Selection Portions of Forest Service Manual 2420 10/77 Amend. 109: §§ 2421.4, 2423.2, 2424.25, 2424.3 | 23-37 |
| 8 | April 24, 1990 Appraisal Summary | 38 |
| 9 | Selected Portions of Forest Service Manual 2430 (2/81) Amend. 123: §§ 2433.6, 2435.05 | 39-43 |
| 10 | Selection Portions of Deposition of David E. Note, July 9, 1993, pp. 41, 42, and 43 | 44-49 |
| 11 | FSM 2433.54 5/83 Amend. 129 | 50-56 |

| No. | | Page Nos. |
|---|---|---|
| 12 | April 13, 1990 Memo from Beulah Johnson to David Note, with attachments | 57-63 |
| 13 | February 14, 1990 Memo from Wendall L. Jones, Director of Timber Management, to Regional Attorney | 64 |
| 14 | Forest Service Manual § 2431.23 (12/82) R-6 Supp. No. 296 | 65-66 |
| 15 | Form 2400-17s of Beech 5, Polk 4 Salvage, Beech 4 Salvage, Kraus 7, Schooley 11, Cozy 3, Tumble 4, Holdaway 2, Silver 7, and Polar 2 | 67-86 |
| 16 | October 24, 1979 Lynx Timber Sale Contract, Section A7-Scheduled Rate Redetermination | 87-88 |
| 17 | Report and Appraisal, Gifford Pinchot National Forest, Randle Ranger District, Lynx Timber Sale, Sale Cruise | 89-91 |
| 18 | Scheduled Rate Redetermination, Lynx Timber Sale, Section A – Sale Cruise | 92-94 |
| 19 | Deposition of Ronald Lewis, June 16, 1993, p. 46 | 95-97 |

United States Department of Agriculture | Forest Service | Gifford Pinchot National Forest | 26 E. Fourth Plain Blvd. P.O. Box 8944 Vancouver, WA 98668-8944

COPY

Reply To: 2450

Date: FEB 2 1990

Subject: Mt. Adams Veneer Co., Lynx Sale, Contract No. 06785-1

To: Regional Forester, R-6

The Lynx Timber Sale, awarded to Mt. Adams Veneer Company on October 24, 1979, expired on June 30, 1989. This sale contains 37,500 MBF of timber having a contract value of $21,820,375.00. No volume has been removed from this sale.

We had planned to immediately reoffer this sale under its original conditions and base damages on the resale value. The spotted owl controversy prevented the resale as we had planned. The sale is still in our FY 90 program and is scheduled to go to the Advisory Board next week. There is a very strong chance that we will not be able to resell this sale without major modifications. If we were given approval to resell the sale in its original form, it is likely that the current contract rates (DF - $678.00; H&O - $500.00; C - $220.35) would be equalled or exceeded, thus mitigating the damages.

In light of the above circumstances, we are in the process of trying to develop damages based on a reappraisal using values and costs in effect on the termination date. We have run into problems using this approach. During the 6 months preceding the termination date of this sale, there was considerably less representative timber sold on the Forest than would be sold under normal circumstances. Therefore, a bid premium developed from that 6-month period to be added to the reappraisal may not be representative.

The purchaser's attorney, sensing the possible dilemma we are in, has drafted the enclosed letter. We would like your advice on how to proceed in order to minimize the chances of jeopardizing our case.

/s/ Jerry J. Brown

JERRY J. BROWN
Fire/Timber Management Staff

Enclosure

cc:
GRAN

JB:dn/kc

# UNITED STATES
# COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SEABOARD LUMBER, et al., (CAPITAL DEVELOPMENT COMPANY), Plaintiff, | ) | |
| v. | ) | No.: 610-84C 750-87C |
| THE UNITED STATES, Defendant. | ) | |

Pages: 245 through 460

Place: Seattle, Washington

Date: October 6, 1999

**HERITAGE REPORTING CORPORATION**
*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005-4018
(202) 628-4888
hrc@concentric.net

too late now to go into that issue, if Plaintiff has had them available.

If your concern is -- I think the government is basically right. If you want to impeach the quality of the worksheet, that's a separate question. It seems to me this wasn't testified as a government record. I've looked through, and this is my calculation of what these other people tell me about the slash costs.

