# APPRAISAL SUMMARY

( 125.42)

SALE NAME: COZY 3 SUMMARY CHECKED BY: TABER DATE: 04/24/87

CARD TYPE 5

SPECIFIED RD CONST (MILES) .0 (17-19) RECONSTRUCTION (MILES) .0 (20-22) PURCH CR LIM $ 0 (23-29) (INC. $ 0 P&R **)

PRODUCT: APPRAISED TO: HAUL (MILES) 36 (33-35) TEMP RD CONSTR (MILES) 1.2 (30-32) TEMP RD COST $ 6350 (36-42)

1 RANDLE, WASH

4 TACOMA, WASH BASIC DATA PERIOD: C.Y.1985R

X ADJ TO APPR BASE PERIOD: LBR: 1ST QTR 1987 FOR ALL SPECIES PLY: 1ST QTR 1987 FOR ALL SPECIES

CARD TYPE 6 / CARD TYPE 7

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 PRODUCT/UNIT | (14-15) | 1-1 | 1-1 | 1-1 | 4-1 | : UNIT OF MEASURE: 1 (16) | | |
| 2 SPECIES | | D | C | A&O | PAM* | : | | |
| 3 SPECIES CODE | (16-18) | 205 | 242 | 025 | 002 | :(T) TOTAL OR (A) AVERAGE: | | |
| 4 % BY SPECIES | | 38.18% | 14.55% | 32.73% | 14.55% | : T | 100.0 % | |
| 5 VOLUME | (19-25) | 2100 | 800 | 1800 | 800 | : T | 5500 | (17-23) |
| 6 SELLING VALUE | | 482.43 | 496.09 | 289.01 | 309.38 | : A | 395.74 | |
| 7 SV ADJUSTMENT, SCHEDULE 0587 | | 1.046 | 1.000 | 1.059 | 1.000 | : | | |
| 8 ADJ SELLING VALUE | | 504.62 | 496.09 | 306.06 | 309.38 | : | | |
| 9 CHIP & BYPRODUCTS | | 63.02 | 0.00 | 92.27 | 0.00 | : | | |
| 10 SELLING VALUE L.S. | (26-31) | 567.64 | 496.09 | 398.33 | 309.38 | : A | 464.26 | |
| 11 FALLING & BUCKING | | 14.23 | 14.23 | 14.23 | 5.21 | : A | 12.92 | (24-28) |
| 12 SKIDDING | | 26.86 | 26.86 | 26.86 | 19.79 | : A | 25.83 | (29-33) |
| 13 LOADING | | 8.37 | 8.37 | 8.37 | 7.11 | : A | 8.19 | (34-38) |
| 14 SUBTOTAL, STUMP-TO-TRUCK | | 49.46 | 49.46 | 49.46 | 32.11 | : | | |
| 15 HAUL & SCALE | | 30.97 | 30.97 | 30.97 | 54.90 | : A | 34.45 | (39-42) |
| 16 ROAD MAINTENANCE CO-OP $6.53 | | 7.52 | 7.52 | 7.52 | 0.00 | : A | 6.43 | (43-46) |
| 17 SUBTOTAL, TRANSPORTATION | | 38.49 | 38.49 | 38.49 | 54.90 | : | | |
| 18 GENERAL LOGGING OVERHEAD | | 13.65 | 13.65 | 13.65 | 9.53 | : A | 13.05 | (47-50) |
| 19 LOGGING DEPRECIATION | | 3.50 | 3.50 | 3.50 | 2.93 | : A | 3.42 | (51-54) |
| 20 SUBTOTAL, ADMINISTRATIVE | | 17.15 | 17.15 | 17.15 | 12.46 | : | | |
| 21 SLASH DISPOSAL (INC. 7.56 CO-OP) | | 24.37 | 24.37 | 24.37 | 0.00 | : A | 20.83 | (55-58) |
| 22 EROSION CONTROL | | 2.73 | 2.73 | 2.73 | 0.00 | : A | 2.33 | (59-62) |
| 23 SNAG DISPOSAL | | 0.00 | 0.00 | 0.00 | 0.00 | : A | .00 | (63-66) |
| 24 FIRE & OTHER | | 0.63 | 0.63 | 0.63 | 0.54 | : A | .62 | (67-70) |
| 25 SUBTOTAL, ENVIRONMENTAL PROTECTION | | 27.73 | 27.73 | 27.73 | 0.54 | : | | |
| 26 TEMPORARY ROADS | | 1.35 | 1.35 | 1.35 | 0.00 | : A | 1.15 | (71-74) |
| 27 OTHER TEMPORARY DEVELOPMENTS | | 0.00 | 0.00 | 0.00 | 0.00 | : A | .00 | (75-78) |
| 28 SUBTOTAL, TEMPORARY DEVELOPMENT | | 1.35 | 1.35 | 1.35 | 0.00 | : | | |
| 29 SUBTOTAL, LOGGING COSTS | (32-36) | 134.18 | 134.18 | 134.18 | 100.01 | : A | 129.22 | |
| 30 SPECIFIED ROAD COST (A10) | | 0.00 | 0.00 | 0.00 | 0.00 | : A | .00 | |
| 31 TOTAL LOGGING COST L.S., SCHEDULE 0387 | | 134.18 | 134.18 | 134.18 | 100.01 | : A | 129.22 | |
| 32 MFG. COST L.S. (INCL. PRODUCT HAUL) | | 240.22 | 199.98 | 184.68 | 204.89 | : A | 211.05 | |
| 33 WASH STATE EXCISE TAX | | 7.70 | 6.35 | 2.35 | 0.03 | : A | 4.64 | |
| 34 SUBTOTAL, MANUFACTURING | (37-41) | 247.92 | 206.33 | 187.03 | 204.92 | : A | 215.69 | |
| 35 TOTAL PRODUCTION COST L.S. | | 382.10 | 340.51 | 321.21 | 304.93 | : A | 344.91 | |
| 36 CONVERSION (10)-(35) | | 185.54 | 155.58 | 77.12 | 4.45 | : A | 119.36 | |
| 37 P&R RATIO % NORMAL/ADVERTISED | | 10.00 | 10.00 | 10.00 | 10.00 | : NORM | 10.0 | ADV 9.1 ** |
| 38 P&R MARGIN NORMAL/ADVERTISED | | 51.66 | 45.14 | 36.25 | 28.15 | : NORM | 42.25 | ADV 38.73 ** |
| 39 INDICATED NET STUMPAGE (36)-(38) | | 133.88 | 110.44 | 40.87 | -23.70 | : A | 77.11 | |
| 40 INDICATED ADVERTISED RATES (39)+(30) | | 133.88 | 110.44 | 40.87 | 0.50 | : T | 443466.00 | |
| | | | | | | : A | 80.63 | |
| 41 BASE RATES | | 19.85 | 15.85 | 15.85 | 0.50 | : A | 15.14 | |
| 42 ADJUSTMENTS TO BASE RATES | | 0.00 | 0.00 | 0.00 | 0.00 | : A | .00 | |
| 43 ADVERTISED RATES (40)+(42) | (42-47) | 133.88 | 110.44 | 40.87 | 0.50 | : T | 443466.00 | |
| | | | | | | : A | 80.63 | |
| 44 INDICATED STAT NET RATES(43)-(30) | | 133.88 | 110.44 | 40.87 | 0.50 | : A | 80.63 | |
| 45 APPRAISED NET RATES | (48-53) | 133.88 | 110.44 | 40.87 | 0.50 | : A | 80.63 | |
| 46 BASE INDICES | | 240.45 | 0.00 | 209.83 | 0.00 | : | | |

T.O. 24.20

* PAM ACTUALLY APPRAISED AT $ 2.63,/ACRE FOR 152 ACRES.

