PAUL F. EHINGER & ASSOCIATES
Consultants to the Forest Products Industry
1200 HIGH STREET, SUITE 22
EUGENE, OREGON 97401
503/686-9607 FAX 503/686-8124

*Introduction to the Firm*
*of*
*PAUL F. EHINGER & ASSOCIATES*

Established in 1983, Paul F. Ehinger & Associates provides a broad range of services to the Western forest products industry. Since 1983, we have served over 100 clients -- both large and small. Our consulting business covers a broad range of activities based on over 46 years of experience. Some of the areas of operation are described as follows.

I. Consultation -- Timber

a. We handle Federal timber contract problems. We provide large and small companies with detailed monitoring of the legislative, regulatory, and legal activities surrounding specific Federal timber issues.

b. We provide information and expert guidance to those companies with operating problems related to public and private timber sale contracts. We assist in resolving these problems or in pursuing and defending claims through administrative remedies or litigation.

c. We provide damage analysis services to assist those involved in claims arising out of losses due to forest fires, logging operations, timber trespass, and other woods activities.

II. Consultation -- Forest Products Operations

a. We analyze timber as well as other raw material supply situations, i.e., chips, sawdust, hog fuel for companies, mills, industry organizations, and governmental entities. We provide complete studies of available resource supply

In Portland, Dave Redmond of D.H. Redmond & Associates, Inc. gives us additional strength in the areas of business planning and development, corporate financing, and in developing both export and domestic markets. Other individuals with special expertise are available and to consult with us on individual projects as needed, enabling us to apply the best expertise to your problem.

Consultants have two primary functions: (1) to resolve problems for which the client has insufficient knowledge or skills; and (2) to resolve problems for which the client has insufficient time.

If properly used, consultants can be a cost-effective way to improve your bottom line. Our only justification for offering you our consulting service is to provide information and/or assistance that will make your operation more profitable or help you meet the goals and objectives of your specific projects.

"I not only use all the brains I have, but all that I can borrow."

Woodrow Wilson

Paul F. Ehinger & Associates
*Consultants to the Forest Products Industry*

2300 OAKMONT WAY, #212
EUGENE, OR 97401
541/686-9607 FAX 541/686-8124
pfehinger@willamette.net

## *BACKGROUND SUMMARY OF PAUL F. EHINGER*

### *PAUL F. EHINGER AND ASSOCIATES, 1983 TO PRESENT*

Established in 1983, Paul F. Ehinger & Associates provides a broad range of services to the Western forest products industry. Since 1983, we have served over 140 clients -- large and small, public and private. Our consulting business covers a broad range of activities based on our experience. Some of the areas of operation are described as follows.

1. Consultation -- Forest Industry Operations

   a. We analyze available timber resources as well as other raw material supply situations, i.e., chips, sawdust, hog fuel for companies, mills, cogeneration plants, industry organizations, and governmental entities. We provide complete studies of current resource use patterns and industry trends for specific areas.

   b. We provide consulting services on operations and acquisitions or disposal of companies, mills, and timber. We analyze a company's operations and assets for their ability to provide a return to potential purchasers.

   c. We assist forest products companies in solving operating problems -- from falling the timber to loading the product into the car.

2. Consultation -- Professional

   a. We provide expertise on the forest products industry to the legal, accounting, insurance, banking, and other professions. As a result, these professionals can work knowledgeably with the industry on problems related to their specific fields.

   b. We provide current background information on the state of the industry for legislators, lobbyists, news media, industry, and other interested parties.

We maintain a close working relationship with other individuals with special expertise who are available to consult with us on individual projects as needed, enabling us to apply the best expertise to your problem or project.

Consultants have two primary functions: (1) to assist in resolving problems for which the client has insufficient knowledge or skills; and (2) to assist in resolving problems for which the client has insufficient time.

