IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MANKE LUMBER CO. et al. (MT. ADAMS VENEER CO.), | ) | |
| Plaintiffs, | ) | Consolidated under lead case No. 589-87C (No. 91-984C) (Judge Bruggink) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME[1]

Defendant, pursuant to Rules 6(b) and 6.1, respectfully requests that the Court enlarge by thirty days, to and including March 10, 2004, the time for filing our reply brief in Mt. Adams Veneer Co. v. United States, No. 91-984C. Our reply is presently due by February 9, 2004. This is our first request for an enlargement of time for this purpose. Undersigned counsel has discussed this request with counsel for plaintiffs, who consents to it.

Since receiving Mt. Adams Veneer's opposition to our

[1] Regarding the caption in this group of consolidated cases, undersigned counsel notes that Manke Lumber Company should no longer be identified as the plaintiff in the lead case. On November 19, 2003, we filed a stipulation dismissing, with prejudice, all three Manke Lumber Company cases (Nos. 33-85C, 553-86C, and 161-88C). Shortly after, on December 1, 2003, the Court entered an order changing the lead case (for cases originally consolidated under Manke Lumber, No. 33-85C) to No. 589-87C, but inadvertently identifying Manke Lumber as the plaintiff. The plaintiff in No. 589-87C, however, is Mt. Adams Veneer Company. Thus, the caption should be amended to reflect Mt. Adams Veneer Company as the plaintiff in lead case No. 589-87C.

summary judgment motion, undersigned counsel has been required to commit virtually all of his time to preparing for a Department of Justice briefing before the House Veterans Affairs Committee staff concerning Department of Justice representation of service members pursuant to the Uniformed Services Employment and Reemployment Right Act of 1994 ("USERRA"), 38 U.S.C. § 4301 et seq.[2] The briefing was presented on February 2. In addition, during the next two weeks, counsel is required, among other things, to prepare an internal memorandum for the Assistant Attorney General, Civil Division, seeking to resolve an inter-agency dispute with respect to the USERRA claims of twelve current and former service members. Counsel is also required to confer with opposing counsel and file with the Court by February 21, a joint proposed plan for discovery in United Pacific Insurance Co., et al. v. United States, No. 01-359C (Fed. Cl.). Finally, before preparing our reply brief in this case (Mt. Adams Veneer), counsel will need to confer with agency counsel and with Forest Service personnel regarding Mt. Adams' opposition to our summary judgment motion and the accompanying declaration of Mt. Adams' expert, Paul Ehinger.

Under the circumstances, undersigned counsel presently expects that a thirty-day extension, until March 10, 2004, will

---

[2] Undersigned counsel is responsible for reviewing each veterans reemployment rights claim referred to the Department of Justice by the Department of Labor for consideration of representation pursuant to 38 U.S.C. § 4323(a)(1).

allow sufficient time for the preparation, review, and filing of our reply brief in this case, Mt. Adams Veneer, No. 91-984C.

For the foregoing reasons, defendant respectfully requests that its motion be granted and that the time for the filing of our reply be enlarged by thirty days, until March 10, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

______________________
JOHN W. SHOWALTER
Assistant Director

______________________
RICHARD P. NOCKETT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., N.W. (8th Floor)
Washington, D.C. 20530
Tele: (202) 307-1134
Facsimile: (202) 307-0494

Attorneys for Defendant

February 4, 2004

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 4th day of February 2004 I caused copies of the foregoing "DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME" to be served upon the following individuals electronically and also by United States mail (first-class, postage prepaid):

DENNIS J. DUNPHY, Esq.
Schwabe, Williamson & Wyatt
1420 Fifth Avenue, Suite 3010
Seattle, Washington 98101

STEVEN A. MILLER, Esq.
Schwabe, Williamson & Wyatt
1420 Fifth Avenue, Suite 3010
Seattle, Washington 98101

______________________________