IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MANKE LUMBER CO. et al. (MT. ADAMS VENEER CO.), | ) | |
| Plaintiffs, | ) | Consolidated under lead case No. 589-87C (No. 91-984C) (Judge Bruggink) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME

Defendant, pursuant to Rules 6(b) and 6.1, respectfully requests that the Court enlarge by twenty-three days, to and including April 2, 2004, the time for filing our reply brief in this case, Mt. Adams Veneer Co. v. United States, No. 91-984C. Our reply is presently due by March 10, 2004. This is our second request for an enlargement of time for this purpose, one thirty-day extension having been previously granted. Undersigned counsel has discussed this request with counsel for plaintiffs, who consents to it.

Since obtaining our initial extension, undersigned counsel fell ill (with acute bronchitis) and was out of the office the week of February 9 through 13. After returning to work on February 17, counsel has been required, among other things: to confer with opposing counsel and develop a joint proposed plan for discovery for filing by February 21 in United Pacific Insurance Co. v. United States, No. 01-359C (Fed. Cl.);

to participate in conference calls with Office of Personnel Management officials concerning Caraballo v. United States, No. 1997/27 (D.V.I.); and to prepare an internal memorandum for the Assistant Attorney General, Civil Division, seeking to resolve an inter-agency dispute over the reemployment rights claims of twelve current and former military service members under the Uniformed Services Employment and Reemployment Rights Act, 38 U.S.C. § 4301 et seq. Counsel spent a substantial amount of time over the last two weeks working on that memorandum, completing it on Friday, March 5.

After reviewing Mt. Adams' opposition to our summary judgment motion and the Declaration of Paul Ehinger, Mt. Adams' expert, counsel has decided it is necessary to meet with Forest Service personnel before drafting our reply brief. We have scheduled a meeting in Olympia, Washington, during the week of March 15-19. Counsel will be traveling to Washington State on Monday, March 15, and returning on Thursday, March 18.

Under the circumstances, we need additional time to prepare our reply brief. Undersigned counsel presently expects that an extension of twenty-three days, until April 2, 2004, will allow sufficient time for the preparation, review, and filing of our reply.

For the foregoing reasons, defendant respectfully requests that its motion be granted and that the time for the filing of our reply be enlarged by twenty-three days, until April 2, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John W. Showalter/by R. Nockett
JOHN W. SHOWALTER
Assistant Director

s/Richard P. Nockett
RICHARD P. NOCKETT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., N.W. (8th Floor)
Washington, D.C. 20530
Tele: (202) 307-1134
Facsimile: (202) 307-0494

Attorneys for Defendant

March 5, 2004

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 5th day of March 2004 I caused copies of the foregoing "DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME" to be served upon the following individuals electronically and also by United States mail (first-class, postage prepaid):

DENNIS J. DUNPHY, Esq.
Schwabe, Williamson & Wyatt
1420 Fifth Avenue, Suite 3010
Seattle, Washington 98101

STEVEN A. MILLER, Esq.
Schwabe, Williamson & Wyatt
1420 Fifth Avenue, Suite 3010
Seattle, Washington 98101

s/Dorelle Gray