# In the United States Court of Federal Claims

No. 91-984C
Consolidated under lead cases nos. 435-87C & 33-85C
(Filed: March 11, 2004)

* * * * * * * * * * * * * * * * * * * *

GATEWAY LUMBER CO., *et al.*
and MANKE LUMBER CO., *et al.*,
(Mt. Adams Veneer)

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * *

---------------
ORDER
---------------

Pending is defendant's March 5, 2004 unopposed motion for an enlargement of time, to and including April 2, 2004, within which to file its reply to plaintiff's opposition to defendant's pending motion for summary judgment. For good cause shown, the motion is granted.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge