# In the United States Court of Federal Claims

No. 91-984C
Consolidated under lead cases no. 435-87C & 33-85C
(Filed: May 3, 2004)

* * * * * * * * * * * * * * * * * * * *

GATEWAY LUMBER CO., *et al.*
and MANKE LUMBER CO., *et al.*,
(Mt. Adams Veneer)

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * *

---------------
ORDER
---------------

Oral argument on defendant's motion for summary judgment shall be heard from the courtroom Wednesday, June 16, 2004, 10:00 a.m., National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for both parties shall appear in person.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge