# In the United States Court of Federal Claims

No. 91-984C
Consolidated under lead cases no. 33-85C
(Filed: July 2, 2004)

* * * * * * * * * * * * * * * * * * * *

MANKE LUMBER CO., *et al.*,
(Mt. Adams Veneer Co.)

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * *

---------------
ORDER
---------------

Pursuant to a telephonic request from the parties, the last sentence of the court's June 22, 2004 order is amended as follows:

The parties will file a joint status report, on or before July 16, 2004, proposing further pretrial proceedings.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge