IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MANKE LUMBER CO., et al. (MT. ADAMS VENEER CO.), | ) | |
| Plaintiffs, | ) | Consolidated under lead case No. 33-85C (No. 91-984C) (Judge Bruggink) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT PROPOSING TRIAL AND PRETRIAL SCHEDULE IN MT. ADAMS VENEER CO. v. UNITED STATES, No. 91-984C

Pursuant to the Court's June 22, 2004 Order, as amended by its July 2, 2004 Order, the parties respectfully propose the following trial and pretrial schedule in Mt. Adams Veneer Co. v. United States, No. 91-984C:

Trial: February 22, 23, and 24, 2005 or, alternatively March 1, 2, and 3, 2005, in Seattle, Washington;[1]

Pretrial Conference: Either February 1 or February 8, 2005, in Washington, D.C., with counsel for Mt. Adams Veneer to appear telephonically;

Pretrial Submissions: 1) Mt. Adams' Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List: January 11, 2005;

2) Government's Memorandum of Contention of Fact and Law, Witness List, and Exhibit List: December 7, 2004;

Meeting of Counsel: November 16, 2004;

[1] Counsel for Mt. Adams Veneer is awaiting a ruling on a motion for a continuance in a Washington State court proceeding, which could necessitate an adjustment to these alternate proposed trial dates. That ruling is imminent, and anticipated in not more than seven days.

Joint Stipulations of Fact and Joint Exhibit List: November 9, 2004.

Discovery: for pretrial discovery, the parties intend to depose each other's trial witnesses by October 30, 2004;

Expert Reports: should either party intend to offer the testimony of an expert witness, the expert's report must be provided to the opposing party by September 30, 2004.

If the foregoing schedule is acceptable to the Court, the parties respectfully request that the Court issue an order adopting the parties' proposed pretrial and trial schedule.

Respectfully submitted,

s/Dennis J. Dunphy
DENNIS J. DUNPHY
Schwabe, Williamson & Wyatt, P.C.
1420 Fifth Avenue, Suite 3010
Seattle, Washington 98101-2393
Tele: (206) 622-1711
Fax: (206) 292-0460

Dated: July 15, 2004

PETER D. KEISLER
Assistant Attorney General

J. CHRISTOPHER KOHN
Director

s/John W. Showalter
JOHN W. SHOWALTER
Assistant Director

s/Richard P. Nockett
RICHARD P. NOCKETT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W. (8th Floor)
Washington, D.C. 20530
Tele: (202) 307-1134
Fax: (202) 307-0494

Attorneys for Defendant

Dated: July 15, 2004

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this __15__ day of July 2004 I caused copies of the foregoing "JOINT STATUS REPORT PROPOSING TRIAL AND PRETRIAL SCHEDULE IN MT. ADAMS VENEER CO. v. UNITED STATES, No. 91-984C," to be served upon the following individuals by facsimile and by United States mail (first-class, postage prepaid):

DENNIS J. DUNPHY, Esq.
Schwabe, Williamson & Wyatt
1420 Fifth Avenue, Suite 3010
Seattle, Washington 98101-2393

s/Richard P. Nockett