# In the United States Court of Federal Claims

**91-984C**

**Filed: July 20, 2004**

**MANKE LUMBER CO, et al,**

**v.**

**THE UNITED STATES**

**Transcript of Proceedings (1 Volume) Taken at Washington, DC**
**on June 16, 2004 Before Senior Judge Eric G. Bruggink**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.