# In the United States Court of Federal Claims

No. 91-984C
Consolidated under lead cases no. 33-85C
(Filed: July 29, 2004)

* * * * * * * * * * * * * * * * * * * *

MANKE LUMBER CO., *et al.*,
(Mt. Adams Veneer Co.)

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * *

---------------
ORDER
---------------

The court has before it the parties' July 16, 2004 joint status report proposing a trial and pretrial schedule in case no. 91-984C. The court adopts the schedule as follows:

1. Should either party intend to offer the testimony of an expert witness, the expert's report must be provided to the opposing party by September 30, 2004.

2. The parties shall depose each other's trial witnesses by November 1, 2004.

3. The parties' Joint Stipulations of Fact and Joint Exhibit List shall be filed by November 9, 2004.

4. The meeting of counsel shall take place on or before November 16, 2004.

5. The government's Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List shall be filed on or before December 7, 2004. Plaintiffs' Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List shall be filed on or before January 11, 2005.

The court will set the dates for the pretrial conference and trial once the parties notify the court of their preferences between the alternate dates set out in their joint status report. The parties are directed to make their preferences known on or before August 13, 2004.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge