# In the United States Court of Federal Claims

No. 91-984C
Consolidated under lead cases no. 33-85C
(Filed: September 7, 2004)

* * * * * * * * * * * * * * * * * * * * 

MANKE LUMBER CO., *et al.*,
(Mt. Adams Veneer Co.)

*Plaintiffs,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * 

---------------
ORDER
---------------

By this order, the court sets out the dates for the pretrial conference and trial in case no. 91-984C.

The pretrial conference will be held from the courtroom, Tuesday, February 1, 2005, 2:00 p.m. eastern, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for defendant shall appear in person. Counsel for plaintiff shall appear by telephone.

Trial will be held March 1-3, 2005, in Seattle, Washington. The exact location will be determined at a later date.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge