IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GATEWAY LUMBER CO., *et al.* and MANKE LUMBER CO., *et al.* (Mt. Adams Veneer Co.), | ) | |
| Plaintiffs, | ) | Consolidated under lead case Nos. 435-87C & 589-87C (No. 91-984C) (Judge Bruggink) |
| vs. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME AND FOR SETTING DATE FOR FILING JOINT STATUS REPORT RE EXPERT REPORTS**

Plaintiff, pursuant to Rules 6(b) and 6.1, respectfully requests that the Court enlarge by a presently undetermined number of days, the time established by the Court's Order of July 29, 2004, for the filing of expert witness reports. These reports are presently due to be filed on or before September 30, 2004. In substitution for the original deadline, plaintiff requests that the Court order the filing of a joint status report on September 30, 2004, to be initiated by plaintiff but which shall reflect the position of both parties regarding the filing of expert reports and the schedule for deposing witnesses. This is plaintiff's first request for an enlargement of time for this purpose. Undersigned counsel has discussed this request with counsel for defendant, and provided counsel with an advance copy of this motion. Counsel for defendant consents to it.

The circumstance necessitating this motion is the medical condition of one of the plaintiff's longstanding experts in this matter, Mr. Paul Ehinger. Mr. Ehinger has been generally unavailable to plaintiff over the past 45 days because of his health condition. On Tuesday of this week, September 14, 2004, Mr. Ehinger underwent bypass surgery and remains in the hospital at this time. If the deadline is not extended, plaintiff would be prejudiced by the unavailability of

Mr. Ehinger to consult on various matters involving the need for expert opinion testimony and for the preparation of the required report. By granting an open extension, explicitly conditioned on the responsibility of counsel to file a status report on September 30, 2004, the parties will more likely know the availability of Mr. Ehinger to participate further in this matter and thereby provide information to the Court sufficient to set a new date. The alternative at the present time would require plaintiff to speculate as to these matters.

For the foregoing reasons, plaintiff respectfully requests that its motion be granted and that the time for filing expert reports by either party, presently set for September 30, 2004, be temporarily suspended. The parties shall be required to file a joint status report, initiated by plaintiff's counsel, on or before September 30, 2004, which should address Mr. Ehinger's availability, and proposed dates for the filing of expert reports, and any necessary adjustment to the deadline for deposing trial witnesses.

Respectfully submitted this 17th day of September, 2004.

s/Dennis J. Dunphy
Dennis J. Dunphy
SCHWABE, WILLIAMSON & WYATT, PC
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Phone: (206) 622-1711
Fax: (206) 292-0460
Email: ddunphy@schwabe.com

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 17th day of September, 2004, I caused copies of the foregoing PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME AND FOR SETTING DATE FOR FILING JOINT STATUS REPORT RE EXPERT REPORTS to be served upon the following individual electronically and a courtesy copy was sent by Facsimile.

Richard P. Nockett
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., N.W. (8th Floor)
Washington, D.C. 20530
Phone: (202) 307-1134
Fax: (202) 307-0494

s/Dennis J. Dunphy
Dennis J. Dunphy
SCHWABE, WILLIAMSON & WYATT, PC
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Phone: (206) 622-1711
Fax: (206) 292-0460