# In the United States Court of Federal Claims

No. 91-984C
Consolidated under lead cases no. 33-85C
(Filed: September 21, 2004)

* * * * * * * * * * * * * * * * * * * *

MANKE LUMBER CO., *et al.*,
(Mt. Adams Veneer Co.)

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * *

---------------
ORDER
---------------

Pending is plaintiffs' September 17, 2004 consent motion for an enlargement of time and for setting a date for filing a joint status report regarding expert reports. The court refers the parties to its order of July 29, 2004, paragraph 1., in which it directed the parties as follows:

> 1. Should either party intend to offer the testimony of an expert witness, the expert's report **must be provided to the opposing party** by September 30, 2004.

The court's order did not direct the parties to **file** the expert witness reports. The court will, however, temporarily suspend the date for exchanging expert reports, and instead direct the parties to file a joint status report on September 30, 2004 reflecting the position of both parties regarding the **exchange** of expert reports and any necessary adjustment to the deadline for deposing trial witnesses.

Accordingly, the court also suspends the requirement of paragraph 2.of the court's July 29, 2004 order which directs the parties to depose each other's trial witnesses by November 1, 2004.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge