IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GATEWAY LUMBER CO., *et al.*<br>and MANKE LUMBER CO., *et al.*<br>(Mt. Adams Veneer Co.),<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Consolidated under lead case<br>Nos. 435-87C & 589-87C<br>(No. 91-984C)<br>(Judge Bruggink) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 21, 2004 order, the parties have conferred and hereby advise the Court of the position of both parties regarding exchange of expert reports, adjustments to the deadline to depose trial witnesses, and adjustments to the remainder of the pretrial schedule.[1] This report is submitted on behalf of both parties and authority to indicate signature on the electronic filing has been granted by each.

Mr. Paul Ehinger, plaintiff's longstanding expert, remains hospitalized more than two weeks after undergoing coronary artery bypass surgery. Visitors are limited to immediate family. Mr. Ehinger is 82 years old, and counsel has no reliable information regarding Mr. Ehinger's estimated recovery period. Plaintiff's counsel plans to engage an expert on a supplementary and/or standby basis. The plaintiff therefore respectfully proposes the following revisions to the pretrial schedule, which are agreeable to the Government:

<u>Deadline to Depose Non-Expert Witnesses</u>: December 3, 2004.

[1] The parties recognize that the Court, in its September 21, 2004 Order, did not direct the parties to propose revisions to the remainder of the pretrial schedule. However, they appear to be warranted given the proposed revisions to the dates for exchanging expert reports and the deadlines to depose trial witnesses.

Expert Reports Exchange: December 20, 2004.

Deadline to file Joint Stipulations of Fact and Joint Exhibit Lists: January 14, 2005.

Deadline to Depose Expert Witnesses: January 21, 2005.

Meeting of Counsel: On or before January 21, 2005.

Government's Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List Due: February 4, 2005.

Mt. Adams's Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List Due: February 4, 2005.

Pretrial Conference: February 8, 2005 (or at a date and time to be determined by the Court).

Trial: March 1, 2, and 3, 2005, Seattle, Washington.

If the foregoing schedule is acceptable to the Court, the parties respectfully request that the Court issue an order adopting the parties' proposed revised pretrial schedule.

Respectfully submitted this 30th day of September, 2004.

s/Dennis J. Dunphy
Dennis J. Dunphy
SCHWABE, WILLIAMSON & WYATT, PC
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Phone: (206) 622-1711
Fax: (206) 292-0460
Email: ddunphy@schwabe.com
Attorneys for Plaintiff

Peter D. Keisler
Assistant Attorney General

J. Christopher Kohn
Director

s/John W. Showalter
John W. Showalter
Assistant Director

s/Richard P.Nockett
Richard P. Nockett
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W. (8th Floor)
Washington, D.C. 20530
Phone: (202) 307-1134
Fax: (202) 307-0494
Email: Richard.Nockett@usdoj.gov

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 30th day of September, 2004, I caused copies of the foregoing JOINT STATUS REPORT to be served upon the following individual electronically and a courtesy copy was sent by Facsimile.

Richard P. Nockett
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., N.W. (8th Floor)
Washington, D.C. 20530
Phone: (202) 307-1134
Fax: (202) 307-0494

s/Dennis J. Dunphy
Dennis J. Dunphy
SCHWABE, WILLIAMSON & WYATT, PC
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Phone: (206) 622-1711
Fax: (206) 292-0460

(328969.1)