# In the United States Court of Federal Claims

No. 91-984C
Consolidated under lead cases no. 33-85C
(Filed: October 5, 2004)

* * * * * * * * * * * * * * * * * * * *

MANKE LUMBER CO., *et al.*,
(Mt. Adams Veneer Co.)

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * *

---------------
ORDER
---------------

The court has before it the parties' September 30, 2004 joint status report proposing revisions to the trial and pretrial schedule in case no. 91-984C. The court adopts the schedule. Accordingly, the court's orders of July 29, 2004 and September 7, 2004, are amended as follows:

1. Should either party intend to offer the testimony of an expert witness, the expert's report must be provided to the opposing party by December 20, 2004.

2. The parties shall depose each other's trial witnesses by December 3, 2004.

3. The parties' Joint Stipulations of Fact and Joint Exhibit List shall be filed by January 14, 2005.

4. The meeting of counsel shall take place on or before January 21, 2005.

5. The government's Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List shall be filed on or before February 4, 2005. Plaintiffs' Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List shall be filed on or before February 8, 2005.

The pretrial conference will be held from the courtroom, Monday, February 14, 2005, 2:00 p.m. eastern, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for defendant shall appear in person. Counsel for plaintiff shall appear by telephone.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge