IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MANKE LUMBER CO., et al. (MT. ADAMS VENEER CO.), | ) | |
| Plaintiffs, | ) | Consolidated under lead case No. 33-85C (No. 91-984C) (Judge Bruggink) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT EXHIBIT LIST
IN MT. ADAMS VENEER CO. v. UNITED STATES, NO. 91-984C

Pursuant to Appendix A, ¶ 18, of the Rules of the United States Court of Federal Claims, and this Court's Order of October 5, 2004, the parties respectfully submit the following joint exhibit list for the trial in Mt. Adams Veneer Co. v. United States, No. 91-984C. The parties stipulate that the exhibits listed below are authentic, relevant, and admissible in the trial of this matter.

1. Forest Service advertisement for the Lynx Sale.

2. Prospectus for the Lynx Sale, dated August 17, 1979.

3. Appraisal Summary for the Lynx Sale, dated August 15, 1979.

4. Bid form, dated September 27, 1979, submitted by Mt. Adams on the Lynx Sale.

5. Report of Timber Sale (USFS Form 2400-17), dated September 27, 1979.

6. Forest Service letter to Mt. Adams, dated October 24, 1979, awarding the Lynx Sale.

7. Lynx Timber Sale Contract.

8. Agreement to Extend the Lynx Contract, dated November 18, 1981.

9. Rate Redetermination Appraisal Summary, dated September 27, 1989.

10. Appraisal Summary for the defaulted Lynx Sale, dated April 24, 1990.

11. Appraisal Summary for the defaulted Lynx Sale, dated June 1, 1990.

12. Forest Service document entitled "ANALYSIS SUMMARY AND DECISION NOT TO RESELL D-LYNX TIMBER SALE," dated September 21, 1990.

13. Contracting Officer's June 22, 1990 final decision, assessing damages against Mt. Adams.

Forest Service Manual Provisions, Handbook Provisions and Other Pertinent Materials:

14. FSM Chapter 2420 (10/77 AMEND 109).

15. FSM § 2433.5 through 2433.54 (5/83 AMEND 129).

16. FSM §§ 2433.51, 2433.53 and 2433.54 (10/83 R-6 SUPP 317).

17. FSH 2409.15 – Timber Sale Administration Handbook, Interim Directive No. 2 (10/30/87).

18. FSH § 47 – Timber Sale Preparation Handbook (FSH 9/88 AMEND 1).

19. July 1984 Memorandum from George Leonard, Director of Timber Management, to Regional Foresters, regarding "Expiration of Uncompleted Timber Sale Contracts," with enclosure (September 9, 1983 Memorandum to Regional Foresters also regarding expiration of uncompleted timber sale contracts).

20. March 4, 1987 Memorandum from Mr. David G. Unger, Acting Associate Deputy Chief, to Regional Foresters regarding "Resale of Defaulted Timber."

21. Paper entitled "Implications of Downpayment and Mid-Point Payments Upon Values Bid for Defaulted Timber Sales" (this was an enclosure to Mr. Unger's March 4, 1987 Memorandum to Regional Foresters).

22. March 9, 1987 Memorandum from Mr. Joe E. Ragsdale, Leader, Timber Sales, Forest Service Regional Office, to Forest Supervisors regarding "Resale of Defaulted Contracts."

Respectfully submitted,

s/Dennis J. Dunphy
DENNIS J. DUNPHY
Schwabe, Williamson & Wyatt, P.C.
1420 Fifth Avenue, Suite 3010
Seattle, Washington 98101-2393
Tele: (206) 622-1711
Fax: (206) 292-0460

Attorney for Plaintiff
Mt. Adams Veneer Co.

Dated: 1/14/05

PETER D. KEISLER
Assistant Attorney General

J. CHRISTOPHER KOHN
Director

s/John W. Showalter
JOHN W. SHOWALTER
Assistant Director

s/Richard P. Nockett
RICHARD P. NOCKETT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W. (8th Floor)
Washington, D.C. 20530
Tele: (202) 307-1134
Fax: (202) 307-0494

Attorneys for Defendant

Dated: January 14, 2005

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 14 day of January 2005 I caused copies of the foregoing "JOINT EXHIBIT LIST IN MT. ADAMS VENEER CO. v. UNITED STATES, No. 91-984C" to be served upon the following individual Federal Express and by facsimile.

DENNIS J. DUNPHY, Esq.
Schwabe, Williamson & Wyatt
1420 Fifth Avenue, Suite 3010
Seattle, Washington 98101

s/Tewana Strong