# In the United States Court of Federal Claims

No. 91-984C
Consolidated under lead case no. 87-435C
(Filed: February 3, 2005)

* * * * * * * * * * * * * * * * * * * *
MANKE LUMBER CO., *et al.*,
(Mt. Adams Veneer Co.)

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to a telephonic request by the parties, paragraph 5. and the last paragraph of the court's October 5, 2004 order are vacated, and the following is ORDERED:

5. The government's Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List shall be filed on or before February 11, 2005. Plaintiffs' Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List shall be filed on or before February 15, 2005.

The pretrial conference will be held from the courtroom, Tuesday, March 1, 2005, 2:00 p.m. eastern, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for defendant shall appear in person. Counsel for plaintiff shall appear by telephone. Trial will be held April 5-7, 2005, in Seattle, Washington. The exact location will be determined at a later date.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge