IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GATEWAY LUMBER CO., *et al.* and MANKE LUMBER CO., *et al.* (Mt. Adams Veneer Co.), Plaintiffs, vs. THE UNITED STATES, Defendant. | Consolidated under lead case Nos. 435-87C & 589-87C (No. 91-984C) (Judge Bruggink) |

**PLAINTIFF MT. ADAMS VENEER CO.'S TRIAL WITNESS LIST**

Plaintiff Mt. Adams Veneer Co. ("Mt. Adams") hereby discloses its trial witness list pursuant to the Court's Order of February 3, 2005, as follows:

1. Paul Ehinger
   Paul F. Ehinger & Associates
   2300 Oakmont Way, Suite 212
   Eugene, OR 97401-5556
   Phone: 541-686-9607

Mr. Ehinger is a experienced consultant to the forest service products industry and has extensive knowledge and experience in the timber industry. He will testify on the subjects disclosed in his Expert Report dated December 20, 2004, and including, without limitation, the deficiencies in the Forest Service's assessment of damages on the Lynx sale; the differences between the Lynx sale and the "comparable" sales selected by the government in terms of timber quantity, type, and quality, as well as contract terms; and how the appraisal and damage calculation in this case did not follow US Forest Service policy in effect at the time of contract termination. Direct examination of Mr. Ehinger is expected to take three to five hours.



SEA/054368/070915/RCO/331813.1

2. Ron Berg
Wasser & Winters Co., Inc.
66 Port Way
Longview, WA 98632
Phone: 360-423-1080

As an experienced bidder of timber contracts, Mr. Berg will give testimony on the subjects disclosed in his Expert Report dated December 20, 2004, and including, without limitation, the differences between the Lynx sale and the "comparable" sales selected by the contracting officer. Mr. Berg will also testify that if the Lynx contact had been offered for resale, the bid price would likely have been significantly higher than the price used in the contracting officer's decision assessing damages against Mt. Adams. Mr. Berg will also testify as to his observations of the quality of the Lynx timber as compared to his many years of experience with other US Forest Service sales. Direct examination of Mr. Berg is expected to take one to two hours.

3. Dean Hackett
c/o Schwabe, Williamson & Wyatt
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101

Mr. Hackett is the general manager of Mt. Adams Veneer Co. and has extensive experience in the timber industry. He will testify as to the Lynx sale and his on-the-ground observations and general observations with respect to the quality of the timber on the Lynx contract as compared to the "comparable" sales selected by the contracting officer. Direct examination of Mr. Hackett is expected to take one to two hours.

Plaintiff reserves the right to call the witnesses identified on Defendant's witness list in the event that defendant does not call them to testify at trial.

Dated this 15th day of February, 2005.

By: s/

Dennis J. Dunphy
SCHWABE, WILLIAMSON & WYATT, PC
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Phone: (206) 622-1711
Fax: (206) 292-0460
Email: ddunphy@schwabe.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of February, 2005, I caused to be served the foregoing Plaintiff Mt. Adams Veneer Co.'s Trial Witness List, on the following party at the following address:

Richard P. Nockett
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW (8th Floor)
Washington, D.C. 20530
Phone: (202) 307-1134
Fax: (202) 307-0494
by:

☐ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail,
☐ return receipt requested
☐ hand delivery
X other (specify): Facsimile and Federal Express

By: s/
Dennis J. Dunphy
SCHWABE, WILLIAMSON & WYATT, PC
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Phone: (206) 622-1711
Fax: (206) 292-0460
Email: ddunphy@schwabe.com
Attorneys for Plaintiff