# In the United States Court of Federal Claims

No. 91-984C
Consolidated under lead case no. 87-435C
(Filed: March 2, 2005)

* * * * * * * * * * * * * * * * * * * *
MANKE LUMBER CO., *et al.*,
(Mt. Adams Veneer Co.)

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the pre-trial conference held March 1, 2005, the following is ordered:

1. Trial will be held April 5-7, 2005, in Seattle, Washington. Trial will begin each day at 9:00 a.m. in Courtroom 411, Fourth Floor, Park Place Building, 1200 6th Avenue.

2. Defendant shall serve its witness David Note with a subpoena to appear at trial.

3. Defendant shall supply the complete, original, United States Forest Service Lynx Timber Sale file, Contract No. 06785-1. The file will not be admitted as an exhibit in its entirety. Plaintiff, however, will have the latitude to offer portions of the file as needed at trial.

4. Defendant shall file an amendment to the Joint Exhibit List that adds as joint exhibits four summaries of timber sale comparisons (Plaintiff's Exhibits 20, 21, 22, & 23).

5. Plaintiff shall make available to defendant as soon as practicable the source data relied upon by plaintiff's witness Paul Ehringer in his preparation of a trial exhibit. Plaintiff remains obligated to provide defendant with a copy of that exhibit upon its completion.

6. In the event of an emergency, the court has arranged the following accommodations throughout the trial's duration:

The Sheraton Seattle Hotel & Tower
1400 Sixth Avenue
Seattle, Washington 98101
206.621.9000

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge