IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MANKE LUMBER CO., et al. (MT. ADAMS VENEER CO.), | ) | |
| Plaintiffs, | ) | Consolidated under lead case No. 33-85C (No. 91-984C) (Judge Bruggink) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

AMENDED JOINT EXHIBIT LIST
IN MT. ADAMS VENEER CO. v. UNITED STATES, NO. 91-984C

Pursuant to the pretrial conference held on March 1, 2005, and this Court's March 2, 2005 Order, the parties respectfully submit the following amended joint exhibit list for the trial in Mt. Adams Veneer Co. v. United States, No. 91-984C.[1] The parties stipulate that the exhibits listed below are authentic, relevant, and admissible in the trial of this matter.

1. Forest Service advertisement for the Lynx Sale.

2. Prospectus for the Lynx Sale, dated August 17, 1979.

[1] The Court's March 2 Order directed that the Government "file an amendment to the Joint Exhibit List that adds as joint exhibits four summaries of timber sale comparisons (Plaintiff's Exhibits 20, 21, 22, & 23)." Id. at ¶ 4 (parenthetical in original). These four summaries are exhibits prepared by plaintiff's expert, Paul Ehinger. In directing that these documents be added to the joint list, the Court appears to have misconstrued the agreement the parties reached at the pretrial conference. The parties did not agree to add to the joint exhibit list summary exhibits prepared by plaintiff's expert. Rather, the parties agreed to add the appraisal summaries and reports of timber sale for the ten sales the contracting officer considered in selecting sales to calculate his estimated bid premium. We have, accordingly, added the latter documents to this amended list; we have not added Mr. Ehinger's summaries. The parties apologize to the Court for the misunderstanding. The parties also note that they will consent to add to their joint exhibit list the prospectuses for the four sales the contracting officer used to calculate the estimated bid premium, if those documents can be found.

3. Appraisal Summary for the Lynx Sale, dated August 15, 1979.

4. Bid form, dated September 27, 1979, submitted by Mt. Adams on the Lynx Sale.

5. Report of Timber Sale (USFS Form 2400-17), dated September 27, 1979.

6. Forest Service letter to Mt. Adams, dated October 24, 1979, awarding the Lynx Sale.

7. Lynx Timber Sale Contract.

8. Agreement to Extend the Lynx Contract, dated November 18, 1981.

9. Rate Redetermination Appraisal Summary, dated September 27, 1989.

10. Appraisal Summary for the defaulted Lynx Sale, dated April 24, 1990.

11. Appraisal Summary for the defaulted Lynx Sale, dated June 1, 1990.

12. Forest Service document entitled "ANALYSIS SUMMARY AND DECISION NOT TO RESELL D-LYNX TIMBER SALE," dated September 21, 1990.

13. Contracting Officer's June 22, 1990 final decision, assessing damages against Mt. Adams.

14. Report of Timber Sale (USFS Form 2400-17) and Appraisal Summary for the Silver 7 Timber Sale.

15. Report of Timber Sale (USFS Form 2400-17) and Appraisal Summary for the Polar 2 Timber Sale.

16. Report of Timber Sale (USFS Form 2400-17) and Appraisal Summary for the Polk 4 Salvage Sale.

17. Report of Timber Sale (USFS Form 2400-17) and Appraisal Summary for the Beech 4 Salvage Sale.

18. Report of Timber Sale (USFS Form 2400-17) and Appraisal Summary for the Tumble 4 Timber Sale

19. Report of Timber Sale (USFS Form 2400-17) and Appraisal Summary for the Beech 5 Timber Sale.

20. Report of Timber Sale (USFS Form 2400-17) and Appraisal Summary for the Kraus 7 Timber Sale.

21. Report of Timber Sale (USFS Form 2400-17) and Appraisal Summary for the Schooley 11 Timber Sale.

22. Report of Timber Sale (USFS Form 2400-17) and Appraisal Summary for the Cozy 3 Timber Sale.

23. Report of Timber Sale (USFS Form 2400-17) and Appraisal Summary for the Holdaway 2 Timber Sale.

<u>Forest Service Manual Provisions, Handbook Provisions and Other Pertinent Materials</u>:

24. FSM Chapter 2420 (10/77 AMEND 109).

25. FSM § 2433.5 through 2433.54 (5/83 AMEND 129).

26. FSM §§ 2433.51, 2433.53 and 2433.54 (10/83 R-6 SUPP 317).

27. FSH 2409.15 – Timber Sale Administration Handbook, Interim Directive No. 2 (10/30/87).

28. FSH § 47 – Timber Sale Preparation Handbook (FSH 9/88 AMEND 1).

29. July 1984 Memorandum from George Leonard, Director of Timber Management, to Regional Foresters, regarding "Expiration of Uncompleted Timber Sale Contracts," with enclosure (September 9, 1983 Memorandum to Regional Foresters also regarding expiration of

uncompleted timber sale contracts).

30. March 4, 1987 Memorandum from Mr. David G. Unger, Acting Associate Deputy Chief, to Regional Foresters regarding "Resale of Defaulted Timber."

31. Paper entitled "Implications of Downpayment and Mid-Point Payments Upon Values Bid for Defaulted Timber Sales" (this was an enclosure to Mr. Unger's March 4, 1987 Memorandum to Regional Foresters).

32. March 9, 1987 Memorandum from Mr. Joe E. Ragsdale, Leader, Timber Sales, Forest Service Regional Office, to Forest Supervisors regarding "Resale of Defaulted Contracts."

Respectfully submitted,

s/Dennis J. Dunphy
DENNIS J. DUNPHY
Schwabe, Williamson & Wyatt, P.C.
1420 Fifth Avenue, Suite 3010
Seattle, Washington 98101-2393
Tele: (206) 622-1711
Fax: (206) 292-0460

Attorney for Plaintiff
Mt. Adams Veneer Co.

PETER D. KEISLER
Assistant Attorney General

J. CHRISTOPHER KOHN
Director

s/John W. Showalter
JOHN W. SHOWALTER
Assistant Director

Dated: March 3, 2005

s/Richard P. Nockett
RICHARD P. NOCKETT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W. (8th Floor)
Washington, D.C. 20530
Tele: (202) 307-1134
Fax: (202) 307-0494

Attorneys for Defendant

Dated: March 3, 2005

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this __3d__ day of March 2005 I caused copies of the foregoing "AMENDED JOINT EXHIBIT LIST IN MT. ADAMS VENEER CO. v. UNITED STATES, No. 91-984C" to be served upon the following individual by facsimile.and by first-class mail.

DENNIS J. DUNPHY, Esq.
Schwabe, Williamson & Wyatt
1420 Fifth Avenue, Suite 3010
Seattle, Washington 98101

__s/Richard P. Nockett______