# In the United States Court of Federal Claims

No. 91-984C
Consolidated under lead case no. 87-435C
(Filed: March 7, 2005)

* * * * * * * * * * * * * * * * * * * *
MANKE LUMBER CO., *et al.*,
(Mt. Adams Veneer Co.)

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * *

ORDER

Pending is defendant's March 3, 2005 consent motion for an order authorizing service of a subpoena more than 100 miles from the place of trial. The motion is granted. Accordingly, David Note is directed to attend trial at the Park Place Building, Courtroom 411, 1200 6th Avenue, Seattle, Washington, from April 5-7, 2005, notwithstanding distance of travel.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge