IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GATEWAY LUMBER CO., *et al*. and
MANKE LUMBER CO., *et al*.
(Mt. Adams Veneer Co.),

Plaintiffs,

vs.

THE UNITED STATES,

Defendant.

Consolidated under lead case
Nos. 435-87C & 589-87C
(No. 91-984C)
(Judge Bruggink)

**PLAINTIFF MT. ADAMS VENEER CO.'S**
**AMENDED TRIAL EXHIBIT LIST**

Plaintiff Mt. Adams Veneer Co. ("Mt. Adams") hereby files its amended trial exhibit list to add Exhibit Nos. 26 and 27, pursuant to the Court's Order of February 3, 2005, as follows:

| **EX. NO.** | **DESCRIPTION** |
|---|---|
| 1 | Appraisal Summary for Lynx Sale, dated September 15, 1986 |
| 2 | Timber Sale Appraisal for defaulted Lynx Sale, dated October 1989 |
| 3 | Appraisal Summary for defaulted Lynx Damage Sale, dated February 8, 1990 |
| 4 | Lynx and Comparable Sales-Volume by Species and Length of Sales |
| 5 | Memo from Beulah Johnson to David Note regarding calculations of premiums dated April 13, 1990 |
| 6 | Puget Sound Scaling Bureau Log Scaling Rules |
| 7 | Stumpage Price by Quarter; West Side Region 6 |
| 8 | USFS Manual: Title 2400 Timber Management, Chapter 2430 Commercial Timber Sales Table of Contents |
| 9 | USFS Manual: Title 2400 Timber Management 2433.6 – 2433.71 |
| 10 | USFS Manual: Title 2400 Timber Management 2435.05 |
| 11 | USFS Manual: Title 2400 Timber Management 2431.23 |
| 12 | Scheduled Rate Determination, Lynx Timber Sale; 2450 Sale Contracts and Permits |
| 13 | Report and Appraisal; 2450 Sale Contracts and Permits |
| 14 | Complete USFS File Regarding Lynx Timber Sale, Contract No. 06785-1 (Bates Nos. 90004341-90005516, 90010726-90013607) |
| 15 | Monthly Sawtimber Stumpage Prices; USFS Westside Region 6 |

| EX. NO. | DESCRIPTION |
|---|---|
| 16 | "The Effectiveness of Competition and Appraisals in the Auction Markets for National Forest Timber in the Pacific Northwest" by Walter J. Mead, Mark Schniepp, and Richard B. Watson, dated September 30, 1981 |
| 17 | Robert D. Tokarczyk Memo dated January 2, 1979 Re: Lynx Sale (Proposed) |
| 18 | Jerry J. Brown Memo dated February 2, 1990 Re: Mt. Adams Veneer Co., Lynx Sale, Contract No. 06785-1 |
| 19 | Wendall Jones Memo dated February 14, 1990 Re: Mt. Adams Veneer, Lynx Sale, Defaulted Timber Sale |
| 20 | Summary – Percentage Comparison of Douglas Fir in the Lynx Sale and "Comparable" Sales |
| 21 | Summary – Percentage Comparison of #3 Douglas Fir Sawlogs in the Lynx Sale and "Comparable" Sales |
| 22 | Summary – Percentage Comparison of #1 and #2 Peeler Logs in the Lynx Sale and "Comparable" Sales |
| 23 | Summary – Percentage Comparison of #2 Cedar Sawlogs in the Lynx Sale and "Comparable" Sales |
| 24 | Summary – Comparison of Contract Terms |
| 25 | Summary – Effect of Salvage Sales on Bid Premium and Damage Calculation |
| 26 | Appraisal Summary for the defaulted Lynx Sale, dated April 24, 1990 |
| 27 | Appraisal Summary for the defaulted Lynx Sale, dated June 1, 1990 |

Dated this 25th day of March, 2005.

By: s/____________________________

Dennis J. Dunphy
SCHWABE, WILLIAMSON & WYATT, PC
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Phone: (206) 622-1711
Fax: (206) 292-0460
Email: ddunphy@schwabe.com
Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2005, I caused to be served the foregoing Plaintiff Mt. Adams Veneer Co.'s Amended Trial Exhibit List, on the following party at the following address:

Richard P. Nockett
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW (8th Floor)
Washington, D.C. 20530
Phone: (202) 307-1134
Fax: (202) 307-0494
by:

- ☐ U.S. Postal Service, ordinary first class mail
- ☐ U.S. Postal Service, certified or registered mail,
- ☐ return receipt requested
- ☐ hand delivery
- **X** other (specify): Facsimile and Federal Express

By: s/____________________________
Dennis J. Dunphy
SCHWABE, WILLIAMSON & WYATT, PC
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Phone: (206) 622-1711
Fax: (206) 292-0460
Email: ddunphy@schwabe.com
Attorneys for Plaintiff