IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GATEWAY LUMBER CO., *et al.* and MANKE LUMBER CO., *et al.* (Mt. Adams Veneer Co.), | ) | |
| Plaintiffs, | ) | Consolidated under lead case Nos. 435-87C & 589-87C (No. 91-984C) (Judge Bruggink) |
| vs. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO EXCLUDE WITNESS DAVID NOTE FROM THE COURTROOM, EXCEPT DURING HIS TESTIMONY, PURSUANT TO FRE 615**

**Request for Relief**

Plaintiff respectfully requests the Court to order that fact witness David Note be excluded from all proceedings in the courtroom throughout the trial of this matter, both prior and subsequent to his testimony. In so moving, Plaintiff seeks relief from its failure to raise this objection in response to the Court's inquiry at the status conference on March 1, 2005. Plaintiff suggests that the Court hear and decide this issue in open court on the morning of the first day of trial. Counsel for the Government has been contacted and is agreeable to having the issue raised herein addressed at that time; but has not had an opportunity as yet to consider the Government's position on the substance of the motion.

**Argument**

Federal Rule of Evidence 615 provides, "At the request of a party the court shall order witnesses excluded so that they cannot hear the testimony of other witnesses." FRE 615. The rule serves as a means of "discouraging and exposing fabrication, inaccuracy and collusion." *Marathon Oil. Co. v. United States*, 42 Fed. Cl. 267, 269 (1998)(quoting the Notes of the

Advisory Committee to Rule 615). FRE 615 not only allows exclusion of witnesses from other live testimony, it also authorizes prohibiting prospective witnesses from hearing, overhearing, being advised of, reading, and discussing any previously given in-court testimony. *Weeks Dredging & Contracting, Inc. v. United States*, 11 Cl. Ct. 37, 53 (1986).

The government's preliminary order of witnesses indicates that it will first put on the testimony of Mr. Hofer, the government's expert regarding the United States Forest Service's policy and practice. The government will then put on the testimony of Mr. Note and Ms. Anderson, in that order. Mr. Hofer's testimony might tend to sway Mr. Note's testimony both as to what process Mr. Note followed in preparing the damage assessment and as to his understanding of the USFS policies in effect at that time. It would better serve the interests of justice to exclude Mr. Note from hearing the United States Forest Service's current recitation of what its policies are alleged to have been in 1989-90. Therefore, pursuant to FRE 615, David Note should be prohibited from hearing, overhearing, being advised of, reading, or discussing the testimony of any and all other witnesses in this case so as to avoid his being unduly influenced by it. Further, the sequestration of Mr. Note should include his exclusion from the courtroom after he has given his testimony, in case he is recalled later as a rebuttal witness.

Plaintiff does not have any objections to the presence of Mr. Hofer or Ms. Anderson throughout the proceedings.

**Conclusion**

For the reasons set forth above, Plaintiff respectfully requests that David Note be sequestered from the courtroom throughout the duration of trial in this matter. A proposed order granting this motion is attached hereto.

//

//

//

Dated this 31st day of March, 2005.

By: s/
Dennis J. Dunphy
SCHWABE, WILLIAMSON & WYATT, PC
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Phone: (206) 622-1711
Fax: (206) 292-0460
Email: ddunphy@schwabe.com
Attorneys for Plaintiff

(SEA/054368/070915/PTK/334266.1)

# CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2005, I caused to be served the foregoing Plaintiff's Motion to Exclude Witness David Note From the Courtroom, Except During his Testimony, Pursuant to FRE 615, on the following party at the following address:

Richard P. Nockett
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW (8th Floor)
Washington, D.C. 20530
Phone: (202) 307-1134
Fax: (202) 307-0494

by:

- ☐ U.S. Postal Service, ordinary first class mail
- ☐ U.S. Postal Service, certified or registered mail,
- ☐ return receipt requested
- ☐ hand delivery
- X other (specify): Facsimile and Federal Express

By: s/

Dennis J. Dunphy
SCHWABE, WILLIAMSON & WYATT, PC
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Phone: (206) 622-1711
Fax: (206) 292-0460
Email: ddunphy@schwabe.com
Attorneys for Plaintiff

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GATEWAY LUMBER CO., *et al.*<br>and MANKE LUMBER CO., *et al.*<br>(Mt. Adams Veneer Co.),<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Consolidated under lead case<br>Nos. 435-87C & 589-87C<br>(No. 91-984C)<br>(Judge Bruggink) |

**ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE WITNESS DAVID NOTE FROM THE COURTROOM, EXCEPT DURING HIS TESTIMONY, PURSUANT TO FRE 615**

Having fully considered Plaintiff's Motion to Exclude Witness David Note from the Courtroom, Except During his Testimony, Pursuant to FRE 615 ("Plaintiff's Motion") and any and all responses and replies thereto, including argument of counsel in open court, this Court orders the following:

1. Plaintiff's Motion is GRANTED.
2. David Note shall not be allowed to witness or otherwise see, hear, overhear, read, or discuss any testimony given throughout the entire course of the trial of the above-entitled matter, except for his own testimony therein.

DATED this ____ day of ____________, 2005.

______________________________
Judge Bruggink

Presented by:

s/
Dennis J. Dunphy
SCHWABE, WILLIAMSON & WYATT, PC
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Phone: (206) 622-1711
Fax: (206) 292-0460
Email: ddunphy@schwabe.com
Attorneys for Plaintiff

(SEA/054368/070915/PTK/334274.1)

# CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2005, I caused to be served the foregoing Proposed Order Granting Plaintiff's Motion to Exclude Witness David Note From the Courtroom, Except During his Testimony, Pursuant to FRE 615, on the following party at the following address:

Richard P. Nockett
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW (8th Floor)
Washington, D.C. 20530
Phone: (202) 307-1134
Fax: (202) 307-0494
by:

- ☐ U.S. Postal Service, ordinary first class mail
- ☐ U.S. Postal Service, certified or registered mail,
- ☐ return receipt requested
- ☐ hand delivery
- X other (specify): Facsimile and Federal Express

By: s/

Dennis J. Dunphy
SCHWABE, WILLIAMSON & WYATT, PC
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Phone: (206) 622-1711
Fax: (206) 292-0460
Email: ddunphy@schwabe.com
Attorneys for Plaintiff