IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GATEWAY LUMBER CO., *et al.*<br>and MANKE LUMBER CO., *et al.*<br>(Mt. Adams Veneer Co.),<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Consolidated under lead case<br>Nos. 435-87C & 589-87C<br>(No. 91-984C)<br>(Judge Bruggink) |

**ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE WITNESS DAVID NOTE FROM THE COURTROOM, EXCEPT DURING HIS TESTIMONY, PURSUANT TO FRE 615**

Having fully considered Plaintiff's Motion to Exclude Witness David Note from the Courtroom, Except During his Testimony, Pursuant to FRE 615 ("Plaintiff's Motion") and any and all responses and replies thereto, including argument of counsel in open court, this Court orders the following:

1. Plaintiff's Motion is GRANTED.
2. David Note shall not be allowed to witness or otherwise see, hear, overhear, read, or discuss any testimony given throughout the entire course of the trial of the above-entitled matter, except for his own testimony therein.

DATED this ____ day of ____________, 2005.

______________________________
Judge Bruggink

Presented by:

s/ ______________________________

Dennis J. Dunphy
SCHWABE, WILLIAMSON & WYATT, PC
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Phone: (206) 622-1711
Fax: (206) 292-0460
Email: ddunphy@schwabe.com
Attorneys for Plaintiff

(SEA/054368/070915/PTK/334274.1)

# CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2005, I caused to be served the foregoing Proposed Order Granting Plaintiff's Motion to Exclude Witness David Note From the Courtroom, Except During his Testimony, Pursuant to FRE 615, on the following party at the following address:

Richard P. Nockett
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW (8th Floor)
Washington, D.C. 20530
Phone: (202) 307-1134
Fax: (202) 307-0494

by:

- ☐ U.S. Postal Service, ordinary first class mail
- ☐ U.S. Postal Service, certified or registered mail,
- ☐ return receipt requested
- ☐ hand delivery
- X other (specify): Facsimile and Federal Express

By: s/________________
Dennis J. Dunphy
SCHWABE, WILLIAMSON & WYATT, PC
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Phone: (206) 622-1711
Fax: (206) 292-0460
Email: ddunphy@schwabe.com
Attorneys for Plaintiff