# In the United States Court of Federal Claims

Nos. 91-984C, 87-800C, and 87-589C
Consolidated under lead case no. 87-435C
(Filed: August 5, 2005)

* * * * * * * * * * * * * * * * * * * *
MANKE LUMBER CO., *et al.*,
(Mt. Adams Veneer Co.)

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * *

ORDER

A status conference shall be held Wednesday, August 10, 2005, at 1:00 p.m. (Eastern). The call will originate from chambers.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge