IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MANKE LUMBER CO. et al. (MT. ADAMS VENEER CO.), Plaintiffs, v. THE UNITED STATES, Defendant. | Consolidated under lead case No. 33-85C (Nos. 91-984C, 800-87C, and 589-87C) (Judge Bruggink) |

STIPULATION OF DISMISSAL

Having concluded a settlement agreement, the parties stipulate to the dismissal, with prejudice, of the complaints and the counterclaims in these three actions, Mt. Adams Veneer Co. v. United States, Nos. 91-984C, 800-87C, and 589-87C, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Dennis J. Dunphy
DENNIS J. DUNPHY
Schwabe, Williamson & Wyatt
U.S. Bank Centre
1420 Fifth Avenue, Suite 3010
Seattle, Washington 98101

Attorney for Plaintiff

J. CHRISTOPHER KOHN
Director

s/John W. Showalter
JOHN W. SHOWALTER
Assistant Director

Dated: July 14, 2005

s/Richard P. Nockett
RICHARD P. NOCKETT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., N.W. (8th Floor)
Washington, D.C. 20530
Tele: (202) 307-1134

Attorneys for Defendant

Dated: August 8, 2005

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 8th day of August 2005 I caused copies of the foregoing "STIPULATION OF DISMISSAL" to be served upon the following individuals by facsimile and also by United States mail (first-class, postage prepaid):

DENNIS J. DUNPHY, Esq.
Schwabe, Williamson & Wyatt
U.S. Bank Centre
1420 Fifth Avenue, Suite 3010
Seattle, Washington 98101

s/Richard P. Nockett