MR. LENIHAN: No, in other words, it's a failure to prove, Your Honor. She said, I don't dispute that the worksheet says that the increase of cost of lopping to $45 on resale. We don't dispute that. We accept that. And the worksheet would be admissible to prove that, but that doesn't tell us where the number came from or how it was employed and whether it was employed properly. Ms. Anderson is speculating and must speculate as to what --

MR. NOCKETT: I don't think Mr. Lenihan understands the business records exception. Would the information in the slash disposal plans have come from a person with knowledge of the facts and plans, or would the information in the plans have been transmitted by a person with knowledge of the facts, Ms. Anderson?

THE WITNESS: Yes, it would have.

MR. LENIHAN: My answer to that, Judge, is well, then, why aren't the people here? Why isn't Kleinfelder or

Schelhaas, the contracting officers, both of whom are alive, and I believe living in Eastern Washington, why aren't they witnesses? They're competent to testify.

THE COURT: What exactly is the nature of the objection? If it's not, if the underlying data would be admissible as an exception to the hearsay rule, if this is an accurate summary, what is the nature of the objection?

MR. LENIHAN: That she just cannot testify that the increase in price comes from the increase of cost, because she doesn't know what the cost values are, what the source of the data is. And that's speculation.

Now, she can testify that there is an increase, but she can't testify why there was an increase.

THE COURT: She can testify as to the records.

MR. LENIHAN: Absolutely. We don't dispute that, but not the why, or not the, you know -- because she doesn't know. And that's speculation.

THE COURT: Okay, I'm inclined to agree with you. You can't explore through this witness what processes were used to find the underlying data.

MR. NOCKETT: That's fine, Your Honor. The question to her was why -- we stipulated that the rates per MBF should be A, by the original, by the resale purchaser, for slash disposal deposits, differed by, what was it, 56 cents per MBF. The question to Ms. Anderson was can she

UNITED STATES DEPARTMENT OF AGRICULTURE
FOREST SERVICE
GIFFORD PINCHOT NATIONAL FOREST
500 West 12th Street
Vancouver, WA 98660

REPLY TO: 2450 Sale Contracts & Permits January 2, 1979

SUBJECT: Lynx Sale (Proposed)

TO: District Ranger, Randle R.D.

Please excuse the delay in responding to your December 6, 1978 memo. It was necessary to get as much advice as possible to help decide the best approach in this case.

After careful consideration, we believe that an extra term sale with a rate-redetermination is the best alternative. We cite the following reasons:

1. The implementing instructions for the 14 i. provision cautions against setting interim completion dates for a portion of the construction unless early removal of the timber is necessary for management purposes. We understand that the Lynx Sale is basically a green sale with only incidental salvage involved. The instructions infer that interim dates can be expected to cause significant increase in construction bids.

2. A three-side assumption to increase production and therefore decrease operating time is not very realistic. While it is obviously possible - and might be warranted in salvage circumstances - it would appear to be a burdensome requirement in a green sale of this nature and preclude any flexibility in the purchasers schedule of operations.

3. Since the sale is long term in any event - it seems advantageous for the government to reappraise the values at the 3/4 mark to reflect current values - which if inflation continues to plod it weary course - will be much higher in 1985 or 1986.

90004951

4. Finally - the sale design is such - that a strong argument could be made for two sales instead of one. Since we are already committed for this 35.5 MMbf for FY 1979-it is questionable if targets could be met by replacement with other sales. Therefore from the Forest viewpoint, this is not a viable alternative at this time.

We advise you to proceed ahead with your second alternative as described in your 12/6/78 memo.

Assuming you decide this, please refer to your copy of memo we wrote Regional Office to obtain approval for scheduled R.R. on Silver 5. We will need comparable information on Lynx.

for JAMES L. UNTERWEGNER

ROBERT D. TOKARCZYK
Forest Supervisor

cc: R. Mazna
H. Schermerhorn

BCoughlan:elm

90004952

## TIMBER SALE AUCTION BID RECORD

BIDS RECEIVED ON Lynx National Forest G.P.