FOREST SERVICE

REPORT OF TIMBER SALE
CONVERTIBLE AND NONCONVERTIBLE PRODUCTS
(Reference FSM 24 Report FS-2400-A)

2

nc Bulky Special Bidding

| | | | |
|---|---|---|---|
| REGION 0 6 (2 3) | FOREST Gifford Pinchot 0 3 (4 5) | DISTRICT (OR AREA) Randle 0 5 (6 7) SALE NUMBER 0 4 2 (8 9 10) | QTR.FY (11-13) 4 QTR. 8 8 YEAR |
| STATE 5 3 (14 15) | COUNTY Lewis 0 4 1 (16 17 18) | SALE NAME (19-44) TOMBLE 4 | |
| ACRES IN SALE 163 (49-55) | SIZE CLASS 7 | LEGAL DESCRIPTION (56-80) T13N,R8E,S8,W.M.S. | COMPARTMENT 5 0 0 3 (45 46 47 48) |
| BID DATE MO. 06 / DAY 03 / YR. 88 (14-15 16-17 18-19) | STATUS ** 9 (20) | SBA SET-ASIDE N (21) / APP. BASE PRD. 1 8 8 (22 23 24) | ZONE 2 (25) |
| SALVAGE N (26) | PRICING METHOD 3 (27) | PLAN'D SAB COL $ 111,820 (28-34) / TERM. DATE 03 / 31 / 90 / (35-36 37-38 39-40) | CONTRACT DATE __/__/__ (41-42 43-44 45-46) |
| CONT. NO. 077413 (47-57) | CONTRACT FORM 2400 6 __ (58 59) | CONTRACTING OFFICER 8 (60) / METHOD OF SALE A (61) | REG. 36CFR221 6 __ (62 63) |

| SPEC. | SPEC CODE (14-16) | PROD UNIT (17-18) | VOLUME | ADVERT. RATES $ | STAT. HIGH BIDDER $ (19-24) | HIGH BIDDER $ (25-30) | 2ND HIGH BIDDER $ (31-36) | 3RD HIGH BIDDER $ (37-42) | 4TH HIGH BIDDER $ (43-48) | 5TH HIGH BIDDER $ (49-54) | 6TH HIGH BIDDER $ (55-60) | 7TH HIGH BIDDER $ (61-66) | 8TH HIGH BIDDER $ (67-72) | 9TH HIGH BIDDER $ (73-78) | 10TH HIGH BIDDER $ | 11TH HIGH BIDDER $ | 12TH HIGH BIDDER $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | 205 | 1-1 | 1,700 | 197.63 | 186.13 | 197.63 | 197.63 | 197.63 | 197.63 | | | | | | | | |
| C | 232 | 1-1 | 200 | 128.37 | 116.87 | 120.37 | 128.37 | 120.37 | 128.37 | | | | | | | | |
| HEO | 263 | 1-1 | 4,000 | 82.25 | 218.50 | 230.00 | 229.00 | 82.25 | 82.25 | | | | | | | | |
| *PAM | 002 | 1-1 | 1,700 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | | | | | | | | |
| TOTAL/AVER. | 1 | | 7,600 | 91.32 | 160.16 | 169.00 | | | | | | | | | | | |

Steve

A JUL 1988 Received Timber Data Co.

SUMMARY OF BIDDERS

| RANK (14-15) | 2/4 NAME (16-40) | SBA CLASS (41) | IDENTIFICATION NUMBER (42-57) | TOTAL VALUE OF BID (58-69) |
|---|---|---|---|---|
| HIGH 1 | Pacific Lumber Sales Co | S | 030460 1033 | 1,285,045.00 |
| 2 | Stimson Lumber Co | L | 004000 475 | 1,281,045.00 |
| 3 | Max Hant Inc | S | 085396 575 | 694,045.00 |
| 4 | Hester Timber Div Co | L | 011005 | 694,045.00 |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |

I certify that I have personally examined the Bids submitted for this sale and that this is an accurate record thereof.

Diane L. Elledge
Administrative Officer

| Species | 1S | 2S | 3S | 4S | P | 1P | 2P | 3P | SP |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 32 | 18 | — | — | — | 12 | 36 | 1 |
| D | — | — | 100 | — | — | — | — | — | — |
| C | — | 64 | 36 | — | — | — | — | — | — |
| H | — | 60 | 40 | — | — | — | — | — | — |
| A | | | | | | | | | |

* PAM sold at the rate of $20.86 per acre for 163 acres; per M figures for statistical purposes only.

** Award pending EEO Compliance Review.

FS-2400-17 (9/82)

DISTRIBUTION: Orig. and 1cc to RO (orig. to WO). 1cc to RO of SBA

Previous edition of this form is obsolete.

L.

( 131.96) SUMMARY CHECKED BY: SERTENA M. HILL DATE: 04/29/88

SALE NAME: ALE 4

CARD TYPE 5

SPECIFIED RD CONST (MILES) .6 (17-19) RECONSTRUCTION (MILES) 5.6 (20-22) PURCH CR LIM $ 67833 (23-29) (INC. $ 6166 P&R **)

HAUL (MILES) 28 (33-35) TEMP RD CONSTR (MILES) 1.0 (30-32) TEMP RD COST $ 8326 (36-42)

PRODUCT: APPRAISED TO:
1 MORTON WASH
4 TACOMA WASH

BASIC DATA PERIOD: C.Y.1986R
ADJ TO APPR BASE PERIOD: LBR: IC 1ST QTR 1988, ALL OTHERS MAR 1988 PLI: MAR 1988

CARD TYPE 6 / CARD TYPE 7: UNIT OF MEASURE: 1 (16)

| | Card field | 1-1 | 1-1 | 1-1 | 4-1 | (T) TOTAL OR (A) AVERAGE: |
|---|---|---|---|---|---|---|
| 1 PRODUCT/UNIT | (14-15) | 1-1 | 1-1 | 1-1 | 4-1 | UNIT OF MEASURE: 1 (16) |
| 2 SPECIES | | D | C | H&D | PAM | |
| 3 SPECIES CODE | (16-18) | 205 | 242 | 263 | 002 | |
| 4 % BY SPECIES | | 22.37% | 2.63% | 52.63% | 22.37% | T 100.0 % |
| 5 VOLUME | (19-25) | 1700 | 200 | 4000 | 1700 | T 7600 (17-23) |
| 6 SELLING VALUE | | 534.97 | 449.41 | 316.56 | 229.45 | A 349.43 |
| 7 SV ADJUSTMENT, SCHEDULE 0588 | | 1.059 | 1.000 | 1.029 | 1.000 | |
| 8 ADJ SELLING VALUE | | 566.53 | 449.41 | 325.74 | 229.45 | |
| 9 CHIP & BYPRODUCTS | | 47.39 | 0.00 | 65.56 | 0.00 | |
| 10 SELLING VALUE L.S. | (26-31) | 613.92 | 449.41 | 391.30 | 229.45 | A 406.42 |
| 11 FALLING & BUCKING | | 13.75 | 13.75 | 13.75 | 4.53 | A 11.69 (24-28) |
| 12 SKIDDING | | 23.87 | 23.87 | 23.87 | 17.36 | A 22.41 (29-33) |
| 13 LOADING | | 9.64 | 9.64 | 9.64 | 8.19 | A 9.32 (34-38) |
| 14 SUBTOTAL, STUMP-TO-TRUCK | | 47.26 | 47.26 | 47.26 | 30.08 | |
| 15 HAUL | | 23.36 | 23.36 | 23.36 | 37.93 | A 26.62 (39-42) |
| 16 ROAD MAINTENANCE THIRD PARTY 0.15 | | 1.33 | 1.33 | 1.33 | 0.00 | A 1.03 (43-46) |
| 17 SUBTOTAL, TRANSPORTATION | | 24.69 | 24.69 | 24.69 | 37.93 | |
| 18 GENERAL LOGGING OVERHEAD | | 13.84 | 13.84 | 13.84 | 9.71 | A 12.92 (47-50) |
| 19 LOGGING DEPRECIATION | | 4.47 | 4.47 | 4.47 | 3.77 | A 4.31 (51-54) |
| 20 SUBTOTAL, ADMINISTRATIVE | | 18.31 | 18.31 | 18.31 | 13.48 | |
| 21 SLASH DISPOSAL (INC. 7.02 CO-OP) | | 23.89 | 23.89 | 23.89 | 0.00 | A 18.55 (55-58) |
| 22 EROSION CONTROL | | 2.29 | 2.29 | 2.29 | 0.00 | A 1.78 (59-62) |
| 23 SNAG DISPOSAL | | 0.00 | 0.00 | 0.00 | 0.00 | A .00 (63-66) |
| 24 MISC INCL FIRE PROT | | 0.61 | 0.61 | 0.61 | 0.52 | A .59 (67-70) |
| 25 SUBTOTAL, ENVIRONMENTAL PROTECTION | | 26.79 | 26.79 | 26.79 | 0.52 | |
| 26 TEMPORARY ROADS | | 1.41 | 1.41 | 1.41 | 0.00 | A 1.09 (71-74) |
| 27 OTHER TEMPORARY DEVELOPMENTS | | 0.00 | 0.00 | 0.00 | 0.00 | A .00 (75-78) |
| 28 SUBTOTAL, TEMPORARY DEVELOPMENT | | 1.41 | 1.41 | 1.41 | 0.00 | |
| 29 SUBTOTAL, LOGGING COSTS | (32-36) | 118.46 | 118.46 | 118.46 | 82.01 | A 110.31 |
| 30 SPECIFIED ROAD COST (A10) | | 11.50 | 11.50 | 11.50 | 0.00 | A 8.93 |
| 31 TOTAL LOGGING COST L.S., SCHEDULE 0588 | | 129.96 | 129.96 | 129.96 | 82.01 | A 119.24 |
| 32 MFG. COST L.S. (INCL. PRODUCT HAUL) | | 232.39 | 155.83 | 151.61 | 124.95 | A 163.83 |
| 33 WASH STATE EXCISE TAX | | 10.62 | 6.90 | 4.42 | 0.11 | A 4.91 |
| 34 SUBTOTAL, MANUFACTURING | (37-41) | 243.01 | 162.73 | 156.03 | 125.06 | A 168.73 |
| 35 TOTAL PRODUCTION COST L.S. | | 372.97 | 292.69 | 285.99 | 207.07 | A 287.97 |
| 36 CONVERSION (10)-(35) | | 240.95 | 156.72 | 105.31 | 22.38 | A 118.45 |
| 37 P&R RATIO % NORMAL/ADVERTISED | | 10.00 | 10.00 | 10.00 | 10.00 | NORM 10.0 ADV 10.0 ** |
| 38 P&R MARGIN NORMAL/ADVERTISED | | 54.82 | 39.85 | 34.56 | 20.88 | NORM 36.99 ADV 36.87 ** |
| 39 INDICATED NET STUMPAGE (36)-(38) | | 186.13 | 116.87 | 70.75 | 1.50 | A 82.28 |
| 40 INDICATED ADVERTISED RATES (39)+(30) | | 197.63 | 128.37 | 82.25 | 2.00 | T 694045.00<br>A 91.32 |
| 41 BASE RATES | | 20.00 | 20.00 | 10.00 | 2.00 | A 10.71 |
| 42 ADJUSTMENTS TO BASE RATES | | 0.00 | 0.00 | 0.00 | 0.00 | A .00 |
| 43 ADVERTISED RATES (40)+(42) | (42-47) | 197.63 | 128.37 | 82.25 | 2.00 | T 694045.00<br>A 91.32 |
| 44 INDICATED STAT NET RATES(43)-(30) | | 186.13 | 116.87 | 70.75 | 2.00 | A 82.39 |
| 45 APPRAISED NET RATES | (48-53) | 186.13 | 116.87 | 70.75 | 2.00 | A 82.39 |
| 46 BASE INDICES | | 274.97 | 0.00 | 225.51 | 0.00 | |