"I not only use all the brains I have, but all that I can borrow." Woodrow Wilson

***WESTERN RESOURCE ALLIANCE*, 1981-1983 -- Executive Vice President**

This organization provided coordination and leadership on a broad spectrum of issues affecting Western forest industry companies primarily dependent on public timber. The issues handled were those involving legislative, administrative, and regulatory agencies in Washington, D.C.:

1. Timber Supply Policies -- developing statements and policies for the current Administration.

2. Federal Timber Contract Relief -- coordinating industry actions on the administrative, legislative, and legal fronts to seek relief from the Federal timber.

3. Chaired the Lumber Industry Coalition pursuing a countervailing duty against Canadian Lumber -- 1982-1983.

Western Resource Alliance was phased out in December 1983, when it had served its purpose and the need for this organization no longer existed.

***EDWARD HINES LUMBER CO.*, 1949-80. Senior Vice President (1972-80). Vice President (1965-72). General Manager, Westfir Operations (1960-1965)**

I was responsible for the Western manufacturing operations, including all activities from acquisition of timber through selling and shipping of products. Additionally, I sought and developed new opportunities through acquisitions, expansion, and modernization of mills.

These operations were heavily oriented towards lumber and plywood production, but also included millwork operations, treating plants, and veneer mills. Logging operations were both company and contract.

These operations were located in Oregon, Idaho, Colorado, Wyoming, South Dakota, and Arkansas.

***EMPLOYMENT CHRONOLOGY - PAUL F. EHINGER***

| | |
|---|---|
| *1983--Present....* | *Paul F. Ehinger & Associates, Consulting, Eugene, OR* |
| *1991-Present* | *Consultant-Manager, Small Business Timber Council)* |
| *1981-83..........* | *Western Resource Alliance, Exec. V.P., Eugene, OR* |
| *1949-80..........* | *Edward Hines Lumber Co., Westfir and Eugene, OR* |

*(Corporate Headquarters - Chicago, IL)*

*1965-80 V.P and Sr. V.P., Western Operations in Oregon, Idaho, Colorado, Wyoming, South Dakota and Arkansas.*

1949-65 Forester--Logging Manager--General Manager, Westfir Operations

*1947-49.......... Consulting (K.B. Wood Forest Engrs.), Portland, OR*

*1946-47.......... U.S. Forest Service – Kentucky/Ohio/Missouri*

*1946 - Graduated from University of Michigan - B.S. in Forestry*

*1943-45 1951-52.... U.S. Marine Corps – Active Duty (42 months total)*

## ***INDUSTRY ASSOCIATIONS***

*American Forest and Paper Association (formerly National Forest Products Assn.), Washington, D.C. Resource Committee Chairman, 1977-79;*
*Executive Committee, 1970-73 and 1977-79*
*American Plywood Association, Tacoma, WA. (Now APA Engineered Wood Products Association) - President and Chairman of Board, 1971-73*
*Board of Trustees, 1962--80*
*Industrial Forestry Association, Portland, OR. President, 1966 and 1967; Board Member, 1958-80.*
*Western Wood Products Association, Portland, OR. Director and Executive Committee, 1960s and 1970s.*
*Oregon Logging Conference, Eugene, OR. President, 1965; Board Member, 1958-Present.*
*Keep Oregon Green, Salem, OR. President, 1978-80; Board Member, 1970 Present.*
*Bureau of Land Management (U.S. Dept. Interior), Eugene District Advisory Council Chairman, 1987-92.*
*American Pulpwood Association - Member - Current*

## ***PROFESSIONAL ASSOCIATIONS***

*Society of American Foresters. Member since 1946.*

## ***BUSINESS CORPORATIONS***

*Board Director - Riley Creek Lumber Co., La Clede, ID - since 1987*
*Board Director - Lane Plywood, Eugene, OR - 1986-96 (Company sold in 1996)*
*Board Director - Alpine International, Inc. - 1985-1990*