| SPECIES | DF | C. | H+O | | PAM | TOTAL |
|---|---|---|---|---|---|---|
| VOLUME - M board feet. | 19,600 | 1,500 | 16,400 | | 574/A | 37,500 + 574 A |
| MINIMUM BID | $213.85 | $220.35 | $125.18 | $ | $1.83 | $6,575,987.42 |
| Bidder: 1. [illegible] | 214.00 | | 126.00 | | | 6,592,375.42 |
| 2. Bald Knob Land & Timb | 250.00 | | 125.18 | | | 7,284,527.42 |
| 3. Mt Adams V. | 250.00 | | 150.00 | | | 7,691,575.42 |
| 4. Tomco | 213.85 | | 125.18 | | | 6,575,987.42 |
| 5. Pac Timb Sales | 213.85 | | 125.18 | | | 6,575,987.42 |
| 6. [illegible] | 213.85 | | 125.18 | | | 6,575,987.42 |
| 7. Pac West | 213.85 | | 125.18 | | | 6,575,987.42 |
| 8. [illegible] | 213.85 | | 125.18 | | | 6,575,987.42 |
| 9. [illegible] | [illegible] | | [illegible] | | | 6,575,987.42 |
| 10. Cuffel Bros | 213.85 | | 125.18 | | | 6,575,987.42 |
| 11. Astoria Plywood | [illegible] | | [illegible] | | | 8,071,575.42 |
| 12. [illegible] Co | 213.85 | | 125.18 | | | 6,575,987.42 |
| 13. Mt Adams | 250.00 | | 180.00 | | | 8,183,575.42 |
| 14. Astoria | 215.00 | | 250.00 | | | 8,645,575.42 |
| 15. Mt Adams | 250.00 | | 225.00 | | | 8,921,575.42 |
| 16. [illegible] | 300.00 | | 250.00 | | | 10,311,575.42 |
| 17. Mt Adams | 350.00 | | 225.00 | | | 10,881,575.42 |
| 18. Cuffel Bros | 350.00 | | 250.00 | | | 11,201,575.42 |
| 19. Mt Adams | [illegible] | | 275.00 | | | 11,701,575.42 |
| 20. Cuffel Bros | 350.00 | | 300.00 | | | 12,111,5[illegible] |



90005070

Instructions: Use to record all bids from a single bidder or consecutive oral bids of all bidders, depending upon local preference.

TIMBER SALE AUCTION BID RECORD

BIDS RECEIVED ON Lyme National Forest KP

| SPECIES | DF | C | H+O | | PAM | TOTAL |
|---|---|---|---|---|---|---|
| VOLUME - M board feet. | 19,600 | 1500 | 16,400 | | 574/A | 37500+574A |
| MINIMUM BID | $213.85 | $221.35 | $125.18 | $ | $1.83 | $6,575,987.42 |
| Bidder: 1. Mt Adams | 350.00 | | 350.00 | | | 12,931,575.42 |
| 2. Caffall Bros | 350.00 | | 360.00 | | | 13,095,575.42 |
| 3. Mt Adams | 350.00 | | 400.00 | | | 13,751,575.42 |
| 4. Caffall Bros | 350.00 | | 410.00 | | | 13,915,575.42 |
| 5. Mt Adams | 375.00 | | 400.00 | | | 14,241,575.42 |
| 6. Caffall Bros | 375.00 | | 410.00 | | | 14,405,575.42 |
| 7. Mt Adams | 400.00 | | 400.00 | | | 14,731,575.42 |
| 8. Caffall Bros | 400.00 | | 410.00 | | | 14,895,575.42 |
| 9. Mt Adams | 425.00 | | 400.00 | | | 15,221,575.42 |
| 10. Caffall Bros | 450.00 | | 410.00 | | | 15,875,575.42 |
| 11. Mt Adams | 475.00 | | 400.00 | | | 16,201,575.42 |
| 12. Caffall Bros | 475.00 | | 410.00 | | | 16,365,575.42 |
| 13. Mt Adams | 500.00 | | 400.00 | | | 16,691,575.42 |
| 14. Caffall Bros | 500.00 | | 410.00 | | | 16,855,575.42 |
| 15. Mt Adams | 525.00 | | 400.00 | | | 17,181,575.42 |
| 16. Caffall Bros | 500.00 | | 445.00 | | | 17,429,575.42 |
| 17. Mt Adams | 550.00 | | 400.00 | | | 17,671,575.42 |
| 18. Caffall Bros | 500.00 | | 475.00 | | | 17,921,575.42 |
| 19. Mt Adams | 550.00 | | 425.00 | | | 18,081,575.42 |
| 20. Caffall Bros | 500.00 | | 490.00 | | | 18,167,575.42 |





Instructions: Use to record all bids from a single bidder or consecutive oral bids of all bidders, depending upon local preference.