* PAM ACTUALLY APPRAISED AT $ 20.86,/ACRE FOR 163 ACRES.

T.D. .50

13

FOREST SERVICE

REPORT TIMBER SALE
CONVERTIBLE AND NONCONVERTIBLE PRODUCTS
(Reference FSM 2490, Report FS-2400-A)

| | | | |
|---|---|---|---|
| REGION 0 6 (2 3) | FOREST Gifford Pinchot 0 3 (4 5) | DISTRICT (OR AREA) Randle 0 5 (6 7) SALE NUMBER 0 1 9 (8 9 10) | QTR.FY (11-13) 2 QTR. 8 9 YEAR |
| STATE 5 3 (14 15) | COUNTY Skamania 0 5 9 (16 17 18) | SALE NAME (19-44) HOLDAWAY 2 | |
| ACRES IN SALE 83 (19-55) | SIZE CLASS 1 | LEGAL DESCRIPTION (56-80) T9N, R8E, S8, 9, 16 WMU | COMPARTMENT 5 5 0 1 (15 16 17 18) |
| BID DATE MO. 02 / DAY 24 / YR. 89 (14-15 16-17 18-19) | STATUS ** 5 (20) | SBA SET-ASIDE N (21) / APP. BASE PRD. 6 8 3 (22 23 24) | ZONE 2 (25) |
| SALVAGE N (26) | PRICING METHOD 3 (27) | PLAN'D SAB COL. $ 91,481 (28-34) / TERM. DATE 03 / 31 / 92 (35-36 37-38 39-40) | CONTRACT DATE __/__/__ (41-42 43-44 45-46) |
| CONT. NO. 077835 (47-57) | CONTRACT FORM 2400 6 (58 59) | CONTRACTING OFFICER 8 (60) / METHOD OF SALE 1 (61) | REG. 36CFR221 6 (62 63) |

| SPEC. | SPEC CODE 14-16 | PROD UNIT 17-18 | VOLUME | ADVERT RATES $ | STAT. HIGH BIDDER $ 19-24 | HIGH BIDDER $ 25-30 | 2ND HIGH BIDDER $ 31-36 | 3RD HIGH BIDDER $ 37-42 | 4TH HIGH BIDDER $ 43-48 | 5TH HIGH BIDDER $ 49-54 | 6TH HIGH BIDDER $ 55-60 | 7TH HIGH BIDDER $ 61-66 | 8TH HIGH BIDDER $ 67-72 | 9TH HIGH BIDDER $ 73-78 | 10TH HIGH BIDDER $ | 11TH HIGH BIDDER $ | 12TH HIGH BIDDER $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | 205 | 1-1 | 2,200 | 214.92 | 327.63 | 350.00 | 300.00 | 400.00 | 214.92 | 214.92 | | | | | | | |
| A&O | 025 | 1-1 | 2,600 | 81.90 | 237.63 | 260.00 | 302.00 | 200.00 | 81.90 | 81.90 | | | | | | | |
| *PAM | 002 | 4-1 | 1,200 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | | | | | | | |
| TOTAL/AVER. | 1 | | 6,000 | 114.69 | 223.50 | 241.40 | | | | | | | | | | | |

SUMMARY OF BIDDERS

| RANK 14-15 | NAME 16-40 | SBA CLASS 41 | IDENTIFICATION NUMBER 42-57 | TOTAL VALUE OF BID 58-69 |
|---|---|---|---|---|
| HIGH 1 | Pacific Lumber Sales Co | S | 060460/035 614 | 1 448 400.00 |
| 2 | Wescor Forest Prod | N | 043910 5239 | 1 447 600.00 |
| 3 | Max West Inc | S | 085396 575 | 1 402 400.00 |
| 4 | Western Timber DIV | L | 011805 | 688 164.00 |
| 5 | Stimson Lumber | L | 004000 | 688 164.00 |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |

3/5

I certify that I have personally examined the Bids submitted for this sale and that this is an accurate record thereof.

Buddy S. Rose
Forestry Tech. 2/24/89

| Species | 1S | 2S | 3S | 4S | P | 1P | 2P | 3P | SP |
|---|---|---|---|---|---|---|---|---|---|
| D | | 54 | 27 | | | | 1 | 17 | 1 |
| A | | 56 | 44 | | | | | | |
| H | 2 | 45 | 53 | | | | | | |
| NF | 18 | 42 | 25 | 15 | | | | | |
| C | | | 100 | | | | | | |
| YC | | | 100 | | | | | | |

MAR 13 1989

Stars #84037

* PAM sold at the rate of $28.92 per acre for 83 acres; per M figures for statistical purposes only.