# VOLUME SPECIES - LYNX AND COMPARABLE SALES - LENGTH OF SALES

| | | D. Fir | Cedar | Hem & Other | Total Merch. | P.A.M. | Total Volume | Notes |
|---|---|---|---|---|---|---|---|---|
| #26 LYNX | Damage Appraisal Volume | 19,100 | 1,400 | 15,800 | 36,300 | 2,000 | 38,300 | |
| | Original Volume | 19,600 | 1,500 | 16,400 | 37,500 | 2,100 | 39,600 | Original |
| | % Total | 49.5% | 4.0% | 41.5% | 95.0% | 5.0% | 100.0% | |
| | % Merchantable | 52.0% | 4.0% | 44.0% | 100.0% | | | Sale actually extended 24 mos. |

9/27/79-3/31/87 = 7 yrs 6 mos (90 mos)-7 operating seasons. Average harvest/mo = 425 mbf. Average harvest/operating season = 5,470 mbf. 42 mos operating season or 943 mbf/mo.

| Comparables | | D. Fir | Cedar | Hem & Other | Total Merch. | P.A.M. | Total Volume |
|---|---|---|---|---|---|---|---|
| 1. Polk 4 Salvage | Volume | 3,200 | 500 | 3,200 | 6,900 | 1,600 | 8,500 |
| | % Total | 37.5% | 6.0% | 37.5% | 81.0% | 19.0% | 100.00% |
| | % Merchantable | 46.5% | 7.0% | 46.5% | 100.0% | | |

9/2/88-3/31/91 = 2 yrs 6 mos (30 mos)-2 operation seasons. Average harvest/mo = 283mbf. Average harvest/operating season = 4250 mbf. 14 mos operation season-607mbf/mo.*

| | | D. Fir | Cedar | Hem & Other | Total Merch. | P.A.M. | Total Volume |
|---|---|---|---|---|---|---|---|
| 2. Beech 4 Salvage | Volume | 1,900 | 600 | 2,500 | 5,000 | 1,600 | 6,600 |
| | % Total | 29.0% | 9.0% | 38.0% | 76.0% | 24.0% | 100.0% |
| | % Merchantable | 38.0% | 12.0% | 50.0% | | | |

9/12/88-3/31/92 = 3 yrs 5 mos (41mos)-3 operating seasons. Average harvest/mo = 160 mbf. Average harvst/operating season = 2200 mbf. 19.5 mos operation season-338 mbf/mo.*

| | | D. Fir | Cedar | Hem & Other | Total Merch. | P.A.M. | Total Volume |
|---|---|---|---|---|---|---|---|
| 3. Polar 2 | Volume | 3,500 | 300 | 4,200 | 8,000 | 1,300 | 9,300 |
| | % Total | 38.0% | 3.0% | 45.0% | 86.0% | 14.0% | 100.0% |
| | % Merchantable | 44.0% | 4.0% | 52.0% | 100.0% | | |

3/20/89-3/31/92 = 3 yrs 0 mos (36 mos)-3 operating seasons. Average harvest/mo = 260 mbf. Average harvest/operating season = 3100 mbf. 18 mos operating season-517 mbf/mo.*

| | | D. Fir | Cedar | Hem & Other | Total Merch. | P.A.M. | Total Volume |
|---|---|---|---|---|---|---|---|
| 4. Silver 7 | Volume | 2,400 | | 3,100 | 5,500 | 1,200 | 6,700 |
| | % Total | 36.0% | | 46.0% | 82.0% | 18.0% | 100.0% |
| | % Merchantable | 44.0% | | 56.0% | 100.0% | | |

2/24/89-3/31/91 = 2 yrs 1 mo(25 mos)-2 operating seasons. Average harvest/mo = 280 mbf. Average harvest/operating season = 3350 mbf. 12 mos operating season-560 mbf/mo.*

* All operating seasons assumed to be six months, i.e., same as Lynx.

Compiled by Paul F. Ehinger & Associates 10/93 volsped

EXHIBIT 2