3

# TIMBER SALE AUCTION BID RECORD

BIDS RECEIVED ON Lyng National Forest Gifford Pinchot

| SPECIES | DF | C | H40 | | PAM | TOTAL |
|---|---|---|---|---|---|---|
| VOLUME - M board feet. | 19600 | 1500 | 16400 | | 574/A | 37500+574A |
| MINIMUM BID | $213.85 | $220.35 | $125.18 | $ | $1.83 | $6,575,987.42 |
| Bidder: 1. Mt Adams | 550.00 | | 435.00 | | | 18,245,575.42 |
| 2. Caffall Bros | 500.00 | | 500.00 | | | 18,331,575.42 |
| 3. Mt Adams | 550.00 | | 445.00 | | | 18,409,575.42 |
| 4. Caffall Bros | 500.00 | | 505.00 | | | 18,413,575.42 |
| 5. Mt Adams | 550.00 | | 450.00 | | | 18,491,575.42 |
| 6. Caffall | 500.00 | | 510.00 | | | 18,495,575.42 |
| 7. Mt Adams | 550.00 | | 475.00 | | | 18,901,575.42 |
| 8. Caffall | 500.00 | | 535.00 | | | 18,905,575.42 |
| 9. Mt Adams | 550.00 | | 500.00 | | | 19,311,575.42 |
| 10. Caffall Bros | 500.00 | | 560.00 | | | 19,315,575.42 |
| 11. Mt Adams | 560.00 | | 500.00 | | | 19,507,575.42 |
| 12. Caffall Bros | 510.00 | | 560.00 | | | 19,511,575.42 |
| 13. Mt Adams | 565.00 | | 500.00 | | | 19,605,575.42 |
| 14. Caffall Bros | 515.00 | | 560.00 | | | 19,609,575.42 |
| 15. Mt Adams | 570.00 | | 500.00 | | | 19,703,575.42 |
| 16. Bald Knob | 575.00 | | 500.00 | | | 19,801,575.42 |
| 17. Mt Adams | 576.00 | | 500.00 | | | 19,821,175.42 |
| 18. Bald Knob | 580.00 | | 500.00 | | | 19,899,575.42 |
| 19. Mt Adams | 581.00 | | 500.00 | | | 19,919,175.42 |
| 20. Bald Knob | 585.00 | | 500.00 | | | 19,997,575.42 |

90005072

9

Instructions: Use to record all bids from a single bidder or consecutive oral bids of all bidders, depending upon local preference.

4..

TIMBER SALE AUCTION BID RECORD

BIDS RECEIVED ON [illegible] National Forest GP

| SPECIES | DF | C | H+O | | PIAM | TOTAL |
|---|---|---|---|---|---|---|
| VOLUME - M board feet. | 19,600 | 1500 | 16,400 | | 574/A | 37,500 + 574 A |
| MINIMUM BID | $ 213.85 | $220.35 | $125.18 | $ | $ 1.83 | $ 6,575,982.42 |
| Bidder: 1. Mt Adams | 586.00 | | 500.00 | | | 20,017,175.42 |
| 2. Bald Knob | 590.00 | | 500.00 | | | 20,095,575.42 |
| 3. Mt Adams | 591.00 | | 500.00 | | | 20,115,175.42 |
| 4. Bald Knob | 595.00 | | 500.00 | | | 20,193,575.42 |
| 5. Mt Adams | 596.00 | | 500.00 | | | 20,213,175.42 |
| 6. Bald Knob | 600.00 | | 500.00 | | | 20,291,575.42 |
| 7. Mt Adams | 601.00 | | 500.00 | | | 20,311,175.42 |
| 8. Bald Knob | 605.00 | | 500.00 | | | 20,389,575.42 |
| 9. Mt Adams | 606.00 | | 500.00 | | | 20,409,175.42 |
| 10. Bald K | 610.00 | | 500.00 | | | 20,487,575.42 |
| 11. Mt Adams | [illegible] | | 500.00 | | | 20,507,175.42 |
| 12. Bald Knob | 615.00 | | 500.00 | | | 20,585,575.42 |
| 13. Mt Adams | 616.00 | | 500.00 | | | 20,605,175.42 |
| 14. Bald Knob | 620.00 | | 500.00 | | | 20,683,575.42 |
| 15. Mt Adams | 621.00 | | 500.00 | | | 20,703,175.42 |
| 16. Bald Knob | 625.00 | | 500.00 | | | 20,781,575.42 |
| 17. Mt Adams | 626.00 | | 500.00 | | | 20,801,175.42 |
| 18. Bald Knob | 630.00 | | 500.00 | | | 20,879,575.42 |
| 19. Mt Adams | 631.00 | | 500.00 | | | 20,899,175.42 |
| 20. Bald Knob | 632.00 | | 500.00 | | | 20,918,775.42 |



90005073

Instructions: Use to record all bids from a single bidder or consecutive oral bids of all bidders, depending upon local preference.