** Pending Appeal

DISTRIBUTION: Orig. and 1oo to RO (orig. to WO), 1oo to RO of SBA

( 103.61)

SALE NE: HOLDAWAY2 SUMMAF CHECKED BY: BERTENA M. HILL DATE: 01/05/89

CARD TYPE 5

SPECIFIED RD CONST (MILES) .3 (17-19) RECONSTRUCTION (MILES) 9.8 (20-22) PURCH CR LIM $ 107368 (23-29) (INC. $ 9760 P&H **)

PRODUCT: APPRAISED TO: HAUL (MILES) 42 (33-35) TEMP RD CONSTR (MILES) .5 (30-32) TEMP RD COST $ 5758 (36-42)

1 RANDLE

4 TACOMA

BASIC DATA PERIOD: C.Y.1986R

ADJ TO APPR BASE PERIOD: LBR: IC 3RD QTR 1988, ALL OTHERS SEP 1988 PLY: SEP 1988

CARD TYPE 6

| | | | | | |
|---|---|---|---|---|---|
| 1 | PRODUCT/UNIT | (14-15) | 1-1 | 1-1 | 4-1 |
| 2 | SPECIES | | D | AAO | PAHM |
| 3 | SPECIES CODE | (16-18) | 205 | 025 | 002 |
| 4 | % BY SPECIES | | 36.67% | 43.33% | 20.00% |
| 5 | VOLUME | (19-25) | 2200 | 2600 | 1200 |
| 6 | SELLING VALUE | | 433.52 | 326.32 | 230.72 |
| 7 | SV ADJUSTMENT, SCHEDULE 1188 | | 1.113 | 1.041 | 1.000 |
| 8 | ADJ SELLING VALUE | | 482.51 | 339.70 | 230.72 |
| 9 | CHIP & BYPRODUCTS | | 43.53 | 42.93 | 0.00 |
| 10 | SELLING VALUE L.S. | (26-31) | 526.04 | 382.63 | 230.72 |
| 11 | FALLING & BUCKING | | 13.00 | 13.00 | 3.69 |
| 12 | SKIDDING | | 16.11 | 16.11 | 10.40 |
| 13 | LOADING | | 6.91 | 6.91 | 5.53 |
| 14 | SUBTOTAL, STUMP-TO-TRUCK | | 36.02 | 36.02 | 19.62 |
| 15 | HAUL AND SCALE | | 29.87 | 29.87 | 52.50 |
| 16 | ROAD MAINTENANCE FS CO-OP $10.66 | | 12.30 | 12.30 | 0.00 |
| 17 | SUBTOTAL, TRANSPORTATION | | 42.17 | 42.17 | 52.50 |
| 18 | GENERAL LOGGING OVERHEAD | | 13.35 | 13.35 | 9.89 |
| 19 | LOGGING DEPRECIATION | | 5.10 | 5.10 | 4.29 |
| 20 | SUBTOTAL, ADMINISTRATIVE | | 18.45 | 18.45 | 14.18 |
| 21 | SLASH DISPOSAL (INC. 3.19 CO-OP) | | 10.58 | 10.58 | 0.00 |
| 22 | EROSION CONTROL | | 1.43 | 1.43 | 0.00 |
| 23 | SNAG DISPOSAL | | 0.00 | 0.00 | 0.00 |
| 24 | MISC INCL FIRE PROT | | 0.63 | 0.63 | 0.50 |
| 25 | SUBTOTAL, ENVIRONMENTAL PROTECTION | | 12.64 | 12.64 | 0.50 |
| 26 | TEMPORARY ROADS | | 1.20 | 1.20 | 0.00 |
| 27 | OTHER TEMPORARY DEVELOPMENTS | | 0.00 | 0.00 | 0.00 |
| 28 | SUBTOTAL, TEMPORARY DEVELOPMENT | | 1.20 | 1.20 | 0.00 |
| 29 | SUBTOTAL, LOGGING COSTS | (32-36) | 110.48 | 110.48 | 86.80 |
| 30 | SPECIFIED ROAD COST (410) | | 22.37 | 22.37 | 0.00 |
| 31 | TOTAL LOGGING COST L.S., SCHEDULE 1188 | | 132.85 | 132.85 | 86.80 |
| 32 | MFG. COST L.S. (INCL. PRODUCT HAUL) | | 144.07 | 153.38 | 123.53 |
| 33 | WASH STATE EXCISE TAX | | 10.74 | 4.09 | 0.10 |
| 34 | SUBTOTAL, MANUFACTURING | (37-41) | 154.81 | 157.47 | 123.63 |
| 35 | TOTAL PRODUCTION COST L.S. | | 287.66 | 290.32 | 210.43 |
| 36 | CONVERSION (10)-(35) | | 238.38 | 92.31 | 20.29 |
| 37 | P&R RATIO % NORMAL/ADVERTISED | | 10.00 | 10.00 | 10.00 |
| 38 | P&R MARGIN NORMAL/ADVERTISED | | 45.83 | 32.78 | 21.00 |
| 39 | INDICATED NET STUMPAGE (36)-(38) | | 192.55 | 59.53 | -0.71 |
| 40 | INDICATED ADVERTISED RATES (39)+(30) | | 214.92 | 81.90 | 2.00 |
| 41 | BASE RATES | | 20.81 | 13.89 | 2.00 |
| 42 | ADJUSTMENTS TO BASE RATES | | 0.00 | 0.00 | 0.00 |
| 43 | ADVERTISED RATES (40)+(42) | (42-47) | 214.92 | 81.90 | 2.00 |
| 44 | INDICATED STAT NET RATES(43)-(30) | | 192.55 | 59.53 | 2.00 |
| 45 | APPRAISED NET RATES | (48-53) | 192.55 | 59.53 | 2.00 |
| 46 | BASE INDICES | | 276.35 | 230.06 | 0.00 |

* PAH ACTUALLY APPRAISED AT $ 28.92./ACRE FOR 83 ACRES.

CARD TYPE 7

UNIT OF MEASURE: 1 (16)

(T) TOTAL OR (A) AVERAGE:

| | | | |
|---|---|---|---|
| T | 100.0 % | | |
| T | 6000 (17-23) | | |
| A | 346.51 | | |
| A | 404.83 | | |
| A | 11.14 (24-28) | | |
| A | 14.97 (29-33) | | |
| A | 6.63 (34-38) | | |
| A | 34.40 (39-42) | | |
| A | 9.84 (43-46) | | |
| A | 12.66 (47-50) | | |
| A | 4.94 (51-54) | | |
| A | 8.46 (55-58) | | |
| A | 1.14 (59-62) | | |
| A | .00 (63-66) | | |
| A | .60 (67-70) | | |
| A | .96 (71-74) | | |
| A | .00 (75-78) | | |
| A | 105.74 | | |
| A | 17.90 | | |
| A | 123.64 | | |
| A | 144.00 | | |
| A | 5.73 | | |
| A | 149.73 | | |
| A | 273.37 | | |
| A | 131.47 | | |
| NORM | 10.0 | ADV | 9.8 ** |
| NORM | 36.04 | ADV | 36.30 ** |
| A | 96.26 | | |
| T | 688164.00 | | |
| A | 114.69 | | |
| A | 14.05 | | |
| A | .00 | | |
| T | 688164.00 | | |
| A | 114.69 | | |
| A | 96.80 | | |
| A | 96.80 | | |

14 41 22

FOREST SERVICE

REPORT OF TIMBER SALE
CONVERTIBLE AND NONCONVERTIBLE PRODUCTS
(Reference FSM 2490, Report FS-2400-A)

REGION 0 6 (2-3) | FOREST Gifford Pinchot 0 3 (4-5) | DISTRICT (OR AREA) Randle 0 5 (6-7) | SALE NUMBER 0 2 0 (8-10) | QTR.FY (11-13) 1 QTR. 8 9 YEAR

STATE 5 3 (14-15) | COUNTY Lewis 0 4 1 (16-18) | SALE NAME (19-44) SILVER 7

ACRES IN SALE 108 (49-55) | SIZE CLASS T | LEGAL DESCRIPTION (56-80) S9,T13N,R6E,WMD | COMPARTMENT 5 1 0 (45-47)

BID DATE MO. 02 / DAY 24 / YR. 89 (14-15, 16-17, 18-19) | STATUS 5** (20) | SBA SET-ASIDE N (21) | APP. BASE PRD. 6 8 8 (22-24) | ZONE 2

SALVAGE N (26) | PRICING METHOD 3 (27) | PLAN'D SAB COL. $ 60,558 (28-34) | TERM. DATE 03 / 31 / 91 (35-36, 37-38, 39-40) | CONTRACT DATE / / (41-42, 43-44, 45-)