# TIMBER SALE AUCTION BID RECORD

BIDS RECEIVED ON Lyng. National Forest GP

| SPECIES | DF | C | H+O | | PAM | TOTAL |
|---|---|---|---|---|---|---|
| VOLUME - M board feet. | 19,600 | 1500 | 16400 | | 574/A | 37,500 + 574 A |
| MINIMUM BID | $ 213.85 | $ 220.35 | $125.18 | $ | $ 1.83 | $ 6,575,987.42 |
| Bidder: 1. Mt Adams | 633.00 | | 500.00 | | | 20,938,375.42 |
| 2. Bald Knob | 634.00 | | 500.00 | | | 20,957,975.42 |
| 3. Mt Adams | 635.00 | | 500.00 | | | 20,977,575.42 |
| 4. Bald Knob | 636.00 | | 500.00 | | | 20,997,175.42 |
| 5. Mt Adams | 637.00 | | 500.00 | | | 21,016,775.42 |
| 6. Bald Knob | 638.00 | | 500.00 | | | 21,036,375.42 |
| 7. Mt Adams | 639.00 | | 500.00 | | | 21,055,975.42 |
| 8. Bald Knob | 640.00 | | 500.00 | | | 21,075,575.42 |
| 9. Mt. Adams | 641.00 | | 500.00 | | | 21,095,175.42 |
| 10. Bald Knob | 642.00 | | 500.00 | | | 21,114,775.42 |
| 11. Mt Adams | 643.00 | | 500.00 | | | 21,134,375.42 |
| 12. Bald Knob | 644.00 | | 500.00 | | | 21,153,975.42 |
| 13. Mt Adams | 645.00 | | 500.00 | | | 21,173,575.42 |
| 14. Bald Knob | 646.00 | | 500.00 | | | 21,193,175.42 |
| 15. Mt. Adams | 647.00 | | 500.00 | | | 21,212,775.42 |
| 16. Bald. Knob | 648.00 | | 500.00 | | | 21,232,375.42 |
| 17. Mt. Adams | 650.00 | | 500.00 | | | 21,271,575.42 |
| 18. Tom Co | 651.00 | | 500.00 | | | 21,291,175.42 |
| 19. Mt. Adams | 652.00 | | 500.00 | | | 21,310,775.42 |
| 20. Tom Co | 653.00 | | 500.00 | | | 21,330,375.42 |
| | | | | | | |

11 90005074

Instructions: Use to record all bids from a single bidder or consecutive oral bids of all bidders, depending upon local preference.

5

TIMBER SALE AUCTION BID RECORD

BIDS RECEIVED ON *Lynx* National Forest *GP*

| SPECIES | DF | C | H+O | | PAM | TOTAL |
|---|---|---|---|---|---|---|
| VOLUME - M board feet. | 19,600 | 1500 | 16,400 | | 574/Ac | 37,500 + 574/A |
| MINIMUM BID | $ 213.85 | $ 220.35 | $ 125.18 | $ | $ 1.83 | $ 6,525,987.42 |
| Bidder: 1. Mt. Adams | 654.00 | | 500.00 | | | 21,349,975.42 |
| 2. Tom Co | 655.00 | | 500.00 | | | 21,369,575.42 |
| 3. Mt. Adams | 656.00 | | 500.00 | | | 21,389,175.42 |
| 4. Tom Co. | 657.00 | | 500.00 | | | 21,408,775.42 |
| 5. Mt. Adams | 658.00 | | 500.00 | | | 21,428,375.42 |
| 6. Tom Co | 659.00 | | 500.00 | | | 21,447,975.42 |
| 7. Mt. Adams | 660.00 | | 500.00 | | | 21,467,575.42 |
| 8. Tom Co. | 660.50 | | 500.00 | | | 21,477,375.42 |
| 9. Mt. Adams | 661.00 | | 500.00 | | | 21,487,175.42 |
| 10. Tom Co. | 661.50 | | 500.00 | | | 21,496,975.42 |
| 11. Mt. Adams | 662.00 | | 500.00 | | | 21,506,775.42 |
| 12. Tom Co. | 662.50 | | 500.00 | | | 21,516,575.42 |
| 13. Mt. Adams | 663.00 | | 500.00 | | | 21,526,375.42 |
| 14. Tom Co | 663.50 | | 500.00 | | | 21,536,175.42 |
| 15. Mt. Adams | 664.00 | | 500.00 | | | 21,545,975.42 |
| 16. Tom Co | 664.50 | | 500.00 | | | 21,555,775.42 |
| 17. Mt. Adams | 665.00 | | 500.00 | | | 21,565,575.42 |
| 18. Tom Co. | 665.50 | | 500.00 | | | 21,575,375.42 |
| 19. Mt. Adams | 666.00 | | 500.00 | | | 21,585,175.42 |
| 20. Tom Co | 666.50 | | 500.00 | | | 21,594,975.42 |