CONT. NO. 077827 (47-57) | CONTRACT FORM 2400 6 (58 59) | CONTRACTING OFFICER N (60) | METHOD OF SALE 1 (61) | REG. 36CFR221 6 (62)

| SPEC. | SPEC CODE (14-16) | PROD UNIT (17-18) | VOLUME | ADVERT RATES $ | STAT. HIGH BIDDER $ (19-24) | HIGH BIDDER $ (25-30) | 2ND HIGH BIDDER $ (31-36) | 3RD HIGH BIDDER $ (37-42) | 4TH HIGH BIDDER $ (43-48) | 5TH HIGH BIDDER $ (49-54) | 6TH HIGH BIDDER $ (55-60) | 7TH HIGH BIDDER $ (61-66) | 8TH HIGH BIDDER $ (67-72) | 9TH HIGH BIDDER $ (73-78) | 10TH HIGH BIDDER $ | 11TH HIGH BIDDER $ | 12TH HIGH BIDDER $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | 205 | 1-1 | 2,400 | 216.13 | 365.13 | 367.00 | 361.00 | 375.00 | 217.00 | 216.13 | 216.13 | | | | | | |
| HAD | 263 | 1-1 | 3,100 | 71.27 | 346.63 | 348.50 | 353.00 | 225.00 | 80.00 | 71.27 | 71.27 | | | | | | |
| *PAM | 002 | 4-1 | 1,200 | 8.42 | 8.42 | 8.42 | 8.42 | 8.42 | 8.42 | 8.42 | 8.42 | | | | | | |
| TOTAL/AVER. | 1 | | 6,700 | 111.90 | 292.68 | 294.22 | | | | | | | | | | | |

SUMMARY OF BIDDERS

| RANK (14-15) | NAME (16-40) | SBA CLASS (41) | IDENTIFICATION NUMBER (42-57) | TOTAL VALUE OF BID (58-69) |
|---|---|---|---|---|
| HIGH 1 | Pacific Lumber Sales Co | S | 060460 /033 514 | 1,971,254.00 |
| 2 | Wescor Forest Prod | N | 043910 5239 | 1,970,804.00 |
| 3 | Max West, Inc | S | 085396 575 | 1,607,604.00 |
| 4 | B L Logging | N | 046660 | 778,904.00 |
| 5 | Stimson Lumber | L | 004000 | 749,753.00 |
| 6 | Western Timber Div | L | 011805 | 749,753.00 |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |

DISTRIBUTION: Orig. and 1cc to RO (orig. to WO), 1cc to RO of SBA

I certify that I have personally examined the Bids submitted for this sale and that this is an accurate record thereof.

Buddy D. Rose
FORESTRY TECHNICIAN 2/24/89

| Species | 1S | 2S | 3S | 4S | P | 1U | 2U | 3U | 4U |
|---|---|---|---|---|---|---|---|---|---|
| D | — | 54 | 17 | — | — | — | 3 | 25 | 1 |
| H | — | 34 | 66 | — | — | — | — | — | — |
| WP | 8 | 71 | 15 | — | — | 6 | — | — | — |
| A | — | 57 | 43 | — | — | — | — | — | — |

* PAM sold at the rate of $93.56 per acre for 108 acres; per M figures for statistical purposes only.
STARS # 84070

MAR 13 1989

** Pending Appeal.

1.

# APPRAISAL SUMMARY

( 104.70)

SA. NAME: SILVER T    SUM. CHECKED BY: BERTENA M. HILL    DATE: 01/06/89

------------------------------------------ CARD TYPE 5 ------------------------------------------

SPECIFIED RD CONST (MILES) .0 (17-19)    RECONSTRUCTION (MILES) .3 (20-22)    PURCH CR LIM $ 10299 (23-29) (INC. $ 936 P&R **)

PRODUCT: APPRAISED TO:    HAUL (MILES) 30 (33-35)    TEMP RD CONSTR (MILES) 1.5 (30-32)    TEMP RD COST $ 9465 (36-42)

1 MORTON, WASH

4 TACOMA, WASH

BASIC DATA PERIOD: C.Y.1986B

ADJ TO APPR BASE PERIOD: LBR: IC 3RD QTR 1988, ALL OTHERS SEP 1988    PLY: SEP 1988

| | | | | | CARD TYPE 7 | |
|---|---|---|---|---|---|---|
| | CARD TYPE 6 | | | | UNIT OF MEASURE: 1 (16) | |
| 1 PRODUCT/UNIT | (14-15) | 1-1 | 1-1 | 4-1 | | |
| 2 SPECIES | | D | H&O | PAMP | | |
| 3 SPECIES CODE | (16-18) | 205 | 263 | 002 | (T) TOTAL OR (A) AVERAGE: | |
| 4 $ BY SPECIES | | 35.82$ | 46.27$ | 17.91$ | T | 100.0 $ |
| 5 VOLUME | (19-25) | 2400 | 3100 | 1200 | T | 6700 (17-23) |
| 6 SELLING VALUE | | 429.60 | 301.39 | 230.79 | A | 334.67 |
| 7 SV ADJUSTMENT, SCHEDULE 1188 | | 1.113 | 1.041 | 1.000 | | |
| 8 ADJ SELLING VALUE | | 478.14 | 313.75 | 230.79 | | |
| 9 CHIP & BYPRODUCTS | | 43.53 | 46.51 | 0.00 | | |
| 10 SELLING VALUE L.S. | (26-31) | 521.67 | 360.26 | 230.79 | A | 394.89 |
| 11 FALLING & BUCKING | | 11.03 | 11.03 | 3.49 | A | 9.68 (24-28) |
| 12 SKIDDING | | 16.75 | 16.75 | 10.20 | A | 15.58 (29-33) |
| 13 LOADING | | 6.45 | 6.45 | 5.48 | A | 6.28 (34-38) |
| 14 SUBTOTAL, STUMP-TO-TRUCK | | 34.23 | 34.23 | 19.17 | | |
| 15 HAUL AND SCALE | | 22.75 | 22.75 | 43.26 | A | 26.42 (39-42) |
| 16 ROAD MAINTENANCE FS CO-OP DEP 7.20 | | 7.73 | 7.73 | 0.00 | A | 6.35 (43-46) |
| 17 SUBTOTAL, TRANSPORTATION | | 30.48 | 30.48 | 43.26 | | |
| 18 GENERAL LOGGING OVERHEAD | | 13.35 | 13.35 | 9.92 | A | 12.74 (47-50) |
| 19 LOGGING DEPRECIATION | | 5.30 | 5.30 | 4.53 | A | 5.16 (51-54) |
| 20 SUBTOTAL, ADMINISTRATIVE | | 18.65 | 18.65 | 14.45 | | |
| 21 SLASH DISPOSAL (INC. 5.54 CO-OP) | | 14.87 | 14.87 | 0.00 | A | 12.21 (55-58) |
| 22 EROSION CONTROL | | 1.61 | 1.61 | 0.00 | A | 1.32 (59-62) |
| 23 SNAG DISPOSAL | | 0.00 | 0.00 | 0.00 | A | .00 (63-66) |
| 24 MISC INCL FIRE PROT | | 0.63 | 0.63 | 0.54 | A | .61 (67-70) |
| 25 SUBTOTAL, ENVIRONMENTAL PROTECTION | | 17.11 | 17.11 | 0.54 | | |
| 26 TEMPORARY ROADS | | 1.72 | 1.72 | 0.00 | A | 1.41 (71-74) |
| 27 OTHER TEMPORARY DEVELOPMENTS | | 0.00 | 0.00 | 0.00 | A | .00 (75-78) |
| 28 SUBTOTAL, TEMPORARY DEVELOPMENT | | 1.72 | 1.72 | 0.00 | | |
| 29 SUBTOTAL, LOGGING COSTS | (32-36) | 102.19 | 102.19 | 77.42 | A | 97.76 |
| 30 SPECIFIED ROAD COST (A10) | | 1.87 | 1.87 | 0.00 | A | 1.54 |
| 31 TOTAL LOGGING COST L.S., SCHEDULE 1188 | | 104.06 | 104.06 | 77.42 | A | 99.30 |
| 32 MFG. COST L.S. (INCL. PRODUCT HAUL) | | 145.24 | 150.63 | 123.53 | A | 143.85 |
| 33 WASH STATE EXCISE TAX | | 10.81 | 3.56 | 0.42 | A | 5.60 |
| 34 SUBTOTAL, MANUFACTURING | (37-41) | 156.05 | 154.19 | 123.95 | A | 149.44 |
| 35 TOTAL PRODUCTION COST L.S. | | 260.11 | 258.25 | 201.37 | A | 248.74 |
| 36 CONVERSION (10)-(35) | | 261.56 | 102.01 | 29.42 | A | 146.16 |
| 37 P&R RATIO $ NORMAL/ADVERTISED | | 10.00 | 10.00 | 10.00 | NORM | 10.0 ADV 10.0 ** |
| 38 P&R MARGIN NORMAL/ADVERTISED | | 47.30 | 32.61 | 21.00 | NORM | 35.93 ADV 35.93 ** |
| 39 INDICATED NET STUMPAGE (36)-(38) | | 214.26 | 69.40 | 8.42 | A | 110.37 |
| 40 INDICATED ADVERTISED RATES (39)+(30) | | 216.13 | 71.27 | 8.42 | T | 749753.00 |
| 41 BASE RATES | | 20.00 | 11.61 | 2.00 | A | 111.90 |
| 42 ADJUSTMENTS TO BASE RATES | | 0.00 | 0.00 | 0.00 | A | 12.89 |
| 43 ADVERTISED RATES (40)+(42) | (42-47) | 216.13 | 71.27 | 8.42 | A | .00 |
| | | | | | T | 749753.00 |
| 44 INDICATED STAT NET RATES(43)-(30) | | 214.26 | 69.40 | 8.42 | A | 111.90 |
| 45 APPRAISED NET RATES | (48-53) | 214.26 | 69.40 | 8.42 | A | 110.37 |
| 46 BASE INDICES | | 276.35 | 230.06 | 0.00 | A | 110.37 |