12 90005075

Instructions: Use to record all bids from a single bidder or consecutive bids of all bidders, depending upon local preference.

TIMBER SALE AUCTION BID RECORD

BIDS RECEIVED ON Lump National Forest GP

| SPECIES | DF | C | H+O | | PAM | TOTAL |
|---|---|---|---|---|---|---|
| VOLUME - M board feet. | 19,600 | 1500 | 16,400 | | 574/A | 37,500 +574 A |
| MINIMUM BID | $213.85 | $220.35 | $125.18 | $ | $1.83 | $6,575,987.42 |
| Bidder: 1. Mt. Adams | 667.00 | | 500.00 | | | 21,604,775.42 |
| 2. TomCo | 667.50 | | 500.00 | | | 21,614,575.42 |
| 3. Mt. Adams | 668.00 | | 500.00 | | | 21,624,375.42 |
| 4. TomCo | 668.50 | | 500.00 | | | 21,634,175.42 |
| 5. Mt Adams | 669.00 | | 500.00 | | | 21,643,975.42 |
| 6. Tom Co | 669.50 | | 500.00 | | | 21,653,775.42 |
| 7. Mt. Adams | 670.00 | | 500.00 | | | 21,663,575.42 |
| 8. Tom Co | 670.50 | | 500.00 | | | 21,673,375.42 |
| 9. Mt Adams | 671.00 | | 500.00 | | | 21,683,175.42 |
| 10. Tom Co | 671.50 | | 500.00 | | | 21,692,975.42 |
| 11. Mt. Adams | 672.00 | | 500.00 | | | 21,702,775.42 |
| 12. Tom Co | 672.50 | | 500.00 | | | 21,712,575.42 |
| 13. Mt Adams | 673.00 | | 500.00 | | | 21,722,375.42 |
| 14. Tom Co | 673.50 | | 500.00 | | | 21,732,175.42 |
| 15. Mt Adams | 674.00 | | 500.00 | | | 21,741,975.42 |
| 16. Tom Co | 674.50 | | 500.00 | | | 21,751,775.42 |
| 17. Mt Ada[illegible] | 675.00 | | 500.00 | | | 21,761,575.42 |
| 18. Tom Co | 675.50 | | 500.00 | | | 21,771,[illegible].42 |
| 19. Mt Ad[illegible] | 676.00 | | 500.00 | | | 21,781,175.42 |
| 20. Tom Co | 676.50 | | 500.00 | | | 21,790,975.42 |

13

90005076

Instructions: Use to record all bids from a single bidder or consecutive oral bids of all bidders, depending upon local preference.

TIMBER SALE AUCTION BID RECORD

BIDS RECEIVED ON Lump National Forest GP

| SPECIES | DF | C | N+O | | PAM | TOTAL |
|---|---|---|---|---|---|---|
| VOLUME - M board feet. | 19,600 | 1500 | 16,400 | | 574/A | 37,500 + 574/A |
| MINIMUM BID | $213.85 | $220.35 | $125.18 | $ | $1.83 | $ 6,575,987.42 |
| Bidder: 1. Mt Adams | 677.00 | | 500.00 | | | 21,800,775.42 |
| 2. Tom Co | 677.50 | | 500.00 | | | 21,810,575.42 |
| 3. Mt Adams | 678.00 | | 500.00 | | | 21,820,375.42 |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |
| 11. | | | | | | |
| 12. | | | | | | |
| 13. | | | | | | |
| 14. | | | | | | |
| 15. | | | | | | |
| 16. | | | | | | |
| 17. | | | | | | |
| 18. | | | | | | |
| 19. | | | | | | |
| 20. | | | | | | |

90005077



Instructions: Use to record all bids from a single bidder or consecutive oral bids of all bidders, depending upon local preference.