FOREST SR. CR 15

REPORT TIMBER SALE
CONVERTIBLE AS UNCONVERTIBLE PRODUCTS
(Reference FSM 2490, Report FS-2400-A)

| | | | |
|---|---|---|---|
| REGION 0 6 (2 3) | FOREST Gifford Pinchot 0 3 (4 5) | DISTRICT (OR AREA) Randle 0 5 (6 7) SALE NUMBER 0 2 5 (8 9 10) | QTR.FY (11-13) 2/ QTR. — 8 9 YEAR |
| STATE 5 3 (14 15) | COUNTY Skamania 0 5 9 (16 17 18) | SALE NAME (19-44) POLAR 2 | |
| ACRES IN SALE 123 (49-55) | SIZE CLASS 7 | LEGAL DESCRIPTION (56-80) T10N,R6E, S5 & 6 WMS | COMPARTMENT 5 2 0 4 (45 46 47 48) |
| BID DATE MO. 03 / DAY 20 / YR. 89 / (14-15 16-17 18-19) | STATUS ** 9 (20) | SBA SET-ASIDE N (21); APP. BASE PRD. 6 — 8 8 (22 23 24) | ZONE 2 (25) |
| SALVAGE N (26) | PRICING METHOD 3 (27) | PLAN'D SAB COL $67,040 (28-34); TERM. DATE 03 / 31 / 92 / (35-36 37-38 39-40) | CONTRACT DATE __/__/__/ (41-42 43-44 45-46) |
| CONT. NO. 077843 (47-57) | CONTRACT FORM 2400 6 __ (58 59) | CONTRACTING OFFICER 9 (60); METHOD OF SALE A (61) | REG. 36CFR221 6 63 (62 63) |

| SPEC. | SPEC CODE 14-16 | PROD UNIT 17-18 | VOLUME | ADVERT RATES $ | STAT. HIGH BIDDER $ 19-24 | HIGH BIDDER $ 25-30 | 2ND HIGH BIDDER $ 31-36 | 3RD HIGH BIDDER $ 37-42 | 4TH HIGH BIDDER $ 43-48 | 5TH HIGH BIDDER $ 49-54 | 6TH HIGH BIDDER $ 55-60 | 7TH HIGH BIDDER $ 61-66 | 8TH HIGH BIDDER $ 67-72 | 9TH HIGH BIDDER $ 73-78 | 10TH HIGH BIDDER $ | 11TH HIGH BIDDER $ | 12TH HIGH BIDDER $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | 205 | 1-1 | 3,500 | 253.53 | 577.87 | 607.50 | 400.00 | 455.00 | 365.00 | 254.00 | 253.53 | | | | | | |
| C | 242 | 1-1 | 300 | 148.99 | 119.36 | 148.99 | 148.99 | 148.99 | 148.99 | 148.99 | 148.99 | | | | | | |
| HAO | 263 | 1-1 | 4,200 | 89.01 | 192.62 | 222.25 | 395.00 | 200.00 | 206.00 | 89.01 | 89.01 | | | | | | |
| PAM | 002 | 4-1 | 1,300 | 12.32 | 12.32 | 12.32 | 12.32 | 12.32 | 12.32 | 12.32 | 12.32 | | | | | | |
| TOTAL/AVER. | 1 | | 9,300 | 142.14 | 310.04 | 335.53 | | | | | | | | | | | |

SUMMARY OF BIDDERS

| RANK 4-15 | NAME 16-40 (5/6) | SBA CLASS 41 | IDENTIFICATION NUMBER 42-57 | TOTAL VALUE OF BID 58-69 |
|---|---|---|---|---|
| HIGH 1 | Stimson Lumber | L | 004000 425 | 3,120,413.00 |
| 2 | Wescor Forest Prod | N | 043910 5239 | 3,119,713.00 |
| 3 | Max West, Inc | S | 085396 575 | 2,493,213.00 |
| 4 | Western Timber Div | L | 011805 | 2,203,413.00 |
| 5 | Brazier For Prod of Ore | S | 009510 | 1,323,555.00 |
| 6 | Pacific Lumber Sales CO | S | 060460 | 1,321,910.00 |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |

I certify that I have personally examined the Bids submitted for this sale and that this is an accurate record thereof.

Diana L. Eledge
Admin. Officer 3-20-89

| Species | 1S | 2S | 3S | 4S | P | 1P | 2P | 3P | SP |
|---|---|---|---|---|---|---|---|---|---|
| D | | 22 | 22 | | | | 7 | 48 | 1 |
| C | | 20 | 80 | | | | | | |
| H | 1 | 63 | 36 | | | | | | |
| A | | 19 | 81 | | | | | | |
| HF | 22 | 20 | 33 | 25 | | | | | |

* PAM sold at the rate of $130.21 per acre for 123 acres; per M figures for statistical purposes only.

** Award Pending EEO Compliance Review.

DISTRIBUTION: Orig. and 1cc to RO (orig. to WO), 1cc to RO of SBA

( 107.97)

SUM , CHECKED BY: BERTENA H. HILL DATE: 02/08/89

SAL NAME: POLAR 2

CARD TYPE 5

SPECIFIED RD CONST (MILES) 3.8 (17-19) RECONSTRUCTION (MILES) .0 (20-22) PURCH CR LIM $ 237046 (23-29) (INC. $ 21549 P&R **)

HAUL (MILES) 23 (33-35) TEMP RD CONSTR (MILES) .2 (30-32) TEMP RD COST $ 3214 (36-42)

PRODUCT: APPRAISED TO:
1 RANDLE WASH
4 TACOMA WASH

BASIC DATA PERIOD: C.Y.1987
ADJ TO APPR BASE PERIOD: LBR: IC 4TH QTR 1988, ALL OTHERS DEC 1988 PLY: DEC 1988

CARD TYPE 6

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 PRODUCT/UNIT | (14-15) | 1-1 | 1-1 | 1-1 | 4-1 |
| 2 SPECIES | | D | C | BAO | PAM* |
| 3 SPECIES CODE | (16-18) | 205 | 242 | 263 | 002 |
| 4 % BY SPECIES | | 37.63% | 3.23% | 45.16% | 13.98% |
| 5 VOLUME | (19-25) | 3500 | 300 | 4200 | 1300 |
| 6 SELLING VALUE | | 471.12 | 449.55 | 318.31 | 235.88 |
| 7 SV ADJUSTMENT, SCHEDULE 0289 | | 1.080 | 1.000 | 1.020 | 1.000 |
| 8 ADJ SELLING VALUE | | 508.81 | 449.55 | 324.68 | 235.88 |
| 9 CHIP & BYPRODUCTS | | 43.53 | 0.00 | 46.51 | 0.00 |
| 10 SELLING VALUE L.S. | (26-31) | 552.34 | 449.55 | 371.19 | 235.88 |
| 11 FALLING & BUCKING | | 9.79 | 9.79 | 9.19 | 3.18 |
| 12 SKIDDING | | 14.25 | 14.25 | 14.25 | 9.34 |
| 13 LOADING | | 6.28 | 6.28 | 6.28 | 5.33 |
| 14 SUBTOTAL, STUMP-TO-TRUCK | | 30.32 | 30.32 | 30.32 | 17.85 |
| 15 HAUL | | 23.28 | 23.28 | 23.28 | 46.43 |
| 16 ROAD MAINTENANCE FS CO-OP DEP 7.09 | | 7.44 | 7.44 | 7.44 | 0.00 |
| 17 SUBTOTAL, TRANSPORTATION | | 30.72 | 30.72 | 30.72 | 46.43 |
| 18 GENERAL LOGGING OVERHEAD | | 12.00 | 12.00 | 12.00 | 8.91 |
| 19 LOGGING DEPRECIATION | | 4.93 | 4.93 | 4.93 | 4.21 |
| 20 SUBTOTAL, ADMINISTRATIVE | | 16.93 | 16.93 | 16.93 | 13.12 |
| 21 SLASH DISPOSAL (INC. 4.46 CO-OP) | | 11.53 | 11.53 | 11.53 | 0.00 |
| 22 EROSION CONTROL | | 2.98 | 2.98 | 2.98 | 0.00 |
| 23 SNAG DISPOSAL | | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 MISC INCL FIRE PROT | | 0.63 | 0.63 | 0.63 | 0.54 |
| 25 SUBTOTAL, ENVIRONMENTAL PROTECTION | | 15.14 | 15.14 | 15.14 | 0.54 |
| 26 TEMPORARY ROADS | | 0.40 | 0.40 | 0.40 | 0.00 |
| 27 OTHER TEMPORARY DEVELOPMENTS | | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 SUBTOTAL,TEMPORARY DEVELOPMENT | | 0.40 | 0.40 | 0.40 | 0.00 |
| 29 SUBTOTAL, LOGGING COSTS | (32-36) | 93.51 | 93.51 | 93.51 | 77.94 |
| 30 SPECIFIED ROAD COST (A10) | | 29.63 | 29.63 | 29.63 | 0.00 |
| 31 TOTAL LOGGING COST L.S., SCHEDULE 1188 | | 123.14 | 123.14 | 123.14 | 77.94 |
| 32 MFG. COST L.S. (INCL. PRODUCT HAUL) | | 145.05 | 161.39 | 153.14 | 123.53 |
| 33 WASH STATE EXCISE TAX | | 12.68 | 7.45 | 4.45 | 0.62 |
| 34 SUBTOTAL, MANUFACTURING | (37-41) | 157.73 | 168.84 | 157.59 | 124.15 |
| 35 TOTAL PRODUCTION COST L.S. | | 280.87 | 291.98 | 280.73 | 202.09 |
| 36 CONVERSION (10)-(35) | | 271.47 | 157.57 | 90.46 | 33.79 |
| 37 P&R RATIO % NORMAL/ADVERTISED | | 10.00 | 10.00 | 10.00 | 10.00 |
| 38 P&R MARGIN NORMAL/ADVERTISED | | 47.57 | 38.21 | 31.08 | 21.47 |
| 39 INDICATED NET STUMPAGE (36)-(38) | | 223.90 | 119.36 | 59.38 | 12.32 |
| 40 INDICATED ADVERTISED RATES (39)+(30) | | 253.53 | 148.99 | 89.01 | 12.32 |
| 41 BASE RATES | | 20.00 | 20.00 | 10.48 | 2.00 |
| 42 ADJUSTMENTS TO BASE RATES | | 0.00 | 0.00 | 0.00 | 0.00 |
| 43 ADVERTISED RATES (40)+(42) | (42-47) | 253.53 | 148.99 | 89.01 | 12.32 |
| 44 INDICATED STAT NET RATES(43)-(30) | | 223.90 | 119.36 | 59.38 | 12.32 |
| 45 APPRAISED NET RATES | (48-53) | 223.90 | 119.36 | 59.38 | 12.32 |
| 46 BASE INDICES | | 261.68 | 0.00 | 225.32 | ^ 00 |

CARD TYPE 7

UNIT OF MEASURE: 1 (16)

(T) TOTAL OR (A) AVERAGE:

| | | |
|---|---|---|
| T | 100.0 % | |
| T | 9300 | (17-23) |
| A | 368.53 | |
| A | 422.98 | |
| A | 8.87 | (24-28) |
| A | 13.56 | (29-33) |
| A | 6.15 | (34-38) |
| A | 25.52 | (39-42) |
| A | 6.40 | (43-46) |
| A | 11.57 | (47-50) |
| A | 4.83 | (51-54) |
| A | 9.92 | (55-58) |
| A | 2.56 | (59-62) |
| A | .00 | (63-66) |
| A | .62 | (67-70) |
| A | .34 | (71-74) |
| A | .00 | (75-78) |
| A | 91.34 | |
| A | 25.49 | |
| A | 116.83 | |
| A | 146.22 | |
| A | 7.11 | |
| A | 153.33 | |
| A | 270.16 | |
| A | 152.83 | |
| NORM | 10.0 | ADV 10.0 ** |
| NORM | 38.49 | ADV 38.50 ** |
| A | 116.65 | |
| T | 1321910.00 | |
| A | 142.14 | |
| A | 13.18 | |
| A | .00 | |
| T | 1321910.00 | |
| A | 142.14 | |
| A | 116.65 | |
| A | 116.65 | |

[illegible]




# Timber Sale Contract

Purchaser MT. ADAMS VENEER CO.

Sale Name LYNX

Award Date 10/24/79

Contract No. 06785-1

Region SIX

National Forest GIFFORD PINCHOT

Ranger District RANDLE

90011036

2400–13 (7/70)

GPO 895-867

The following definitions are established for the terms used in A5:

**Base Rates** are the lowest rates of payment for timber which are authorized by this contract. Base Rates remain constant throughout the life of this contract and are not subject to change by rate redetermination except for reduction under B3.32.

**Advertised Rates** are the minimum acceptable Bid Rates for timber, exclusive of Required Deposits. These rates are those indicated by appraisal in which no cost allowance has been made for construction of Specified Roads listed in A9, but are never less than Base Rates.

**Bid Premium Rates** are the amounts by which Purchaser's bid is in excess of Advertised Rates. The Bid Premium Rates are constant during this contract.

**Bid Rates** are the rates bid by Purchaser (exclusive of Required Deposits for slash disposal and road maintenance) and are the sum of Advertised Rates and Bid Premium Rates. Until a rate redetermination becomes effective, the Bid Rate for species and products in A5a is the Tentative Rate which is subject to quarterly adjustment under B3.2; for species and products in A5b, the Bid Rate is the Flat Rate.

**Required Deposits** are deposits which Purchaser may be required by law to pay for slash disposal (16 U.S.C. 490) and road maintenance (16 U.S.C. 537). Required Deposits may be adjusted as part of a rate redetermination or a contract extension. The table shows only Required Deposits for slash disposal; road maintenance deposits, if any, are given in C5.4.

**Base Index** is the specified average of the lumber or other product selling value index used as the basis for computing adjustment in rates for variance in product selling value as provided in B3.2. Base Indices shall be redetermined when rate redeterminations are made under B3.31.

**A6 – Indices used in Quarterly Adjustment,** applicable to B3.2

| SPECIES | INDEX NAME AND DATE |
|---|---|
| None | |

**A7 – Scheduled Rate Redetermination,** applicable to B3.31

Date for scheduled rate redetermination is ~~July 1, 1985~~. Rate redeterminations shall cover Included Timber in the entire sale unless otherwise specified in C3.31. Timber volume required to be cut and scaled before lower rates developed from scheduled rate redetermination can become effective is ~~21,100~~ M board feet.

**A8 – High Stumps,** applicable to B6.412.

| SPECIES | MAXIMUM STUMP HEIGHT (Inches) |
|---|---|
| All | 12 or 1/3 of cut stump diameter, whichever is higher.<br><br>If Purchaser builds Specified Roads, stump heights will be specified in Section 201. |

90011103

UNITED STATES DEPARTMENT OF AGRICULTURE

# FOREST SERVICE

DR

2450 Sale Contracts and Permits

REPORT AND APPRAISAL

GIFFORD PINCHOT NATIONAL FOREST

RANDLE RANGER DISTRICT

LYNX TIMBER SALE

U. S. GOVERNMENT PRINTING OFFICE : 1977 O - 251-012

6200-7 (10/73)

90011379

1

TIMBER SALE APPRAISAL

FILE NAME: GP3*RAN.LYNX

SALE NAME: LYNX
DISTRICT : RANDLE
FOREST : GIFFORD PINCHOT
INPUT BY : A TABER
STATE : WASH DATE THIS RUN: 08/15/79

A. GENERAL INFORMATION

| | | CO-OP | PURCHASER | TOTAL |
|---|---|---|---|---|
| SPECIFIED ROADS - CONSTRUCTION MILES | | | | 6.1 |
| - RECONSTRUCTION MILES | | | | 5.3 |
| ROAD CONSTRUCTION CREDITS | $ | | | 915011 |
| OTHER PURCHASER CREDITS | $ | | | 18630 |
| TEMPORARY ROAD - CONSTRUCTION MILES | | | | 2.9 |
| - CONSTRUCTION COST | $ | | | 18072 |
| SLASH DISPOSAL | $/M | 5.16 | 9.57 | 14.73 |
| EROSION CONTROL | $/M | .00 | 2.30 | 2.30 |
| MISC. COSTS (OTHER THAN FIRE PROTECT) | $ | | | 5360 |
| OTHER TEMPORARY DEVELOPMENTS | $ | | | 0 |
| ESSENTIAL KV | $ | | | 404923 |
| TOTAL PAM ACRES | | | | 574 |
| % SCALING DEFECT (SALE-AS-A-WHOLE) | | | | 15 |
| TOTAL CONTRACT MONTHS (FOR FIRE LIABILITY): | | | | 81 |
| TOTAL OPERATING MONTHS (FOR BID GUARANTEE): | | | | 43 |

X
X

***************************************************************************

B. PER-ACRE MATERIAL

| SPECIES COLUMN NUMBER | (1) | (2) | (3) | (4) |
|---|---|---|---|---|
| PRODUCT / UNIT | | 4-1 | | |
| SPECIES | | CULL | | |
| SPECIES CODE | 000 | 002 | | |
| VOLUME | 0 | 2100 | | |
| SELLING VALUE | .00 | 120.15 | | |
| PRODUCT HAUL | .00 | .00 | | |
| MANUFACTURING COST | .00 | 47.60 | | |
| NORMAL P&R % | 0( ) | 16(M) | | |



90011380

Sale Cruise

Method of Cruise

**1/5 acre strip plot, 2 chains wide, 5 chains long, every third plot graded.**

Cruise Statistics

| | | | |
|---|---|---|---|
| Sampling error | 5% | | |
| Coefficient of Variation | 70% | Actual Coefficient of Variation | 71.25 |
| Determined No. Plots | 314 | | |
| No. Plots Taken | 314 | Standard Error | 4.02 % |

All sale cruises will adhere to the standards prescribed in FSM R-6 Supp. 239, 2431.23. Justify and explain cruises which do not meet those standards, such as comparison with local cut volumes:

Cruising was done during Sept.,Oct.,1973 by Chief of Party R.D.Johnson ____________ and B.G. Rose, ____________, ____________.

I certify that they are competent cruisers as determined by adequate testing; that a field check of the cruisers was made ____________ and found satisfactory. The sale cruising and grading is performed to Forest Service standards. In my opinion, the cruise estimates of the volume to be cut are within acceptable limits (FSM 2431.23, R-6 Supplement) and the log grades have been correctly determined.

____________
Supervisory Forestry Technician



90011410

UNITED STATES DEPARTMENT OF AGRICULTURE

# FOREST SERVICE

(65)

2450 Sale Contracts and Permits

SCHEDULED RATE REDETERMINATION

LYNX TIMBER SALE

GIFFORD PINCHOT NATIONAL FOREST

RANDLE RANGER DISTRICT

U. S. GOVERNMENT PRINTING OFFICE : 1980 O - 309-842

FS-6200-7 (10/73)

TIMBER SALE APPRAISAL

GIFFORD PINCHOT NATIONAL FOREST

LYNX-RR TIMBER SALE Randle SUBUNIT

| | SIGNATURE | DATE |
|---|---|---|
| APPRAISED BY: | Arcola Tabor | 7-79 |
| CHECKED BY: | Bertena Hill | 9/89 |
| APPROVED BY: | (District Ranger/Monument Manager) | |
| RECOMMENDED BY: | Forester | |
| APPROVED BY: | Timber Management Staff | |

==============================================================================

APPRAISAL INFORMATION

Data Filename TAP6GIPO5*RAN. LYNX (RR) Sum
Element Name

This appraisal has been computed at the Fort Collins Computer Center, using R6-2420-22 Input Forms.

GP 2420-1 (04/89)

90010948

SECTION A - SALE CRUISE

Method of Cruise:

____________________________________________________________________________

____________________________________________________________________________

____________________________________________________________________________

___________________________________________________________________________.

All sale cruises will adhere to the standards prescribed in FSH 2409.12, 41.1, R6 Supplement. Justify and explain cruises which do not meet those standards, such as comparison with local cut volumes: ________________________________________

___________________________________________________________________________.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Cruising was done during __________ by Chief of Party ______________________________

________________________________________________ and ____________________________.

I certify that they are competent cruisers as determined by adequate testing; that a field check of the cruisers was made ____________________ and found satisfactory. The sale cruising and grading is performed to Forest Service standards. In my opinion, the cruise estimates of the volume to be cut are within acceptable limits (FSH 2409.12, 41.1, R6 Supplement) and the log grades have been correctly determined.

By: __________________________________

Title: __________________________________

================================================================================

SECTION A - PROFIT RATIOS

Ratios based on selected ranges in R6-FSH 2409.22, Appendix 417.2:

West Side, Appraisal Zone 2 — Schedule 6784

Selected Ranges (Low, Midpoint, High) — Profit Ratio 13 %

State criteria used if selected profit ratio is other than midpoint.

================================================================================

SECTION A - MARKETS (Appraisal Points, FSH 2409.22, 416.52)
(Circle appraisal point used.)

Merchantable Volume Appraised To: Bingen, Longview, Morton, Randle, Packwood
(Sawlogs, Peelers)
Product Haul To: Chehalis

Chip Cull (PAM) Volume Appraised To: Bingen, Longview, Randle, Stevenson

GP 2420-2 (04/89)

90010975

IN THE UNITED STATES CLAIMS COURT

| | | |
|---|---|---|
| MANKE LUMBER CO., et al., | ) | NO. 33-85C; |
| (All Consolidated Cases) | ) | 33-85C; 553-86C; |
| Plaintiff, | ) | 161-88C; 589-87C; |
| vs. | ) | 800-87C; 91-984C; |
| THE UNITED STATES, | ) | 365-88C; 339-89C |
| Defendant. | ) | (Chief Judge Smith) |

\- - - - -

The deposition of **RONALD LEWIS** was taken on Wednesday, June 16, 1993, commencing at 9:15 a.m., at the offices of Schwabe, Williamson & Wyatt, 2100 Pennsylvania Avenue, N.W., Washington, D.C., before Vicki L. Forman, Notary Public.

Q. Going back to situations where timber is not resold and an appraisal is used. I'm not sure that I recall precisely what you said as to the reason an average overbid is added to the appraisal in determining the value of the timber.

A. To reflect current bidding practices.

Q. What's the objective in establishing damages for an unperformed timber contract? What's the purpose of the resale or the appraisal in term -- what are you trying to do?

A. I may need to correct my answer. I'm not sure we do add bid premium average overbids on the sales.

Q. Assume that you do.

A. I'm trying to recall whether we do or not. In some cases we do on different types of reappraisals, but I'm not sure what we did on these.

MS. MURPHY: Let the record show that the witness is examining a document dated April 13, 1990 apparently addressed to Dave Note. I'd like

DISTRICT OF COLUMBIA, to wit:

I, Vicki L. Forman, before whom the foregoing deposition was taken, do hereby certify that the within-named witness personally appeared before me at the time and place herein set out, and after having been duly sworn by me, according to law, was examined by counsel.

I further certify that the examination was recorded stenographically by me and this transcript is a true record of the proceedings.

I further certify that I am not of counsel to any party, nor an employee of counsel, nor related to any party, nor in any way interested in the outcome of this action.

As witness my hand and notarial seal this ________ day of ____________________, 1993.

______________________________

VICKI L. FORMAN

Notary Public

MY COMMISSION EXPIRES: 5/14/97